## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

Curtis Lovelace, *et al.*,

        Plaintiffs,

  v.

Det. Adam Gibson, *et al.*,

        Defendants.

Case No. 17 CV 1201

The Honorable Sue Myerscough

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on October 2, 2017, the foregoing **Defendants City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell's Initial Rule 26(a)(1) Disclosures** were served via email transmission and placed in the US Postal Service to the following:

| | |
|---|---|
| **Tara Elizabeth Thompson**<br>**LOEVY & LOEVY**<br>**3rd Floor**<br>**311 North Aberdeen St**<br>**Chicago, IL 60607** | **Attorneys for Plaintiffs**<br>**Curtis Lovelace, Logan Lovelace,**<br>**Lincoln Lovelace and Christine Lovelace**<br>**Ph:312-243-5900**<br>**Fax: 312-243-5902**<br>**tara@loevy.com** |
| **Jonathan I Loevy**<br>**LOEVY & LOEVY**<br>**3rd Floor**<br>**311 North Aberdeen St**<br>**Chicago, IL 60607** | **Attorneys for Plaintiffs**<br>**Curtis Lovelace, Logan Lovelace,**<br>**Lincoln Lovelace and Christine Lovelace**<br>**Ph: 312-243-5900**<br>**Fax: 312-243-5902**<br>**jon@loevy.com** |
| **Thomas G. DiCianni**<br>**Ellen K. Emery**<br>**Ancel Glink Diamond Bush**<br>   **DiCianni & Krafthefer**<br>**140 South Dearborn Street, 6th Fl.**<br>**Chicago, Illinois 60603** | **Attorneys for Defendants**<br>**The City of Quincy, Det. Adam Gibson,**<br>**Police Chief Robert Copley,**<br>**Sgt. John Summers, Lt. Dina Dreyer and**<br>**Det. Anjanette Biswell**<br>**Ph: 312 782-7606**<br>**Fax: 312 782-0943**<br>**tdiciani@ancelglink.com**<br>**eemery@ancelglink.com** |

| | |
|---|---|
| **James L. Palmer**<br>**William S. Meckes**<br>**Scholz Loos Palmer Siebers & Duesterhaus**<br>**625 Vermont Street**<br>**Quincy, Illinois 62301** | **Attorneys for Defendants**<br>**The City of Quincy, Det. Adam Gibson,**<br>**Police Chief Robert Copley,**<br>**Sgt. John Summers, Lt. Dina Dreyer and**<br>**Det. Anjanette Biswell**<br>**Assistant: Susan Mast (smast@slpsd.com)**<br>**Ph: 217 223-3444**<br>**Fax: 217 223-3450**<br>**jpalmer@slpsd.com**<br>**wmeckes@slpsd.com** |
| **James A. Hansen**<br>**Daniel M. McCleery**<br>**Schmiedeskamp Robertson Neu & Mitchell**<br>**525 Jersey Street**<br>**Quincy, Illinois 62301** | **Attorneys for Defendants**<br>**Gary Farha,**<br>**James Keller, Coroner and**<br>**County of Adams**<br>**Ph: 217 223-3030**<br>**Fax: 217 223-1005**<br>**jhansen@srnm.com**<br>**dmmccleery@srnm.com** |
| | **Attorneys for**<br>**Unknown Quincy Police Officers** |

By:    /s/ Ellen K. Emery

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery, (ARDC # 6183693)
*Attorneys for Certain City of Quincy Defendants*
*312 782-7606/Fax: 312 782-0943*
tdicianni@ancelglink.com
eemery@ancelglink.com

4812-2916-5393, v. 1