UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS - SPRINGFIELD

| | |
|---|---|
| Curtis Lovelace, Logan Lovelace, Lincoln Lovelace & Christine Lovelace on behalf of her minor son Larson Lovelace,<br><br>           Plaintiffs,<br>v.<br><br>Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, Unknown Quincy Police Officers, Gary Farha, Coroner James Keller, The City of Quincy, and County of Adams,<br><br>           Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Sue E. Myerscough<br><br>Magistrate<br>Hon. Judge Thomas Schanzle-Haskins |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.17, counsel for Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, move this Court for an order granting them leave to withdraw Elizabeth K. Barton as counsel. In support of this motion, Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, counsel state:

1.  Elizabeth K. Barton of Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. represents the Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, in the above-captioned case.

2.  Other attorneys from Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. have filed their appearances on behalf of Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, in the above case.

3. Elizabeth K. Barton has left Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. and will no longer participate in this case. She does not require notice of filings in this matter and the undersigned respectfully requests that Ms. Barton be removed from all service lists, including the CM/ECF system

4. Thomas G. DiCianni and other attorneys from Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. will continue to represent Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, in this case.

5. This withdrawal will not cause any delay or prejudice to any party.

WHEREFORE, counsel for Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, respectfully request that this Court permit Ms. Barton to withdraw from this case, and to remove her from all service lists as counsel for Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell.

Respectfully submitted,

/s/Thomas G. DiCianni
One of the Attorneys for Defendants

Thomas G. DiCianni/ARDC #3127041
tdicianni@ancelglink.com
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 S. Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 (fax)

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on October 19, 2017 the foregoing **MOTION FOR LEAVE TO WITHDRAW COUNSEL** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

Jonathan I Loevy
Tara Elizabeth Thompson
LOEVY & LOEVY
311 North Aberdeen St / 3rd Floor
Chicago, IL 60607
jon@loevy.com
tara@loevy.com

James L. Palmer
William S. Meckes
Scholz Loos Palmer Siebers & Duesterhaus
625 Vermont Street
Quincy, Illinois 62301
jpalmer@slpsd.com
wmeckes@slpsd.com

James A. Hansen
Daniel M. McCleery
Schmiedeskamp Robertson Neu & Mitchell
525 Jersey Street
Quincy, Illinois 62301
jhansen@srnm.com
dmmccleery@srnm.com

/s/ Thomas G. DiCianni
THOMAS G. DICIANNI/ARDC # 3127041
One of the attorneys for Defendants
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Direct: (312) 604-9107
Facsimile: (312) 782-0943
E-Mail: tdicianni@ancelglink.com