IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE and CHRISTINE LOVELACE on behalf of her minor son, LARSON LOVELACE, <br><br> Plaintiffs, <br><br> vs. <br><br> DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY and COUNTY OF ADAMS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 17-cv-01201 |

## CERTIFICATE OF MAILING

I, the undersigned, on the 6th day of February, 2018, deposited a copy of Defendants Gary

Farha and Coroner James Keller's Interrogatories and First Request for Production of Documents

to Plaintiff Logan Lovelace, postage prepaid, in the United States Mail, addressed to all counsel

of record listed below:

Jonathan I. Loevy
Tara Elizabeth Thompson
Loevy & Loevy
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607

Thomas G. DiCianni
Ellen Emery
Lucy B Bednarek
Ancel, Glink
140 S. Dearborn Street, 6th Floor
Chicago, IL 60603

James L. Palmer
William S. Meckes
Scholz, Loos, Palmer, Siebers & Duesterhaus
625 Vermont Street
Quincy, IL 62301

By: /s/ James A. Hansen
James A. Hansen, IL Bar #6244534
Daniel M. McCleery, IL Bar # 6321087
Attorney for Defendants Gary Farha and Coroner
   James Keller
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street
Quincy, IL 62301
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com; dmccleery@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

jon@loevy.com
jpalmer@slpsd.com
tdicianni@ancelglink.com

tara@loevy.com
wmeckes@slpsd.com
eemery@ancelglink.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

By: /s/ James A. Hansen
James A. Hansen, IL Bar #6244534