E-FILED
Friday, 29 June, 2018  02:23:59 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Curtis Lovelace, Logan Lovelace, Lincoln Lovelace & Christine Lovelace on behalf of her minor son Larson Lovelace, | |
| Plaintiffs, | |
| v. | Case No. 17 CV 01201 |
| Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, Unknown Quincy Police Officers, Gary Farha, Coroner James Keller, The City of Quincy, and County of Adams, | The Honorable Judge Sue E. Myerscough |
| | Magistrate Hon. Judge Thomas Schanzle-Haskins |
| Defendants. | |

### JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE

The parties, through their respective counsel, move this Honorable Court to extend the discovery deadline. In support, they state as follows:

1.     Plaintiffs filed their Complaint on May 8, 2017, alleging that Curtis Lovelace was wrongfully prosecuted for the murder of his wife.

2.     The parties filed a Joint Proposed Scheduling Order on August 14, 2017, agreeing to a fact disclosure deadline of August 1, 2018.

3.     The parties met and conferred on June 29, 2018, to discuss the scheduling of depositions of party witnesses.  Nine party depositions are set to proceed within the next three weeks.

4.     Due to the various trial schedules of all counsel, the remaining fact witness depositions will not be completed by August 1, 2018.

5.     The parties have agreed to an extension of time up to, and including, October 1, 2018, to complete fact discovery.

6.      This Motion is brought in good faith and not for dilatory purposes or for delay, but only to allow all parties to obtain all necessary information to complete fact discovery.

7.      The Parties request that this court grant their Motion for Extension of Time to complete fact discovery until October 1, 2018,

WHEREFORE, Plaintiffs and Defendants request this Honorable Court to grant them until October 1, 2018 to complete fact discovery.

Respectfully submitted,

/s/ Justin DeLuca
Justin DeLuca

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery (ARDC # 6183693)
Justin DeLuca (ARDC #6308867)
Attorneys for Quincy Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com
jdeluca@ancelglink.com

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on June 29, 2018, the foregoing **JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE** was electronically filed with the Clerk of the U.S. District Court for the Central District of Illinois using the CM/ECF System, which will send notification of such filing to the following:

Jonathan I Loevy
Tara Elizabeth Thompson
LOEVY & LOEVY
311 North Aberdeen St / 3rd Floor
Chicago, IL 60607
jon@loevy.com
tara@loevy.com

James L. Palmer
William S. Meckes
Scholz Loos Palmer Siebers & Duesterhaus
625 Vermont Street
Quincy, Illinois 62301
jpalmer@slpsd.com
wmeckes@slpsd.com

James A. Hansen
Daniel M. McCleery
Schmiedeskamp Robertson Neu & Mitchell
525 Jersey Street
Quincy, Illinois 62301
jhansen@srnm.com
dmmccleery@srnm.com

/s/  Justin DeLuca
JUSTIN DELUCA / ARDC# 6308867
One of the attorneys for Defendants
Adam Gibson, Robert Copley, John Summers,
Dina Dreyer, Anjanette Biswell and
the City of Quincy

ANCEL, GLINK, DIAMOND, BUSH, DICIANNI
& KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone:      (312) 782-7606
Facsimile:      (312) 782-0943
E-Mail:         jdeluca@ancelglink.com