IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CURTIS LOVELACE, <br> LOGAN LOVELACE, LINCOLN <br> LOVELACE, & CHRISTINE LOVELACE <br> on behalf of her minor son LARSON <br> LOVELACE, | ) <br> ) <br> ) <br> ) <br> ) | 1:17-cv-01201-JES-JEH |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) <br> ) | JURY TRIAL DEMANDED |
| DET. ADAM GIBSON, POLICE CHIEF <br> ROBERT COPLEY, SGT. JOHN SUMMERS, <br> LT. DINA DREYER, DET. ANJANETTE <br> BISWELL, UNKNOWN QUINCY POLICE <br> OFFICERS, GARY FARHA, CORONER <br> JAMES KELLER, THE CITY OF QUINCY, <br> and COUNTY OF ADAMS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Judge Myerscough <br><br> Mag. Judge Schanzle-Haskins |
| Defendants. | ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO COMPLETE FACT DISCOVERY**

Now come Plaintiffs, Curtis Lovelace, Logan Lovelace, Lincoln Lovelace, & Christine Lovelace on behalf of her minor son, Larson Lovelace, by and through their attorneys, LOEVY & LOEVY; the City of Quincy, Adam Gibson, Robert Copley, John Summers, Dina Dreyer, Anjanette Biswell, and Unknown Quincy Police Officers (the "Quincy Defendants"), by and through their counsel ANCEL GLINK, and Gary Farha, James Keller, and the County of Adams (the "Adams County Defendants"), by and through their counsel SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL, LLP, and hereby move for a short extension of time in which to complete discovery in this case. In support thereof, all parties state as follows:

1.      This case has been pending since May of 2017, and since discovery in this case began, the parties have been working diligently to complete the process. The pace of discovery completion has been impacted by the wide geographical distances between various witnesses in the case and between counsel, and has been slowed by counsel's various trials over the time discovery has been pending. Despite this, the parties have been working hard and believe they are close to completing necessary discovery. Nevertheless, the parties do require one additional extension of time to complete discovery in this case.

2.      The defendants previously sought one short extension of time for discovery to be completed (Dckt. No. 58) – on July 9, 2018, Judge Schanzle-Haskins extended the close of fact discovery to October 1, 2018, and kept all other dates as previously-scheduled. (Text Order, July 9, 2018.) Currently, expert discovery is set to close on April 1, 2019, dispositive motions are due by June 3, 2019, and there is trial date of October 15, 2019. (Dckt. No. 36.)

3.      All parties have been deposed in this case (with the exception of the court-ordered completion of Curtis Lovelace's deposition), and the parties have conferred about the remaining depositions and have identified those to be completed and have begun to finalize scheduling. The parties believe that with an additional extension of time until November 20, 2018, the parties will complete all fact discovery.

4.      The parties also propose the following slight adjustments to the expert discovery schedule, which will allow the parties to keep the previously-set dispositive motions date and trial dates:

- Plaintiffs to disclose experts, including reports, by December 20, 2018. Plaintiff's experts to be deposed by January 25, 2019.

- Defendants to disclose experts, including reports, by February 22, 2019. Defendants' experts to be deposed by March 29, 2019.

- Final close of all discovery by March 29, 2019.

5. All parties to this litigation take the Orders of this Court seriously. The parties recognize that the Court has been generous with the parties in granting them sufficient time to complete discovery and has granted a prior extension request. The parties are on track to complete discovery and understand they will need to adhere to the schedule set by this Court. The parties respectfully assert that because of the particular confluence of events in this case, an additional is appropriate.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court extend fact discovery in the manner requested in this motion.

Respectfully submitted,

/s/ Tara Thompson
*One of Plaintiffs' Attorneys*
Jon Loevy
Tara Thompson
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
COUNSEL FOR PLAINTIFFS

/s/ Thomas G. DiCianni
*One of Defendants' Attorneys*
Thomas G. DiCianni
Ellen K. Emery
ANCEL, GLINK, DIAMOND, BUSH,
  DiCIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street / 6th Floor
Chicago, IL 60603
(312) 782-7606
COUNSEL FOR QUINCY DEFENDANTS

/s/ James A. Hansen
*One of Defendants' Attorneys*
James A. Hansen, IL Bar #6244534
Schmiedeskamp, Robertson, Neu
& Mitchell LLP
525 Jersey Street
Quincy, IL 62301
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
COUNSEL FOR ADAMS COUNTY
DEFENDANTS

**CERTIFICATE OF SERVICE**

    I, Tara Thompson, an attorney, hereby certify that on September 28, 2018, I filed the foregoing via the Court's CM/ECF system and thereby served a copy on all counsel of record.

                                                /s/ Tara Thompson