UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Curtis Lovelace, Logan Lovelace, Lincoln Lovelace & Christine Lovelace on behalf of her minor son Larson Lovelace,<br><br>            Plaintiffs,<br>v.<br><br>Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, Unknown Quincy Police Officers, Gary Farha, Coroner James Keller, The City of Quincy, and County of Adams,<br><br>            Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Sue E. Myerscough<br><br>Magistrate<br>Hon. Judge Thomas Schanzle-Haskins |

## **MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Counsel for Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, move this Court for an order granting them leave to withdraw William S. Meckes as counsel. In support of this motion, Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, counsel state:

1.   William Meckes of Scholz, Loos, Palmer, Siebers & Duesterhaus LLP represents the Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, in the above-captioned case.

2.   Attorneys from Ancel, Glink, Diamond, Bush, DiCianni & Drafthefer, P.C. and Scholz, Loos, Palmer, Siebers & Duesterhaus LLP have filed their appearances on behalf of Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, in the above-captioned case.

3.     William S. Meckes is leaving Scholz, Loos, Palmer, Siebers & Duesterhaus LLP and will no longer participate in this case. He does not require notice of filings in this matter and the undersigned respectfully requests that Mr. Meckes be removed from all service lists, including the CM/ECF system.

4.     James L. Palmer of Scholz, Loos, Palmer, Siebers & Duesterhaus LLP and attorneys from Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. will continue to represent Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, in the above-captioned case.

5.     The withdrawal will not cause any delay or prejudice to any party.

WHEREFORE, counsel for Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell, respectfully request that this Court permit Mr. Meckes to withdraw from this case, and to remove him from all service lists as counsel for Defendants, City of Quincy, Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer and Det. Anjanette Biswell.

Respectfully submitted,

Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, Unknown Quincy Police Officers, Defendants (Quincy Defendants)

/s/ James L. Palmer
    James L. Palmer, ARDC No. 2137658
One of the Attorneys for Quincy Defendants

James L. Palmer   jpalmer@slpsd.com
SCHOLZ, LOOS, PALMER, SIEBERS & DUESTERHAUS LLP
625 Vermont Street
Quincy, IL 62301
(217) 223-3444 | (217) 223-3450 (Fax)

## CERTIFICATE OF SERVICE

    The undersigned, one of the attorneys of record herein, hereby certifies that on October 26, 2018, the foregoing Motion for Leave to Withdraw Counsel was sent via electronic mail to the following counsel of record:

Jonathan I. Loevy  jon@loevy.com
Tara E. Thompson  tara@loevy.com
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

James A. Hansen  jhansen@srnm.com
Daniel M. McCleery  dmccleery@srnm.com
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street
Quincy, IL 62301

Ellen K. Emery  eemery@ancelglink.com
Thomas G. DiCianni  tdicianni@ancelglink.com
Justin DeLuca  jdeluca@ancelglink.com
Ancel, Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, IL 60603

from the office of the undersigned this 26th day of October, 2018.

    Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, Unknown Quincy Police Officers, Defendants (Quincy Defendants)

    /s/ James L. Palmer
       James L. Palmer, ARDC No. 2137658
    One of the Attorneys for Quincy Defendants

James L. Palmer  jpalmer@slpsd.com
SCHOLZ, LOOS, PALMER, SIEBERS & DUESTERHAUS LLP
625 Vermont Street
Quincy, IL 62301
(217) 223-3444 | (217) 223-3450 (Fax)

Thomas G. DiCianni  tdicianni@ancelglink.com
Ellen K. Emery  eemery@ancelglink.com
Justin DeLuca  jdeluca@ancelglink.com
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603