E-FILED
Friday, 04 January, 2019  12:40:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

THE LAW OFFICES OF
# TIMONEY & PAGE

ATTORNEYS AT LAW

808 SOUTH SECOND STREET
SPRINGFIELD, ILLINOIS 62704
(217) 522-1944

PATRICK "TIM" TIMONEY
JEFF PAGE

FAX: (217) 523-2549

LINCOLN PHONE:
(217) 732-1944

September 11, 2018

Lucy B. Bednarek
Ancel, Glink, Diamond, Bush,
DiCianni & Krafthefer, P.C.
140 S. Dearborn Street, Suite 600
Chicago, IL 60603

Re: Attorney Page's & Attorney Elmore's response to subpoena in the civil case of Curtis Lovelace, et. al. v. Detective Adam Gibson, et. al; 2017-cv-1201

Dear Ms. Bednarek:

Enclosed please find a copy of various documents from our file in reference to our representation of Curtis Lovelace in Adams County case Number 2014-CF-488.

In addition to the enclosed documents, we also possess a number of other documents that we are refusing to provide for the following reasons:

1. Trial counsel notes (work product).
2. Client notes (work product and attorney client privilege).
3. Interview notes of Dr. Scott Denton by trail counsel (work product).
4. Correspondence between trial counsel's investigator and trial counsel (work product).
5. Trial counsel's investigator's letters to expert witnesses (work product).
6. Correspondence between trial counsel and client's family (work product and attorney client privilege).
7. Expert witness information and research regarding expert witnesses (work product).
8. Trial Counsel's letter to client (attorney client privilege).
9. Correspondence between trial counsel and expert witnesses (work product).
10. Correspondence between State's Attorney and trial counsel (work product).

11.  Litigation folder utilized for trial preparation and trial (work product).
12.  Folder containing pre-trial discovery (Illinois Supreme Court Rule 415(c)).

If you have any questions concerning the enclosed documents, please do not hesitate to contact our office.

Sincerely,

James Elmore

Jeff Page

JP/db
Enclosures