# EXHIBIT D

IN THE CIRCUIT COURT
FOR THE EIGHTH JUDICIAL CIRCUIT OF ILLINOIS
QUINCY, ADAMS COUNTY, ILLINOIS

FILED
OCT 26 2017

Lori R. Geschwandner
Clerk Circuit Court 8th Judicial Circuit
ILLINOIS, ADAMS CO.

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) No. 14-CF-488 <br> ) <br> CURTIS T. LOVELACE, ) Hon. Judge Hardwick, Presiding <br> Defendant. ) <br> ) | |

ORDER

This cause coming to be heard on Curtis Lovelace's Motion for an Order Allowing the Parties to Produce Rule 403 Materials In Their Possession In a Federal Civil Rights Lawsuit, the Court being fully advised, and all parties having been heard,

The Court hereby orders that:

The parties to this litigation are given leave to produce in discovery in *Lovelace v. Gibson*, Case No. 17-CV-1201, materials received in the course of discovery in this matter. The parties to the federal court matter (Case No. 17-CV-1201) are required to obtain, prior to the production of any information covered by the Illinois or United States Health Insurance Portability and Accountability Acts (HIPAA), 215 ILCS 97/1 *et seq* and 110 Stat. 1936, respectively, an appropriate protective order in federal court governing the production of such materials.

Oct. 26, 2017
Dated

/s/ Hon. Judge Hardwick
Hon. Judge Hardwick