UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE & CHRISTINE LOVELACE ON BEHALF OF HER MINOR SON LARSON LOVELACE,<br><br>               Plaintiffs,<br>v.<br><br>DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY, AND COUNTY OF ADAMS,<br><br>               Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Colin S. Bruce<br><br>Magistrate Judge Eric I. Long |

## QUINCY DEFENDANTS' MOTION TO EXTEND TIME TO DISCLOSE EXPERTS

NOW COME Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, and Det. Anjanette Biswell, (hereinafter "the Quincy Defendants"), by and through one of their attorneys, Ellen K. Emery of the law firm of Ancel Glink, P.C., and for their Motion to Extend Time to Disclose Experts for an additional twenty-one (21) days state as follows:

1. Discovery has been proceeding in this case and many depositions have already been taken.

2. There is an order in place, dated October 4, 2018, ordering that defendants disclose their experts by February 22, 2019, and expert deposition cut-off of March 29, 2019.

3. The undersigned attorney is the handling attorney for this case, and has been on trial in Dupage County in the case of *Clifford, et al. v. Village of Glen Ellyn and True North Energy, Inc.*, which just ended with the close of business on Tuesday, February 19, 2019, with seven additional days to submit written closing arguments.

4. The Quincy defendants are requesting a twenty-one (21) day extension, or until March 15, 2019, to file their expert witness disclosures.

5. The undersigned attorney emailed the other counsel in this case, and aside from plaintiff's counsel who did not respond, the other attorneys have no objection to this motion.

6. The attending deposition deadline for depositions of experts will also need to be extended a corresponding twenty-one (21) days, or until April 19, 2019.

7. This motion is not being brought for purposes of harassment or delay, and will not affect the dates for dispositive motions, final pretrial, or trial of this matter.

WHEREFORE, the Quincy defendants respectfully request an order of this Court extending the time for them to disclose expert witnesses to March 15, 2019, and to conduct depositions to April 19, 2019.

        Respectfully submitted,

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
One of the attorneys for Defendants
Adam Gibson, Robert Copley, John Summers,
Dina Dreyer, Anjanette Biswell and
the City of Quincy

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery (ARDC # 6183693)
Justin DeLuca (ARDC #6308867)
Ancel Glink, PC
Attorneys for Quincy Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com
jdeluca@ancelglink.com

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on February 22, 2019, the foregoing **Quincy Defendants' Motion to Extend Time to Disclose Experts** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

Jonathan Loevy			jon@loevy.com; tara@loevy.com

James L. Palmer			jpalmer@slpsd.com; smast@slpsd.com

James A. Hansen/Daniel M. McCleery	jhansen@srnm.com; dmccleery@srnm.com

					/s/  Ellen K. Emery
					ELLEN K. EMERY / ARDC# 6183693
					ANCEL, GLINK, P.C.
					140 South Dearborn Street, Sixth Floor
					Chicago, Illinois 60603
					Telephone:	(312) 782-7606
					Facsimile:	(312) 782-0943
					E-Mail:		eemery@ancelglink.com

4817-2571-4313, v. 1