UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE & CHRISTINE LOVELACE ON BEHALF OF HER MINOR SON LARSON LOVELACE,<br><br>Plaintiffs,<br>v.<br><br>DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY, AND COUNTY OF ADAMS,<br><br>Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Colin S. Bruce<br><br>Magistrate Judge Eric I. Long |

## QUINCY DEFENDANTS' UNOPPOSED
## MOTION TO EXTEND TIME TO DISCLOSE EXPERTS

NOW COME Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, and Det. Anjanette Biswell, (hereinafter "the Quincy Defendants"), by and through one of their attorneys, Ellen K. Emery of the law firm of Ancel Glink, P.C., and for their Unopposed Motion to Extend Time to Disclose Experts for an additional twenty-one (21) days state as follows:

1. Discovery has been proceeding in this case and many depositions have already been taken.

2. There is an order in place, dated February 26, 2019, ordering that defendants disclose their experts by March 15, 2019, and an expert deposition cut-off of April 19, 2019.

1

3. The undersigned attorney is the handling attorney for this case, because she was on trial in DuPage County in the case of *Clifford, et al. v. Village of Glen Ellyn and True North Energy, Inc.,* this court entered the order of February 26, 2019 as described above pursuant to the Quincy Defendants' first Motion to Extend.

4. The undersigned counsel for the Quincy Defendants is having knee surgery on Monday, March 18, 2019, and has been trying to get as much done before she has to be off work as a result of that surgery.

5. As a result of the *Clifford* trial going longer than expected, including motions to re-open the trial and re-open evidence, and because of counsel's upcoming surgery, the Quincy defendants are requesting a twenty-one (21) day extension, or until April 5, 2019, to file their expert witness disclosures.

6. Counsel for the other parties in this case have indicated that they will not oppose this motion, so long as the trial date of October 15, 2019 remains unaffected. This motion does not affect that trial date, nor the dates for dispositive motions and the final pretrial.

7. The attending deposition deadline for depositions of experts will also need to be extended a corresponding twenty-one (21) days, or until May 10, 2019.

8. This motion is not being brought for purposes of harassment or delay, and will not affect the dates for dispositive motions, final pretrial, or trial of this matter.

WHEREFORE, the Quincy defendants respectfully request an order of this Court extending the time for them to disclose expert witnesses to April 5, 2019, and to conduct depositions to May 10, 2019.

        Respectfully submitted,

        /s/ Ellen K. Emery
        ELLEN K. EMERY / ARDC# 6183693
        One of the attorneys for Defendants
        Adam Gibson, Robert Copley, John Summers,
        Dina Dreyer, Anjanette Biswell and
        the City of Quincy

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery (ARDC # 6183693)
Justin DeLuca (ARDC #6308867)
Ancel Glink, PC
Attorneys for Quincy Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com
jdeluca@ancelglink.com

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on March 14, 2019, the foregoing **Quincy Defendants' Unopposed Motion to Extend Time to Disclose Experts** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Jonathan Loevy | jon@loevy.com; tara@loevy.com |
| James L. Palmer | jpalmer@slpsd.com; smast@slpsd.com |
| James A. Hansen/Daniel M. McCleery | jhansen@srnm.com; dmccleery@srnm.com |

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
ANCEL, GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: eemery@ancelglink.com

4837-2830-0939, v. 1