IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE and CHRISTINE LOVELACE on behalf of her minor son, LARSON LOVELACE,<br><br>      Plaintiffs,<br><br>vs.<br><br>DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY and COUNTY OF ADAMS,<br><br>      Defendants. | Case No. 17-cv-01201 |

## CERTIFICATE OF MAILING

I, the undersigned, on the 5th day of April, 2019, e-mailed a copy of Defendants Gary Farha, James Keller and County of Adams' Rule 26(2)(b) and (c) Expert Disclosures to the following:

| Attorneys for Plaintiffs: | Attorneys for Defendants Gibson, Copley, Summers, Dreyer, Biswell and City of Quincy: |
|---|---|
| jon@loevy.com<br>tara@loevy.com | jpalmer@slpsd.com<br>tdicianni@ancelglink.com<br>eemery@ancelglink.com |

By: /s/ *James A. Hansen*
James A. Hansen, #6244534
Daniel M. McCleery, #6321087
Attorney for Defendants Gary Farha, Coroner James
   Keller and County of Adams
Schmiedeskamp Robertson Neu & Mitchell LLP
525 Jersey Street
Quincy, IL 62301
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

jon@loevy.com      tara@loevy.com
jpalmer@slpsd.com      eemery@ancelglink.com
tdicianni@ancelglink.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

By: /s/ *James A. Hansen*
James A. Hansen, #6244534