UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE & CHRISTINE LOVELACE ON BEHALF OF HER MINOR SON LARSON LOVELACE, <br><br> Plaintiffs, <br> v. <br><br> DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY, AND COUNTY OF ADAMS, <br><br> Defendants. | Case No. 17 CV 01201 <br><br> The Honorable Judge Colin S. Bruce <br><br> Magistrate Judge Eric I. Long |

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 5, 2019**, I served the following documents to the attorneys listed below, via electronic mail:

- Quincy Defendants' Rule 26(a)(2) Disclosures

and caused this Certificate of Service to be filed electronically through the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| Jonathan Loevy and Tara Thompson | jon@loevy.com; tara@loevy.com |
| James A. Hansen/Daniel M. McCleery | jhansen@srnm.com; dmccleery@srnm.com |
| James L. Palmer | jpalmer@slpsd.com; smast@slpsd.com |

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
ANCEL, GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: eemery@ancelglink.com