# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE & CHRISTINE LOVELACE ON BEHALF OF HER MINOR SON LARSON LOVELACE,<br><br>             Plaintiffs,<br>v.<br><br>DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY, AND COUNTY OF ADAMS,<br><br>             Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Sue Myerscough |

## DEFENDANTS' UNOPPOSED MOTION
## TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS

NOW COME Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, and the City of Quincy (hereinafter "the Quincy Defendants"), and Gary Farha, James Keller, and the County of Adams (hereinafter "the Adams County Defendants"), by and through their attorneys, Ellen K. Emery of the law firm of Ancel Glink, P.C., and James A. Hansen of the law firm of Schmiedeskamp, Robertson, Neu & Mitchel LLP, and for their Unopposed Motion to Extend Time to File Dispositive Motions for an additional twenty-one (21) days state as follows:

    1.    Discovery has been proceeding in this case and the parties are almost done with discovery.

2. There is an order in place, dated August 22, 2017, ordering that dispositive motions are to be filed by June 3, 2019. Both the Quincy Defendants and the Adams County Defendants intend to file Motions for Summary Judgment.

3. The undersigned attorney for the Quincy defendants is the handling attorney for this case and is on trial starting May 7, 2019 in the Circuit Court of Cook County in *Watson v. Dawn Foods, Inc.,* Case No. 16 L 9016, and is expected to last 7-8 trial days. The undersigned attorney for the Quincy defendants will then begin another jury trial immediately thereafter in the Northern District before Judge Lefkow in *Limon v. City of Joliet, et al.,* Case No. 15 CV 1989. Said trial is expected to last 5-6 trial days which will take it until the end of May.

4. Counsel for the Plaintiffs in this case has indicated that they will not oppose this motion, so long as the trial date of October 15, 2019 remains unaffected. This motion does not affect that trial date, nor the date for the final pretrial.

5. This motion is not being brought for purposes of harassment or delay, and will not affect the dates for dispositive motions, final pretrial, or trial of this matter.

WHEREFORE, the Quincy Defendants and the Adams County Defendants respectfully request an order of this Court extending the time for them to file dispositive motions to June 24, 2019.

                                                   Respectfully submitted,

                                                   /s/ Ellen K. Emery
                                                   ELLEN K. EMERY / ARDC# 6183693
                                                   One of the attorneys for Defendants
                                                   Adam Gibson, Robert Copley, John Summers,
                                                   Dina Dreyer, Anjanette Biswell and
                                                   the City of Quincy

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery (ARDC # 6183693)
Justin DeLuca (ARDC #6308867)
Ancel Glink, PC
Attorneys for Quincy Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com
jdeluca@ancelglink.com

/s/James A. Hansen
JAMES A. HANSEN / ARDC# 6244534
One of the attorneys for Defendants
Gary Farha, James Keller, and County of Adams

James A. Hansen (ARDC #6244534)
Daniel M. McCleery (ARDC #6321087)
Schmiedeskamp, Robertson, Neu & Mitchell LLP
Attorneys for Adams County Defendants
525 Jersey
Quincy, IL 62301
217 223-3030/Fax: 217 223-1005
jhansen@srnm.com
dmccleery@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on **April 29, 2019**, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Jonathan Loevy | jon@loevy.com |
| Tara Thompson | tara@loevy.com |
| James L. Palmer | jpalmer@slpsd.com; smast@slpsd.com |

       /s/  Ellen K. Emery
       ELLEN K. EMERY / ARDC# 6183693
       ANCEL, GLINK, P.C.
       140 South Dearborn Street, Sixth Floor
       Chicago, Illinois 60603
       Telephone:   (312) 782-7606
       Facsimile:    (312) 782-0943
       E-Mail:       eemery@ancelglink.com