UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE & CHRISTINE LOVELACE ON BEHALF OF HER MINOR SON LARSON LOVELACE,<br><br>Plaintiffs,<br>v.<br><br>DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY, AND COUNTY OF ADAMS,<br><br>Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Sue Myerscough |

**DEFENDANTS' JOINT MEMORANDUM IN RESPONSE
TO COURT'S VIDEO CONFERENCE OF MAY 13, 2019**

NOW COME Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, and the City of Quincy (hereinafter "the Quincy Defendants"), and Gary Farha, James Keller, and the County of Adams (hereinafter "the Adams County Defendants"), by and through their attorneys, Ellen K. Emery of the law firm of Ancel Glink, P.C., and James A. Hansen of the law firm of Schmiedeskamp, Robertson, Neu & Mitchel LLP, and for their Joint Memorandum in Response to this Court's Video Conference of May 13, 2019 state as follows:

1. On May 13, 2019, this Court conducted a video conference status call with the attorneys for the parties. During that status call, this Court discussed, and made the parties aware, of her daughter's employment with the Exoneration Project which works with the law firm of Loevy & Loevy (Plaintiff's counsel in this case) on many matters, the work that she does,

1

and the people with whom she works. This Court wanted to make the parties aware of any possible conflict of interest regarding the facts and details outlined and discussed during that status call.

2. Following that status call, the undersigned attorneys for all Defendants conferred with their respective clients and related all of the items discussed during that conference call with the Court.

3. Following the respective discussions of counsel with their Defendants, it is the unanimous opinion of each of the Defendants individually, and all of them collectively, that they respectfully request that this Court recuse herself from this case and send it back to the Chief Judge for reassignment.

Respectfully submitted,

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
One of the attorneys for Defendants
Adam Gibson, Robert Copley, John Summers,
Dina Dreyer, Anjanette Biswell and
the City of Quincy

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery (ARDC # 6183693)
Justin DeLuca (ARDC #6308867)
Ancel Glink, PC
Attorneys for Quincy Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com
jdeluca@ancelglink.com

/s/James A. Hansen
JAMES A. HANSEN / ARDC# 6244534
One of the attorneys for Defendants
Gary Farha, James Keller, and County of Adams

James A. Hansen (ARDC #6244534)
Daniel M. McCleery (ARDC #6321087)
Schmiedeskamp, Robertson, Neu & Mitchell LLP
Attorneys for Adams County Defendants
525 Jersey
Quincy, IL 62301
217 223-3030/Fax: 217 223-1005
jhansen@srnm.com
dmccleery@srnm.com

# CERTIFICATE OF SERVICE

I hereby certify that on **May 15, 2019**, I electronically filed the foregoing **DEFENDANTS' JOINT MEMORANDUM IN RESPONSE TO COURT'S VIDEO CONFERENCE OF MAY 13, 2019** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Jonathan Loevy | jon@loevy.com |
| Tara Thompson | tara@loevy.com |
| James L. Palmer | jpalmer@slpsd.com; smast@slpsd.com |

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
ANCEL, GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: eemery@ancelglink.com