UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE & CHRISTINE LOVELACE ON BEHALF OF HER MINOR SON LARSON LOVELACE,<br><br>Plaintiffs,<br>v.<br><br>DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY, AND COUNTY OF ADAMS,<br><br>Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Sue Myerscough |

## ADAMS COUNTY AND CITY OF QUINCY DEFENDANTS' JOINT MOTION SEEKING RECUSAL

NOW COME Gary Farha, James Keller, and the County of Adams (hereinafter "the Adams County Defendants"), by and through their attorneys Schmiedeskamp, Robertson, Neu & Mitchel LLP, and Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, and the City of Quincy, (the "Quincy Defendants") and for their Joint Motion Seeking Recusal states as follows:

1. Defendants hereby seek Recusal of the Honorable Judge Susan Myerscough.

2. Defendants incorporate herein the attached Memorandum of Law in Support of Defendants' Motion Seeking Recusal.

WHEREFORE, Gary Farha, James Keller, and the County of Adams and Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell

1

and the City of Quincy, pray this Court grant their Motion Seeking Recusal for the reasons stated herein, and for such other and further relief the Court deems just and proper.

          Respectfully submitted,

    /s/ Thomas G. DiCianni
THOMAS G. DiCIANNI / ARDC# 03127041
One of the attorneys for Defendants
Adam Gibson, Robert Copley, John Summers,
Dina Dreyer, Anjanette Biswell and
the City of Quincy

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery (ARDC # 6183693)
Justin DeLuca (ARDC #6308867)
Ancel Glink, PC
Attorneys for Quincy Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com
jdeluca@ancelglink.com

    /s/James A. Hansen
JAMES A. HANSEN / ARDC# 6244534
One of the attorneys for Defendants
Gary Farha, James Keller, and County of Adams

James A. Hansen (ARDC #6244534)
Daniel M. McCleery (ARDC #6321087)
Schmiedeskamp, Robertson, Neu & Mitchell LLP
Attorneys for Adams County Defendants
525 Jersey
Quincy, IL 62301
217 223-3030/Fax: 217 223-1005
jhansen@srnm.com
dmccleery@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 3, 2019**, I electronically filed the foregoing **ADAMS COUNTY AND CITY OF QUINCY DEFENDANTS' JOINT MOTION SEEKING RECUSAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Jonathan Loevy | jon@loevy.com |
| Tara Thompson | tara@loevy.com |
| James L. Palmer | jpalmer@slpsd.com; smast@slpsd.com |

/s/ Thomas G. DiCianni
THOMAS G. DiCIANNI / ARDC# 03127041
ANCEL, GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: tdicianni@ancelglink.com