*Lovelace v. Gibson, et al.*
**17-cv-01201**

# EXHIBIT A

```
1            IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF ILLINOIS
2                     SPRINGFIELD DIVISION

3   CURTIS LOVELACE, ET AL.,    )
                                )
4            PLAINTIFFS,        ) 17-1201
                                )
5        VS.                    )
                                )
6   ADAM GIBSON, ET AL.         ) SPRINGFIELD, ILLINOIS
                                )
7            DEFENDANTS.        )

8              TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE SUE E. MYERSCOUGH
9                UNITED STATES DISTRICT JUDGE

10  MAY 13, 2019

11  A P P E A R A N C E S:
     FOR THE PLAINTIFFS:    TARA THOMPSON
12   (BY VIDEO)             LOEVY & LOEVY
                            3RD FLOOR
13                          311 NORTH ABERDEEN STREET
                            CHICAGO, ILLINOIS
14

15   FOR THE DEFENDANTS:    ELLEN EMERY
     (BY VIDEO)             THOMAS DiCIANNI
16                          ANCEL GLINK DIAMOND BUSH
                            DiCIANNI & KRAFTHEFER
17                          SUITE 600
                            140 S. DEARBORN STREET
18                          CHICAGO, ILLINOIS

19                          JAMES HANSEN
                            SCHMIEDESKAMP ROBERTSON NEU &
20                          MITCHELL
                            525 JERSEY STREET
21                          QUINCY, ILLINOIS

22

23   COURT REPORTER:        KATHY J. SULLIVAN, CSR, RPR, CRR
                            COURT REPORTER
24                          600 E. MONROE
                            SPRINGFIELD, ILLINOIS
25                          (217)492-4810
```

```
                        I N D E X

 WITNESS                  DIRECT   CROSS   REDIRECT   RECROSS




                        E X H I B I T S

 GOVERNMENT'S EXHIBIT
 NUMBER                           IDENTIFIED   ADMITTED







 DEFENDANT'S EXHIBIT
 NUMBER                           IDENTIFIED   ADMITTED
```

```
 1                    P R O C E E D I N G S
 2           *     *     *     *     *     *     *     *     *     *     *
 3              THE COURT:  This is 17-1201.  Lovelace
 4   versus Gibson.
 5       We have for the plaintiff, Tara Thompson of
 6   Loevy and Loevy.
 7       We have, for the defendants Gibson, Copley,
 8   Summers, Dreyer, Biswell, and City of Quincy, Thomas
 9   DiCianni?
10              MR. DiCIANNI:  Correct.  Thank you.
11              THE COURT:  Are you going to say it for me
12   correctly?
13              MR. DiCIANNI:  No, DiCianni is correct.
14              THE CLERK:  I already butchered it.
15              THE COURT:  I give the job of butchering
16   names to my clerk, Ms. Meadows.
17       Ellen Emery as well.
18       And then for Gary Farha, James Keller, County
19   of Adams, James Hansen of Schmiedeskamp, Robertson,
20   Neu & Mitchell.
21       Good morning, everybody.  I'm sure some of you
22   are wondering why in the world we're having this
23   status conference.
24       And I will tell you the reason I'm having this
25   status conference is because recently, my daughter
```

1  has changed her employment.  She's a lawyer.  Lauren
2  Myerscough-Mueller.  And she was with the Innocence
3  Project at the University of Illinois.  And she was
4  recently, luckily, hired by the University of
5  Chicago's Exoneration Project.
6      And I did not realize at the time that a number
7  of the -- her co-workers -- and I don't know what
8  levels everybody has other than what I looked at on
9  the University of Chicago's website is -- I think,
10 Ms. Thompson, are you also employed by the
11 Exoneration Project?
12         MS. THOMPSON:  I do -- the firm donates a
13 substantial amount of my time to the Exoneration
14 Project.  And I do work with the organization, Your
15 Honor.
16         THE COURT:  Okay.  But you're in no way in
17 charge of my daughter or taking -- you're not
18 responsible for her compensation or anything like
19 that?
20         MS. THOMPSON:  I am not, Your Honor.
21    I am working with her, I mean in my duty of, I
22 guess, disclosure, since we're discussing these
23 issues, but I am not her supervisor.
24         THE COURT:  Okay.  I assumed that all of
25 you would be working on cases together.

1     I've looked at the Rules of Ethics.  I do not
2  believe that there is a conflict in my staying on
3  this case.
4     I did want to disclose also that I was recently
5  at a dinner, the Innocence Project dinner, which
6  recognized many of the exonerees.  And Mr. Lovelace
7  was one of the exonerees.  He sat at a table not far
8  from mine and he was on stage.
9     I also should disclose that, quite frankly, a
10 number of lawyers have discussed the cases that have
11 been tried in this -- in Mr. Lovelace's situation.
12 Not at length, not in detail, but I wanted to
13 disclose that it was a case of interest in the
14 Central District of Illinois and with the lawyers
15 in -- in this region.  There was quite a bit of
16 publicity, obviously, in our newspapers with both of
17 those situations.
18    I will also say I've had many cases with the
19 City of Quincy and with the County of Adams over the
20 course of my career.  I should also disclose I've
21 had Mr. Hanson on quite a few cases during the
22 course of my career as well.  I don't believe I've
23 had Mr. DiCianni or Ms. Emery, but I do believe I've
24 had contact with the firm in the past.
25    So I wanted to disclose those issues.  I'm sure

1  you'll want to discuss those issues with your
2  clients and see what their position is; if this
3  gives them pause or you wish to request a recusal.
4           MS. EMERY:  Your Honor, we appreciate that.
5  We will discuss it within the next 48 hours with our
6  client.  If you can schedule another conference for
7  us to report back, or if you want us to do it in
8  writing?
9           THE COURT:  Why don't you do it in writing.
10 Doesn't have to be anything lengthy.  I would
11 appreciate it.
12      I also should disclose I will be having a
13 number of these hearings to disclose some similar
14 issues in other cases.  It's not just you,
15 Ms. Thompson, it's -- I have some other contacts
16 with other lawyers in another of the Loevy and Loevy
17 cases that I need to disclose as well.
18      As you know, practicing law in the Central
19 District of Illinois is very different than it is in
20 Chicago.  And we very frequently know the lawyers on
21 both sides.  In fact, my former colleague on the
22 Appellate Court, Bob Cook, use to work for the
23 Schmiedeskamp firm.  Use to share very interesting
24 stories about the firm.  As you knew he would.
25          MR. HANSEN:  Hold on now.  That might be

```
 1   grounds right there.
 2           THE COURT:  All right.  So if in the next
 3   48 hours, if you would indicate whether that's a
 4   problem with anybody, I would appreciate it.  And
 5   thank you for being so readily available on such
 6   short notice so I could disclose this.
 7      By the way, my daughter's first day of work was
 8   Monday of this last week, which is the reason this
 9   was set so hastily.  I also have to disclose that
10   today my new granddaughter is five weeks old.  It's
11   not Lauren's, but her sister's.
12           MR. HANSEN:  Wow, congratulations.
13           THE COURT:  Unfortunately, that child is up
14   where you are near that beautiful statute.  Is that
15   the Calder outside of your window?
16           MS. EMERY:  Yes.
17           THE COURT:  Beautiful conference room.
18      All right.  Court is adjourned in this matter.
19      (Court was adjourned in this matter.)
```

```
1   I, KATHY J. SULLIVAN, CSR, RPR, CRR, Official Court
2   Reporter, certify that the foregoing is a correct
3   transcript from the record of proceedings in the
4   above-entitled matter.
5
6
7
8
9                    This transcript contains the
10                   digital signature of:
11
12                   Kathy J. Sullivan, CSR, RPR, CRR
13                   License #084-002768
14
15
16
17
18
19
20
21
22
23
24
25
```