# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE,<br>LOGAN LOVELACE, LINCOLN<br>LOVELACE, & CHRISTINE LOVELACE<br>on behalf of her minor son LARSON<br>LOVELACE,<br><br>    Plaintiffs,<br><br>v.<br><br>DET. ADAM GIBSON, POLICE CHIEF<br>ROBERT COPLEY, SGT. JOHN SUMMERS,<br>LT. DINA DREYER, DET. ANJANETTE<br>BISWELL, UNKNOWN QUINCY POLICE<br>OFFICERS, GARY FARHA, CORONER<br>JAMES KELLER, THE CITY OF QUINCY,<br>and COUNTY OF ADAMS<br><br>    Defendants. | 1:17-cv-01201-JES-JEH<br><br><br>JURY TRIAL DEMANDED<br><br>Judge Myerscough<br><br>Mag. Judge Long |

## DECLARATION OF TARA THOMPSON

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am an attorney at Loevy & Loevy and the Exoneration Project.

2. I have reviewed the attached filing entitled "Plaintiffs' Response to the Defendants' Motion for Recusal."

3. To the best of my knowledge and belief, the facts contained therein are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 7, 2019__         _/s/ Tara Thompson_____

Exhibit A