UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Curtis Lovelace, Logan Lovelace, Lincoln Lovelace & Christine Lovelace on behalf of her minor son Larson Lovelace,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, Unknown Quincy Police Officers, Gary Farha, Coroner James Keller, The City of Quincy, and County of Adams,<br><br>　　　　　Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Sue E. Myerscough<br><br>Magistrate<br>Hon. Judge Eric J. Long |

## DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE REPLY INSTANTER

NOW COME Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, and the City of Quincy (hereinafter "the Quincy Defendants"), by and through their attorneys, Ancel Glink, P.C., and Gary Farha, James Keller, and the County of Adams (hereinafter "the Adams County Defendants"), by and through their attorneys, Schmiedeskamp, Robertson, Neu & Mitchel LLP, and for their Joint Motion for Leave to File Reply Instanter, state as follows:

1.　On June 3, 2019, pursuant to this Court's direction, Defendants filed a Joint Motion Seeking Recusal of this Court and a Memorandum in Support of that Motion for reasons outlined therein. The Court allowed Plaintiffs to file a Response to said Motion by June 17, 2019.

2.　On June 7, 2019, Plaintiffs filed their Response to the Defendants' Motion for Recusal adding much unnecessary background to the issue as well as accusing Defendants' of making certain arguments which are nowhere contained in their Motion. As a result,

1

Defendants' seek leave to file the attached Reply to Plaintiff's Response (attached as Exhibit A) to more fully explain their request for this Court's recusal.

WHEREFORE, Defendants respectfully move for an order of this Court granting them leave to file the attached Joint Reply to Plaintiff's Response to Defendants' Motion for Recusal.

    Respectfully submitted,

    /s/ Ellen K. Emery
    ELLEN K. EMERY / ARDC# 6183693
    One of the attorneys for Defendants
    Adam Gibson, Robert Copley, John Summers,
    Dina Dreyer, Anjanette Biswell and
    the City of Quincy

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery (ARDC # 6183693)
Justin DeLuca (ARDC #6308867)
Attorneys for Quincy Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com
jdeluca@ancelglink.com

    /s/James A. Hansen
    JAMES A. HANSEN / ARDC# 6244534
    One of the attorneys for Defendants
    Gary Farha, James Keller, and County of Adams

James A. Hansen (ARDC #6244534)
Daniel M. McCleery (ARDC #6321087)
Schmiedeskamp, Robertson, Neu & Mitchell LLP
Attorneys for Adams County Defendants
525 Jersey
Quincy, IL 62301
217 223-3030/Fax: 217 223-1005
jhansen@srnm.com
dmccleery@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing **DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE REPLY INSTANTER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Jonathan Loevy | jon@loevy.com |
| Tara Thompson | tara@loevy.com |
| James L. Palmer | jpalmer@slpsd.com; smast@slpsd.com |

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
ANCEL, GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: eemery@ancelglink.com