# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE & CHRISTINE LOVELACE ON BEHALF OF HER MINOR SON LARSON LOVELACE,<br><br>Plaintiffs,<br>v.<br><br>DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY, AND COUNTY OF ADAMS,<br><br>Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Sue Myerscough |

## DEFENDANTS' UNOPPOSED MOTION
## TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS

NOW COME Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, and the City of Quincy (hereinafter "the Quincy Defendants"), and Gary Farha, James Keller, and the County of Adams (hereinafter "the Adams County Defendants"), by and through their attorneys, Ellen K. Emery of the law firm of Ancel Glink, P.C., and James A. Hansen of the law firm of Schmiedeskamp, Robertson, Neu & Mitchel LLP, and for their Unopposed Motion to Extend Time to File Dispositive Motions for an additional fourteen (14) days state as follows:

1. Discovery in this case was completed on May 16, 2019.

2. There is an order in place ordering that dispositive motions are to be filed by June 24, 2019. The Defendants are preparing their Motions for Summary Judgment.

3. The undersigned attorney for the Quincy defendants is the handling attorney for this case and has principal responsibility for the preparation of the Motion for Summary Judgment, including the Local Rule 7.1 Statement of Fact.

4. Since the undersigned counsel 's trial ended in late May in *Limon v. City of Joliet, et al.,* Case No. 15 CV 1989, counsel has been working on the following matters, in addition to the Motion for Summary Judgment in this case:

    a. Trial preparation in *Schmalz v. Village of North Riverside*, Case No. 13 CV 8012 pending in the Northern District of Illinois;

    b. Briefing on an appellate brief in *Beaman v. Town of Normal, et al.*, 4-16-0527 in the Fourth District Appellate Court on remand from the Illinois Supreme Court;

    c. Massive discovery issues (35,000+ documents) in *Hanna v. City of Chicago*, 06 CH 19422 in Cook County, on remand from the First District Appellate Court;

    d. Receipt of thirty-two (32) new case files as litigation supervisor from a municipality that fired its former law firm and the files are in disarray, are missing documents, and some arrived with default judgments against the client and others with short trial dates;

    e. Extensive discovery completion in *Palmer v. City of Decautor*, Case No. 17 CV 4368, pending in the Central District of Illinois; and

    f. Other matters.

5. Counsel for the Plaintiffs in this case has indicated that they will not oppose this motion, so long as the trial date of October 15, 2019 remains unaffected. This motion does not affect that trial date, nor the date for the final pretrial.

6. This motion is not being brought for purposes of harassment or delay, and will not affect the dates for final pretrial or trial of this matter.

WHEREFORE, all Defendants respectfully request an order of this Court extending the time for them to file dispositive motions to July 8, 2019.

Respectfully submitted,

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
One of the attorneys for Defendants
Adam Gibson, Robert Copley, John Summers,
Dina Dreyer, Anjanette Biswell and
the City of Quincy

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery (ARDC # 6183693)
Justin DeLuca (ARDC #6308867)
Ancel Glink, PC
Attorneys for Quincy Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com
jdeluca@ancelglink.com

/s/James A. Hansen
JAMES A. HANSEN / ARDC# 6244534
One of the attorneys for Defendants
Gary Farha, James Keller, and County of Adams

James A. Hansen (ARDC #6244534)
Daniel M. McCleery (ARDC #6321087)
Schmiedeskamp, Robertson, Neu & Mitchell LLP
Attorneys for Adams County Defendants
525 Jersey
Quincy, IL 62301
217 223-3030/Fax: 217 223-1005
jhansen@srnm.com
dmccleery@srnm.com

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on **June 20, 2019**, the foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** was e-mailed to the below counsel of record:

| | |
|---|---|
| Jonathan Loevy | jon@loevy.com |
| Tara Thompson | tara@loevy.com |
| James L. Palmer | jpalmer@slpsd.com; smast@slpsd.com |

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
ANCEL GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: eemery@ancelglink.com