IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE and CHRISTINE LOVELACE on behalf of her minor son, LARSON LOVELACE,<br><br>    Plaintiffs,<br><br>vs.<br><br>DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY and COUNTY OF ADAMS,<br><br>    Defendants. | Case No. 17-cv-01201 |

## DEFENDANTS GARY FARHA, JAMES KELLER AND ADAMS COUNTY'S MOTION FOR SUMMARY JUDGMENT

Comes now Defendants Gary Farha, James Keller and Adams County ("Adams County Defendants"), by and through their attorneys Schmiedeskamp Robertson Neu & Mitchell, LLP, pursuant to Fed.R.Civ.Pro. 56 and Local Rule 7.1(D)(1), and hereby file their Motion for Summary Judgment on all Counts and state as follows:

1.    Plaintiffs have filed an 11 Count Complaint on May 8, 2017against the Defendants. Except for Counts 3, 5 and 10, the remaining Counts are directed against these Defendants.

2.    After two (2) years of litigation, Plaintiffs have failed to come forth with evidence that creates a genuine issue of material fact as to the Adams County Defendants and therefore summary judgment is appropriate on behalf of the Defendants as a matter of law. The Adams

County Defendants seek summary judgment in their favor and against Plaintiffs on all Counts directed against them.

3. Defendants hereby adopt and incorporate by reference their Memorandum of Law in Support of their Motion for Summary Judgment under Rule 56 and Local Rule 7.1.

WHEREFORE, Defendants Gary Farha, James Keller and Adams County hereby request summary judgment be granted in their favor and against all Plaintiffs, on all counts, they be awarded their attorneys' fees, costs and expenses incurred in this litigation, and for such other and further relief as the Court deems just and proper.

By: /s/ *James A. Hansen*

James A. Hansen, #6244534
Daniel M. McCleery, #6321087
Attorney for Defendants Gary Farha, Coroner James Keller and Adams County
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street
Quincy, IL 62301
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com; dmccleery@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2019, I e-mailed the foregoing to the following:

jon@loevy.com
jpalmer@slpsd.com
tdicianni@ancelglink.com

tara@loevy.com

eemery@ancelglink.com

By: /s/ *James A. Hansen*
James A. Hansen, #6244534