LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

1:17-cv-01201-SEM-EIL   # 90-10   Page 1 of 30

E-FILED
Monday, 08 July, 2019  01:53:31 PM
Clerk, U.S. District Court, ILCD

## Page 1

1       IN THE UNITED STATES DISTRICT COURT
2        FOR THE CENTRAL DISTRICT OF ILLINOIS
              STATE OF ILLINOIS
3

4  CURTIS LOVELACE, LOGAN LOVELACE,
   LINCOLN LOVELACE, AND CHRISTINE
5  LOVELACE on behalf of her
   minor son, LARSON LOVELACE,
6

7          Plaintiffs,

8      -vs-            No. 17 CV 01201

9  DET. ADAM GIBSON, POLICE
   CHIEF ROBERT COPLEY, SGT.
10 JOHN SUMMERS, LT. DINA
   DREYER, DET. ANJANETTE BISWELL,
11 UNKNOWN QUINCY POLICE OFFICERS,
   GARY FARHA, CORONER JAMES
12 KELLER, THE CITY OF QUINCY AND
   COUNTY OF ADAMS,

13        Defendants.

14

15

16        DEPOSITION OF LARSON LOVELACE
             July 3, 2018
17             9:00 AM
           301 West White
18          Champaign, IL

19

20          Reported By:

21

22      Deann K. Parkinson:  CSR 84-002089
      Area Wide Reporting & Video Conferencing
23            301 West White
         Champaign, Illinois  61820
24           (800)747-6789

25

## Page 2

1  APPEARANCES:

2            FOR THE PLAINTIFFS:

3            MS. TARA THOMPSON
             LOEVY & LOEVY
4            311 North Aberdeen St. 3rd Floor
             Chicago, IL  60607
5            312-243-5900
             tara@loevy.com
6

7

8            APPEARING FOR THE CITY OF QUINCY,
             ADAM GIBSON, ROBERT COPLEY, JOHN
9            SUMMERS, DINA DREYER, ANJANETTE
             BISWELL:

10           MR. WILLIAM MECKES
             SCHOLZ LOOS PALMER SIEBERS &
11           DUESTERHAUS
             625 Vermont Street
12           Quincy, IL  62301
             wmeckes@slpsd.com
13

14           APPEARING FOR THE COUNTY OF ADAMS,
15           GARY FARHA and JAMES KELLER:

16           MR. JAMES HANSEN
             SCHMIEDESKAMP ROBERTSON NEU &
17           MITCHELL
             525 Jersey Street
18           Quincy, IL  62301
             217-223-3030
19           jhansen@SRNM.com

20

21

22

23

24

25

## Page 3

1  APPEARANCES CONTINUED:

2            APPEARING FOR THE CITY OF QUINCY,
             ADAM GIBSON, ROBERT COPLEY, JOHN
3            SUMMERS, DINA DREYER, ANJANETTE
             BISWELL:

4            MR. THOMAS DiCIANNI:
5            ANCEL, GLINK, DIAMOND, BUSH,
             DICIANNI & KRAFTHEFER PC
6            140 South Dearborn Street
             Sixth Floor
7            Chicago, IL  60603
             312-782-7606
8            tdicianni@ancelglink.com

9                * * * *

10 Also Present:  Curtis Lovelace
                Christine Lovelace
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## Page 4

1                INDEX

2  WITNESS:  LARSON LOVELACE

3

4  Examination by Mr. DiCianni.......page 6
   Examination by Mr. Hansen........page 89
5  Examination by Ms. Thompson......page 115
   Examination by Mr. DiCianni.......page 116
6

7

8       THERE WERE NO EXHIBITS TO THE DEPOSITION

9

10

11

12

13

14

15

16

17

18

19

20

21

22                EXHIBIT I

23

24

25

Page 5

1              DEPOSITION

2

3         The Deposition of LARSON LOVELACE, a

4  citizen of the State of Illinois, a witness of

5  lawful age; produced, sworn, and examined upon his

6  corporeal oath, at 301 West White, Champaign,

7  Illinois, on July 3, 2018, before Deann K.

8  Parkinson, CSR, Notary Public in and for the

9  County of Champaign and State of Illinois, as a

10 witness in a certain suit and matter now pending

11 and undetermined in the United States District

12 Court for the Central District of Illinois.

13         CSR License No. 84-002089.

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1         (The time is 9:14 a.m.)

2         LARSON LOVELACE,

3  the deponent herein, called as a witness, after

4  having been first duly sworn, testified as

5  follows:

6         EXAMINATION BY

7         MR. DiCIANNI:

8  Q.   State your name for the record, please?

9  A.   **Larson Lovelace.**

10 Q.   Larson, have you ever given a deposition

11 before this?

12 A.   **No.**

13 Q.   Let me tell you what we're going to do.

14 I'm going to ask you questions that pertain to a

15 lawsuit that's pending. You're a party to that

16 lawsuit. When you respond to my questions, you

17 have to do it verbally because the court reporter

18 is going to be taking down everything we talk

19 about today, okay?

20 A.   **Yes.**

21 Q.   And if I should ask you a question that

22 you don't understand, or you don't hear me or have

23 any problem with it, please let me know that,

24 okay?

25 A.   **Okay.**

Page 7

1  Q.   When we're finished with our deposition,

2  the court reporter is going to write up the whole

3  discussion. And we're going to assume at that

4  point that any answer you gave is the answer you

5  intended to give and meant to give, okay?

6  A.   **Okay.**

7  Q.   So it's important you let us know if you

8  don't understand; all right?

9  A.   **Yes.**

10 Q.   Did you do anything to prepare for this

11 deposition?

12 A.   **Talked with her.**

13 Q.   Talked with your attorney?

14 A.   **Uh-huh.**

15 Q.   Okay. And when was that?

16 A.   **Yesterday.**

17 Q.   Where did that take place?

18 A.   **At our parents office.**

19 Q.   And how long was the meeting?

20 A.   **30 minutes.**

21 Q.   Did you review any documents or any

22 other materials during that meeting?

23 A.   **Yes.**

24 Q.   What did you review?

25 A.   **We reviewed the summary of the interview**

Page 8

1  **that Adam Gibson gave, and the transcript of the**

2  **interview that Adam Gibson gave.**

3  Q.   You're talking about something that Adam

4  Gibson said, or are you talking about a statement,

5  an interview, that he conducted?

6  A.   **Both. One was the interview he**

7  **conducted. And then one was the summary of it.**

8  Q.   Okay. And would that have been the

9  interview of you?

10 A.   **Yes.**

11 Q.   And would that have been the interview

12 that occurred shortly after, or at the time of

13 your father's arrest?

14 A.   **Yes.**

15 Q.   Did you review anything else?

16 A.   **No.**

17 Q.   Have you, over the course of the last

18 few weeks, reviewed anything else in preparation

19 for today?

20 A.   **No.**

21 Q.   Where do you currently live?

22 A.   **1312 Farley Lane.**

23 Q.   And where is that located? In Champaign?

24 A.   **Yeah, yeah, Champaign.**

25 Q.   And how long have you lived at that

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

Page 9

1  location?
2  A.   A year and a half maybe, yeah.
3  Q.   Is there a house there that you live in?
4  A.   Yes.
5  Q.   And who do you live with?
6  A.   My mom and my dad.
7  Q.   And your mom is -- your dad is Curtis
8  Lovelace?
9  A.   Yes.
10  Q.   And what is -- who is your mom?
11  A.   Christene Lovelace.
12  Q.   And Christene is -- is she your adoptive
13  mother?
14  A.   Yes.
15  Q.   She has adopted you?
16  A.   Yes.
17  Q.   Do you know when that occurred?  When
18  she adopted you?
19  A.   I think it was May 22nd of 2013.
20  Q.   And did you go to court for that?
21  A.   Yes.
22  Q.   And were you in court when that
23  occurred?
24  A.   Yes.
25  Q.   Your natural mother was Cory Lovelace,

Page 10

1  correct?
2  A.   Yes.
3  Q.   And you were four years old, as I
4  understand it, when she died, correct?
5  A.   Yes.
6  Q.   And do you have a memory of your mother?
7  A.   Not much.  But, yes.
8  Q.   You have a memory of the day that she
9  was found to be dead?
10  A.   Yes.
11  Q.   And you've given various statements over
12  the years regarding that day, the statement you
13  just talked about.  You testified at trial,
14  correct?
15  A.   Yes.
16       MS. THOMPSON: Object to form, but you
17  can answer.
18  Q.   When is the last time you would have
19  reviewed any of your trial testimony regarding
20  that day?
21  A.   Oh, that would have been -- I reviewed
22  some of that earlier this week as well.
23  Q.   And you testified two times, correct, in
24  a trial?
25  A.   Yes.

Page 11

1  Q.   So you reviewed both of those?
2  A.   I reviewed the transcript --
3  Q.   Let me finish the question.  You
4  reviewed the testimony from both of those trials?
5  A.   I reviewed the transcript from the first
6  trial.
7  Q.   First trial.  You didn't review from the
8  second trial?
9  A.   No.
10  Q.   Is there a reason why you only reviewed
11  the first trial?
12       MS. THOMPSON: And I'm going to instruct
13  you.  You can answer that question, but don't
14  reveal any attorney client communication in
15  answering that question, okay?
16  Q.   And what she means is, I'm not asking
17  you about some conversation or discussion you had
18  with your lawyer, okay?  That's not what am I
19  asking for.
20       My question is, is there a reason why
21  you yourself did not read both trial testimony
22  transcripts?
23  A.   I did not have the second trial
24  transcripts.
25  Q.   Okay.  When did you read the first trial

Page 12

1  transcript?
2  A.   Thursday.  Last Thursday.
3  Q.   A week ago Thursday?
4  A.   Yes.
5  Q.   And when you read that, did it refresh
6  your memory of any of the events of the day that
7  you were asked about?
8  A.   I kind of remember it anyway, so --
9  Q.   Was there anything that you said in that
10  transcript, or that you read in that transcript,
11  that as you look back on it now you think was
12  wrong?
13       MS. THOMPSON: Object to form, but you
14  can answer.
15  A.   No.
16  Q.   So, you're saying that everything you
17  testified at the trial was accurate?
18  A.   Yes.
19       MS. THOMPSON: Object to form.  You can
20  answer.
21  Q.   Based on your memory?
22  A.   Yes.
23  Q.   Before you lived at 1312 Farley, where
24  did you live?
25  A.   2025 Main Street, Quincy, Illinois.

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

Page 13

1    Q.   In Quincy?
2    A.   Yes.
3    Q.   Do you remember what year you moved into
4  that address?
5    A.   I don't have an exact year.
6    Q.   How long did you live there?
7    A.   I couldn't say how long.
8    Q.   Who did you live there with?
9    A.   My dad, Erika Gomez, Darlene Steinkamp,
10  my brothers.  And then Christene.
11    Q.   Who is Darlene Steinkamp?  Is that what
12  you said?
13    A.   Yes.
14    Q.   Who's Darlene Steinkamp?
15    A.   She is the daughter of Erika Gomez.
16    Q.   And did your sister live there as well?
17    A.   Yes.
18    Q.   So, tell me who your siblings are?
19    A.   I have my brother, Lincoln.  My other
20  brother, Logan.  I have a sister, Lyndsay.  And
21  then I have another sister, Whitney.
22    Q.   And where does Lincoln live currently?
23    A.   He is currently deployed.  So --
24    Q.   Do you know where he's deployed to?  If
25  you know?

Page 14

1    A.   Yeah; no.
2    Q.   You seem like you were looking for
3  answers that way.
4    A.   Well, yeah.
5    Q.   You can't do that.  Just tell me what
6  you know.  And if you don't know, then you don't
7  know.  That's the answer.  But he's in the Army?
8    A.   Yes.
9    Q.   And he's deployed somewhere overseas?
10    A.   Yes, somewhere in the Middle East.
11    Q.   You don't know where?
12    A.   Yeah.
13    Q.   You mentioned Logan is your other
14  brother, correct?
15    A.   Yes.
16    Q.   And where does he live currently?
17    A.   He lives in Louisiana.
18    Q.   And is he in the military as well?
19    A.   Yes.
20    Q.   So, in Louisiana, he's living on an Army
21  base?
22    A.   Yes.
23    Q.   And you mentioned your sister, Lyndsay;
24  correct?
25    A.   Yes.

Page 15

1    Q.   Where does Lyndsay live?
2    A.   I do not know.
3    Q.   When is the last time you saw Lyndsay?
4    A.   Would have been three years ago.  Four
5  years ago.
6    Q.   Where was that?
7    A.   I wouldn't recall.
8    Q.   You don't remember where?
9    A.   Yeah.
10    Q.   Do you remember what the circumstances
11  were that you would have met with her?
12    A.   No.
13    Q.   Well, was it a family event?
14    A.   Probably.  I couldn't tell you exactly.
15    Q.   Do you remember anybody else who was
16  there at the time?
17    A.   No.
18    Q.   What do you remember about that event?
19    A.   I don't remember like anything specific.
20  But, that would have been about the last time I've
21  seen her.
22    Q.   Okay.  You can't remember anything else?
23  Just that you remember that you saw her about
24  three years ago?
25    A.   Yeah.

Page 16

1    MS. THOMPSON: Object to form.  You can
2  answer.
3    A.   Yeah.
4    Q.   You don't remember where it was?
5    A.   No.
6    Q.   Did you have any conversation with
7  Lyndsay three years ago when you last saw her?
8    A.   I would think so.
9    Q.   Well --
10    A.   I don't remember exactly.
11    Q.   Do you remember anything that you talked
12  about?
13    A.   No.
14    Q.   Do you maintain any type of a
15  relationship with her?
16    A.   No.
17    Q.   Would you say that you purposely don't
18  maintain a relationship with her?
19    A.   She really hasn't wanted to -- she
20  hasn't requested to see me or -- I really haven't
21  heard anything from her so --
22    Q.   O you have a dislike for her?
23    A.   No.  I mean --
24    Q.   It sounds like you don't have, what I
25  would call a normal brother/sister relationship,

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

Page 17

1  in which you interact and talk and share a life
2  together. Sounds like you don't do that?
3       MS. THOMPSON: Object to form. You can
4  answer.
5  A.  I would guess so.
6  Q.  And when would you say that started?
7  Has that always been the case?
8       MS. THOMPSON: Object to form. You can
9  answer.
10  A.  No.
11  Q.  When would you say that that first
12  began?
13  A.  Three or four years ago about the last
14  time I saw her.
15  Q.  Was there some incident that brought
16  that about?
17  A.  I mean, she was kind of disrupting our
18  family relationship a little bit.
19  Q.  How was she doing that?
20  A.  Causing arguments. Saying things about
21  our mom. Stuff like that.
22  Q.  Can you be more specific? What types of
23  things was she saying, and to whom was she saying
24  these things to?
25  A.  I wouldn't know exactly what she was

Page 18

1  saying. But, I know that she was saying bad
2  things about Christene.
3  Q.  Okay. And was she saying these things
4  to media sources?
5  A.  No.
6  Q.  How did you find out that she was saying
7  bad things about Christene?
8  A.  Just over what I've heard.
9  Q.  Like from who?
10  A.  Just -- I don't know who exactly. But,
11  I just have heard that she has said those things.
12  Q.  Okay. Have you ever watched any
13  television shows or news reports regarding
14  anything related to your family?
15  A.  Yes.
16  Q.  And what have you watched?
17  A.  I watched the Dateline.
18  Q.  Anything else?
19  A.  Just news that's come out. I don't know
20  the exact circumstances of those news, but --
21  Q.  Does your relationship with Lyndsay and
22  the current state of it have anything to do with
23  anything you saw or heard either on Dateline or
24  any news source?
25  A.  No.

Page 19

1  Q.  Do you know if Lyndsay believes that
2  your father actually murdered your mother?
3  A.  I do not.
4  Q.  You never heard anything to that effect?
5  A.  No. Sorry.
6  Q.  Now, you also mentioned you have another
7  sister named Wendy?
8  A.  Whitney.
9  Q.  Whitney, I'm sorry. And where does
10  Whitney live?
11  A.  Somewhere in Texas.
12  Q.  Is Whitney the oldest of the --
13  A.  Yes.
14  Q.  -- children? So, if I'm getting this
15  correct, if I have this down correctly; there's
16  Whitney, Lyndsay, Lincoln, Logan, and you,
17  correct?
18  A.  Yes.
19  Q.  And that's the age lineup as well,
20  correct? Whitney is the oldest?
21  A.  The age lineup would be Whitney is the
22  oldest. Then it's Lyndsay. Then Logan. Then
23  Lincoln. Then me.
24  Q.  Okay. So, when is the last time you saw
25  Whitney?

Page 20

1  A.  Christmas or Thanksgiving two years ago.
2  Q.  Was she living in Texas at that time?
3  A.  I don't know.
4  Q.  Do you know when she moved to Texas?
5  A.  Would have been four years ago. Maybe
6  five.
7  Q.  Do you know where in Texas?
8  A.  Dallas, I think.
9  Q.  Do you know why she moved to Texas?
10  A.  No.
11  Q.  Did Whitney live with you at 2025, was
12  it Main Street?
13  A.  Yes.
14  Q.  2025 Main Street in Quincy?
15  A.  Yes. No, she did not.
16  Q.  So she had moved away before you moved
17  into that house?
18  A.  Yes.
19  Q.  Did you move -- where did you live
20  before 2025 Main Street?
21  A.  Kentucky Street. I can't think of the
22  exact numbers of it.
23  Q.  That's where you were living at the time
24  that your mother died?
25  A.  Yes.

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

---

Page 21

1  Q.   Okay.  And who was living in that home
2  at the time that your mother died?
3  **A.   It would have been me, Lincoln, Logan,**
4  **Lyndsay, dad and our mom.**
5  Q.   And where was Whitney living at that
6  time?
7  **A.   She wasn't living with us.  That's**
8  **Christene's daughter.**
9  Q.   I see.  Okay.  Where do you go to
10 school?
11 **A.   Centennial High School.**
12 Q.   And what year are you in?
13 **A.   I'm going to be a junior.**
14 Q.   And how is your grades?
15 **A.   All A's.  Maybe a couple B's every once**
16 **in a while.**
17 Q.   What's your favorite subject?
18 **A.   English probably.**
19 Q.   Have you always been an "A" and mainly
20 "A" and sometimes "B" student?
21 **A.   I would think so.  Yeah.**
22 Q.   Where did you go before Centennial high?
23 **A.   I went to St. Paul Lutheran high school.**
24 Q.   St. Paul which?
25 **A.   Lutheran high school.**

---

Page 22

1  Q.   Where is that located?
2  **A.   That is in Concordia, Missouri.**
3  Q.   So you're going to have to take me
4  through this.  You're going to be a junior,
5  correct?
6  **A.   Yes.**
7  Q.   So, where did you go as a freshman?
8  **A.   St. Paul Lutheran high school.**
9  Q.   So, did you attend your entire freshman
10 high school year at St. Paul?
11 **A.   Yes.**
12 Q.   And why did you go to St. Paul in
13 Concordia, Missouri?
14 **A.   My parents didn't really like the school**
15 **system in Quincy, Illinois.**
16 Q.   So how far was Concordia, Missouri, from
17 Quincy?
18 **A.   Three hours.**
19 Q.   So, is this a boarding type school where
20 you stay?
21 **A.   Yes.**
22 Q.   Is it a military based school?
23 **A.   No.**
24 Q.   So you actually lived there on campus?
25 **A.   Yes.**

---

Page 23

1  Q.   Did any of your other siblings also
2  attend there?
3  **A.   No.**
4  Q.   Where did you attend school prior to St.
5  Paul?
6  **A.   Prior to St. Paul?  Would be St. James**
7  **Lutheran school in Quincy.**
8  Q.   And is that a kindergarten to 8th grade?
9  **A.   Yes.**
10 Q.   Did you go there your entire
11 kindergarten to 8th grade?
12 **A.   No, that was only my 8th grade year.**
13 Q.   Just 8th grade?
14 **A.   Yes.**
15 Q.   Where did you attend before that?
16 **A.   Quincy Junior High School.**
17 Q.   And what years would that have been?
18 **A.   That would have just been seventh grade.**
19 Q.   And kindergarten to sixth, where was
20 that?
21 **A.   That would have been split up between**
22 **Baldwin, which was fourth through sixth grade.**
23 **And then Madison school, which was kindergarten**
24 **through third grade.**
25 Q.   And Madison and Baldwin, that's part of

---

Page 24

1  the Quincy school system?
2  **A.   Yes.**
3  Q.   Or public schools?
4  **A.   Yes.**
5  Q.   So, you've been a good student ever
6  since kindergarten, correct?
7  **A.   Yeah.  I think so.**
8  Q.   Did you attend Centennial beginning in
9  your sophomore year?
10 **A.   Yes.**
11 Q.   And is that because your family moved
12 here to Champaign?
13 **A.   Yes.**
14 Q.   Do you participate in any intramural or
15 extracurricular activities in high school?
16 **A.   Football.**
17 Q.   You're a football player?
18 **A.   Yes.**
19 Q.   Did you play your freshman year at St.
20 Paul?
21 **A.   I did.**
22 Q.   And is that a freshman team?
23 **A.   Yes.**
24 Q.   What position do you play?
25 **A.   I play line backer and center.**

---

Page 25

1   Q.   How did you do?
2   A.   **Being a small kind of area, we didn't**
3   **play many JV games.  So I played those, would have**
4   **been two games.  We did pretty well.**
5   Q.   Your sophomore year at Centennial, was
6   that a freshman sophomore or just sophomore team?
7   Or how did that go?
8   A.   **It was a sophomore team.**
9   Q.   Did they have an "A" and "B" squad?
10  A.   **It was just the sophomore team, and then**
11  **the freshman team.  And then varsity.  So there**
12  **wasn't really an "A" and "B".**
13  Q.   Did you play linebacker and center
14  again?
15  A.   **Yes.**
16  Q.   Do you expect to continue to play
17  football?
18  A.   **Yes.**
19       MS. THOMPSON: You need to wait until he
20  finishes asking you a question before you answer,
21  okay?
22  A.   **Okay.**
23  Q.   And are there any other extracurricular
24  activities that you participate in, in high
25  school?

Page 26

1   A.   **No.**
2   Q.   What about any academic awards that
3   you've received?  Honors or anything else like
4   that?
5   A.   **I think I got honors this year.  They**
6   **don't really send out anything for that.  And then**
7   **I also got a math award earlier this year.**
8   Q.   What was the basis for that?
9   A.   **I don't know exactly what it was.  I**
10  **think it was just dedication to the class.**
11  Q.   Was it also good grades?
12  A.   **I wouldn't -- I wouldn't think so.**
13  Q.   Okay.  So, it was hard work?
14  A.   **Yeah.**
15  Q.   Any idea of what your plans are after
16  high school?
17  A.   **Kind of open to anything right now,**
18  **whether it's college or military.**
19  Q.   Are you doing anything military-related
20  in high school?
21  A.   **No.**
22  Q.   Did you do anything military-related in
23  grade school?
24  A.   **No.**
25  Q.   So, right now it's either you're going

Page 27

1   to hold off on the decision as to whether you're
2   going to go to college, or maybe go into the
3   military?
4   A.   **Yes.**
5   Q.   And are you planning to do any type of
6   ROTC or anything like that?
7   A.   **It's kind of -- it's, if I do go to**
8   **college, it might be a part of the plan.**
9   Q.   Okay.  You haven't explored that yet?
10  A.   **Yes.**
11  Q.   And I assume you have not -- well, maybe
12  I shouldn't assume.  Have you taken an ACT or SAT
13  examination yet?
14  A.   **I have not.**
15  Q.   And that will be next year?
16  A.   **Yes.**
17  Q.   Tell me what your memory is of the day
18  that your mother died, or your mother -- it was
19  discovered that your mother was dead?
20       MS. THOMPSON: Object to form.  You can
21  answer the question.
22  A.   **So, I woke up that morning.  I don't**
23  **know exactly what, but woke up.  And went into her**
24  **room.  And to watch TV.  And when I tried to wake**
25  **her up, she wouldn't wake up.  So, I called her**

Page 28

1   **name.  Poked her.  Did whatever.  And then when I**
2   **saw she wasn't waking up, I went and waited at the**
3   **stairs for my dad to tell him.**
4   Q.   So, you used to do this on a daily
5   basis, right?  You would wake up and then you
6   would go in and watch a TV show with your mom?
7   A.   **Yes.**
8        MS. THOMPSON: Object to form.  You can
9   answer.
10  Q.   What's the form objection?
11       MS. THOMPSON: It's a compound question,
12  and it's vague 'cuz you're saying you would do
13  "this" every morning.
14  Q.   Okay.  So was there a particular show
15  that you and your mother would watch in the
16  morning?
17  A.   **It was a showed called Backyardigans.**
18  Q.   And I remember that from the statement
19  and the testimony as well.  What was that about?
20  A.   **It was about these animals that -- I**
21  **don't know if you can call them, are these**
22  **cartoon animals.  They would go into their**
23  **backyard and turn into this like place -- whether**
24  **it be -- the episode I remember was like Egypt.**
25  **They would explore certain, like, wonders of the**

Page 29

1 world.
2 Q.   Do you remember what television channel
3 that show used to be on?
4 **A.   Nickelodeon, I think.**
5 Q.   And when you would watch this, and you
6 did this basically every day?
7 **A.   Yeah.**
8 Q.   And this would be on school days that
9 you would do this?
10 **A.   Yes.**
11 Q.   On weekends did you do it as well?
12 **A.   I don't know if it was on weekends as**
13 **well.**
14 Q.   Okay.  And did this show come on after
15 your brothers and your sister left for school?
16 **A.   I don't know the exact time.**
17 Q.   Do you remember watching this show with
18 your mother when your brothers and sister were
19 still at home getting ready to go to school?
20 **A.   I don't remember that.**
21 Q.   How did you usually watch it with your
22 mom?  Did you crawl up in the bed with her?
23 **A.   Yes.**
24 Q.   And on this particular day, the day that
25 it was discovered that she died, did you get up

Page 30

1 into the bed with her?
2 **A.   I don't remember.  I may have tried to.**
3 Q.   Okay.  You would have just been a little
4 tyke at the time?
5 **A.   Yeah.**
6 Q.   So --
7 **A.   Yeah.**
8 Q.   So, from the perspective of somebody who
9 is sitting at the head of the bed and looking out,
10 okay?  Picture me?  If I'm sitting, this is the
11 bed, this is the headboard and I'm looking out.
12 Did you approach the bed on that day from the
13 right, from the left?  Or from the -- what would
14 be the front of the bed?
15 **A.   So, facing the room, okay.  So, the head**
16 **of the bed.  So, it would have been from the**
17 **right.  So, if I came in the door, it would be**
18 **actually to the left then.  But, yeah.**
19 Q.   But to the right of the bed?
20 **A.   Yes.**
21 Q.   Okay.  And you, from the statements, I
22 recall that you thought you poked your mom?  You
23 weren't exactly sure, but you thought you did.  Is
24 that accurate?
25 **A.   Yes.**

Page 31

1 Q.   Okay.  In any event, you know you called
2 to her?
3 **A.   Yes.**
4 Q.   And she didn't respond at all, correct?
5 **A.   Yes.  And if -- what's your memory about**
6 **poking her?  Would it have been on her side?  Or**
7 **her back?  Or her stomach?  Or head or face?**
8 **A.   Shoulder.**
9 Q.   Her shoulder?
10 **A.   Yeah.**
11 Q.   Which shoulder?
12 **A.   It would have been her right shoulder.**
13 Q.   Her right shoulder.  So if you're on her
14 right, and you're poking her right shoulder, is it
15 your conclusion that she was laying on her back?
16 **A.   Uh-huh.**
17      MS. THOMPSON: Object to form.  You can
18 answer.
19 **A.   Yes.**
20 Q.   And is that your memory of seeing her
21 laying on her back?
22 **A.   Yes.**
23 Q.   So, in terms of your height and the
24 height of the bed, how tall were you, in terms of
25 the -- the height of the bed itself?

Page 32

1 **A.   I don't remember how tall the bed was.**
2 Q.   All right.  Were you able to see over
3 the top of the bed?  Or did you --
4 **A.   I don't think so.**
5 Q.   All right.  Were you able to see your
6 mother's hands at the time?  At that point in time?
7 **A.   No.**
8 Q.   Were you able to see anything else about
9 how she was positioned or configured?
10 **A.   No.**
11 Q.   At the time?  How long would you say you
12 stayed in the bedroom that morning, if you
13 remember?
14 **A.   Not long.  Short.**
15 Q.   Just a short period of time?
16 **A.   Yeah.**
17 Q.   And did you have, normally would you get
18 up in the bed, and would you and your mother watch
19 the TV show while you're in the bed?
20 **A.   Yes.**
21 Q.   Okay.  So you would like lay next to her
22 and watch the show?
23 **A.   Yes.**
24 Q.   And today, that day, you didn't climb up
25 on to the bed?

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

Page 33

1  A.   Not that I remember.  I don't remember
2  that exactly.
3  Q.   Were you able to climb on to the bed
4  without getting your mother -- having your mother
5  to help you?
6  A.   I don't know.
7  Q.   Okay.  So, then you, after your mom
8  would not wake up, you went and sat on the stairs?
9  A.   Yes.
10  Q.   And you waited for your father?
11  A.   Yes.
12  Q.   And your father came back into the house
13  then?
14  A.   Yes.
15  Q.   Do you recall him walking into the
16  house?
17  A.   I remember him walking up the stairs.
18  But that's pretty much all I remember.
19  Q.   Okay.  And you were not awake when your
20  brothers and sister went to school?
21  A.   I don't think so.
22  Q.   You have no memory of that?
23  A.   Yeah.
24  Q.   Do you have any other memories of that
25  morning before your father came in and walked up

Page 34

1  the stairs?
2  A.   No.
3  Q.   What did you say to your father or what
4  did he say to you when he came in?  Do you
5  remember that?
6  A.   I don't remember that.
7  Q.   What's your next memory from that
8  morning?
9  A.   That's all I remember from that.
10  Q.   Okay.  Do you remember finding out that
11  your mother had died?
12  A.   No.
13  Q.   Were you in any kind of preschool or
14  anything at the time?
15  A.   I don't think so.
16  Q.   So, do you remember being brought to
17  some place after it was discovered that your
18  mother had passed away?
19  A.   No.
20  Q.   Do you remember any discussions with
21  your brothers or your sister or your father about
22  what had happened to your mother?
23  A.   No.
24  Q.   At any point in time afterward, before
25  your father was arrested, did you ever have any

Page 35

1  conversations with your brothers or your sister or
2  your father about what happened to your mother?
3  A.   No.
4  Q.   Did you ever have a conversation about
5  what happened to your mother with anyone before
6  your father got arrested?
7  A.   I don't think so.
8  Q.   What was your understanding of why your
9  mother died?
10  MS. THOMPSON: Object to form.  You can
11  answer.  It's vague as to time frame.
12  Q.   Before your father was arrested?  What
13  was your understanding of how your mother died and
14  why your mother died?
15  A.   Natural causes.
16  Q.   That's all you knew?
17  A.   Yeah.
18  Q.   So, after your mother died, your father
19  remarried, correct?
20  A.   Yes.
21  Q.   And the first time he remarried was to
22  Erika Gomez?
23  A.   Yes.
24  Q.   And how old were you when Erika and your
25  father got married?

Page 36

1  A.   I don't remember my specific age.
2  Q.   Do you remember moving out of the home
3  on Kentucky?
4  A.   Yes.
5  Q.   And do you remember how old you were at
6  that point in time?
7  A.   No.
8  Q.   Tell me about your grandparents?  Your
9  mother's parents?  Are they still alive?
10  A.   Yes.  Well, Marty is.
11  Q.   Marty is who?
12  A.   What?
13  Q.   Marty is whom?
14  A.   My mother's mom.
15  Q.   And what about your mother's father?
16  A.   He died of cancer.
17  Q.   And when did he die?
18  A.   He died after our mother's death.
19  Q.   Do you remember when?
20  A.   No.
21  Q.   Do you have a relationship with Marty?
22  A.   No.
23  Q.   When is the last time you would have
24  seen her?
25  A.   It would have been three or four years

Page 37

1  ago.
2  Q.   And when was that?  Where was that?
3  A.   At her house probably.
4  Q.   And does she live in Quincy?
5  A.   Yes.
6  Q.   And what was the occasion that you would
7  be at her house to see her?
8  A.   Probably just stopping by or something.
9  Q.   After your mother died, did you continue
10 to see Marty on a regular basis?
11 A.   Um, I don't think so.
12 Q.   How often would you see her?
13 A.   After our mother's death?
14 Q.   After your mother died?
15 A.   I don't know if we really saw her at
16 all.
17 Q.   What about your grandfather?  Same
18 answer?
19 A.   Yeah.  Not that I --
20 Q.   Did you ever stay with them after your
21 mother died for any period of time?
22 A.   I think we may have spent like a weekend
23 or something every once in a while, but --
24 Q.   I assume you never had any conversations
25 with them about why your mother died?

Page 38

1  A.   Yeah.
2  Q.   That's correct?
3  A.   Yes.
4  Q.   What about your father's parents?  What
5  are their names?
6  A.   Terry and Jan Lovelace.
7  Q.   And are they still alive?
8  A.   Yes.
9  Q.   Where do they live?
10 A.   Quincy.
11 Q.   Do you maintain -- do you see them
12 regularly?
13 A.   No.
14 Q.   When is the last time you saw them?
15 A.   It would have been three years ago.
16 Q.   Do you remember what the occasion was?
17 A.   No.
18 Q.   And you haven't talked to them since?
19 A.   Yeah.  That would be correct.
20 Q.   So, do you recall the day when you were
21 taken out of school and questioned by Quincy
22 police?
23 A.   Yes.
24 Q.   And where were you attending school at
25 that time?

Page 39

1  A.   Quincy Junior High School.
2  Q.   What grade were you in?
3  A.   I would have been in 7th grade.
4  Q.   And did you have -- was that where you
5  would go from class to class or were you in class
6  all day?
7  A.   Yes.  It would be class to class.
8  Q.   Do you remember what period or what
9  class you were in when you were taken out of the
10 school?
11 A.   I think the period was 7th.  And it
12 would have been my life science class, I believe.
13 Q.   I'm sorry, say that again?
14 A.   Life science.
15 Q.   Life science.  And if I'm correct, that
16 would have been on September 2nd, 2014?
17 A.   I don't remember the exact date.  I
18 don't think it was September 2nd.  It would have
19 been before that.
20 Q.   Before that?  You're right.
21 A.   Yeah.
22 Q.   Would have been shortly after school,
23 the school year started?
24 A.   Yes.
25 Q.   Do you remember your teacher's name at

Page 40

1  the time?
2  A.   Ms. Cruthis.
3  Q.   Crutpis?
4  A.   Cruthis, C-R-U-T-H-I-S.
5  Q.   And how is it that you were summoned to
6  leave the class?
7  A.   My teacher got a phone call and told me
8  to go to this room number.
9  Q.   You say got a phone call, like on a cell
10 phone?
11 A.   It was on the wall phones that the
12 school had.  That each room had.
13 Q.   So, you were told to go where?
14 A.   To some room that I really didn't know
15 what it was.
16 Q.   And was there anything else you can
17 remember about that day, up to that time of the
18 day when you were summoned out of the room, what
19 occurred?
20 A.   Not really.
21 Q.   Just a normal school day?
22 A.   Yeah.
23 Q.   Leading up to that day, was there
24 anything that you were aware of or came to your
25 attention regarding anything having to do with

Page 41

1  your mother's death?
2  **A.   No.**
3  Q.   So, when Ms. Cruthis told you to go to
4  this room, what did you do?
5  **A.   I walked there.  I ended up getting the**
6  **wrong room.  There was a room right next to it**
7  **that didn't have a room number.  And I tried going**
8  **in there.  And it turned out to be someone else.**
9  **And then the room next to it had a police officer**
10 **in, and he was like, you're supposed to be over**
11 **here.  So I went in that room.  And he told me**
12 **that people were wanting to interview me, and that**
13 **they were coming, and that I wasn't in trouble,**
14 **and that we were just going to stay there.**
15 Q.   Was he alone?
16 **A.   Yes.**
17 Q.   Had you ever seen that police officer
18 before?
19 **A.   No.**
20 Q.   Did your school at the time have like a
21 resource officer or school officer?
22 **A.   Yes.**
23 Q.   Do you know who that person was?
24 **A.   No.**
25 Q.   But, this officer that you spoke to on

Page 42

1  this day was not the normal regular school
2  officer?
3  **A.   I wouldn't know.  He might have been.**
4  Q.   Oh, okay.  But, you hadn't seen him
5  before?
6  **A.   No.**
7  Q.   And was he in uniform?
8  **A.   I think so.**
9  Q.   And nobody else was in the room?
10 **A.   No.**
11 Q.   Was it on the same floor as your 7th
12 period life science class?
13 **A.   I think it was one below.  I think it**
14 **was a floor below.**
15 Q.   It wasn't like the principal's office?
16 **A.   No.**
17 Q.   Was it near the principal's office?
18 **A.   I don't remember.**
19 Q.   So, the officer told you that you were
20 going to wait there because somebody wants to ask
21 you questions.
22 **A.   Yes.**
23 Q.   And did somebody come there to ask you
24 questions?
25 **A.   No.**

Page 43

1  Q.   What happened after that?
2  **A.   Waited there for quite a while.  And**
3  **then he was like, okay, let's go.  So we ended up**
4  **going to the attendance office.  And I sat outside**
5  **next to the secretary and he went in and talked to**
6  **the principal, or the vice principal.**
7  Q.   So the attendance office, is that in the
8  principal's office?
9  **A.   So, junior high layout, it's -- the very**
10 **first room you walk in, there's the -- coming from**
11 **the stairs on the right side is the principal's**
12 **office.  And on the left side is the attendance**
13 **office.  And there's an office in the back of the**
14 **attendance office that I think either the**
15 **principal or it's like a conference room or**
16 **something.**
17 Q.   So, when you went into the attendance
18 office was anybody else in there?
19 **A.   There was just a kid who had gotten in**
20 **trouble for something.  And then the secretary.**
21 Q.   You said the police officer went to the
22 principal's office?
23 **A.   The office in the back of the room, yes.**
24 Q.   And do you know what the officer did in
25 that room in the back?

Page 44

1  **A.   No.  They closed the door.**
2  Q.   Do you know who else was in that room?
3  **A.   No.**
4  Q.   Could you hear anything that was being
5  said in that room?
6  **A.   No.**
7  Q.   So what happened next?
8  **A.   We waited there until the end of the**
9  **day.  And then he's like, okay, so the people**
10 **aren't going to be here.  So, we have to go there.**
11 **And he let me grab my stuff, and we walked out and**
12 **I had to tell someone that I was going to miss**
13 **football practice.  And then we went to his squad**
14 **car and we drove to the police station.**
15 Q.   So this was after -- you said that you
16 waited until the end of the school day; this was
17 after school day ended?
18 **A.   Yeah, the bell had already rung.**
19 Q.   So 7th period, how many periods in the
20 day?
21 **A.   There would have been nine.**
22 Q.   Are they each 50 minutes?
23 **A.   About that time; 50, 45.**
24 Q.   Did the officer say anything else to you
25 before you left the school other than that we're

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

---

Page 45

1  going to go some place else for you to be asked
2  questions?
3  A.  No.
4  Q.  Did you speak to any of the school
5  administrators or principal or anybody at all
6  about your going with the police officer?
7  A.  No.
8  Q.  Did anybody come out to talk to you
9  about that?
10  A.  No.
11  Q.  How did you normally get to school?
12  A.  My parents would have taken me.
13  Q.  And how did you normally get home from
14  school?
15  A.  After practice, my parents would pick me
16  up.
17  Q.  So you would have football practice
18  after school every day?
19  A.  Yes.
20  Q.  How long would football practice last
21  normally?
22  A.  It would be like after school to five.
23  Q.  Would you leave your equipment and
24  things you needed for practice in a locker?
25  A.  Yes.

---

Page 46

1  Q.  Now, at this point in time your father
2  was married to Christene, correct?
3  A.  Yes.
4  Q.  Your father and Erika Gomez had already
5  split up, correct?
6  A.  Yes.
7  Q.  So, did the police officer say anything
8  to you on the drive to the police station about
9  what you were going to do?
10  A.  He didn't, no.
11  Q.  Were you sitting in the back seat or the
12  front seat?
13  A.  Front seat.
14  Q.  And this was in a squad car?
15  A.  Yes.
16  Q.  And it was just you and this officer,
17  correct?
18  A.  Yes.
19  Q.  What was going through your mind at that
20  time?
21  A.  I don't know.  It was really confusing.
22  And I didn't know if -- what it had to do with or
23  what was happening.
24  Q.  Well, how were you feeling at that time?
25  A.  Really nervous and worried.

---

Page 47

1  Q.  What were you worried about?
2  A.  Where my parents, or where my parents
3  would think I was.  And like how I was going to
4  contact them.
5  Q.  Anything else?
6  A.  No.
7  Q.  You didn't think that you were in
8  trouble?
9  A.  No.  He clearly stated plenty of times
10  before that, that I wasn't in trouble.
11  Q.  And you believed that?
12  A.  Yes.
13  Q.  Okay.  And you didn't think that anybody
14  in your family had been injured or was in any
15  trouble themselves, correct?
16  A.  I was probably thinking that either
17  someone was hurt or something.  I really didn't
18  know what to think at that point.
19  Q.  Okay.  The only thing you were worried
20  about though was how you were going to communicate
21  with your parents about where you were and when
22  you should be picked up?
23  A.  That, and where everyone was, and what I
24  was doing.
25  Q.  Where did Logan -- where did Lincoln

---

Page 48

1  attend school at that time?
2  A.  High school.
3  Q.  Was he at the public school?
4  A.  Yes.  Quincy Senior High School.
5  Q.  And what about Logan?  Where did he
6  attend school?
7  A.  Quincy Senior High School.
8  Q.  And that's not connected to the junior
9  high where you attended?
10  A.  No.
11  Q.  Who was your football coach at the time?
12  A.  Coach Grawe.
13  Q.  Grawl?
14  A.  G-R-A-W-E, I think.
15  Q.  Did you talk to him about your missing
16  practice?
17  A.  No.
18  Q.  Who did you tell that you were going to
19  miss practice?
20  A.  I don't know who.  I think it was just
21  somebody on the football team.
22  Q.  Like another player?
23  A.  Yeah.
24  Q.  And where would you have seen that
25  person to tell them?

---

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

Page 49

1 A. When I was walking to get my stuff.
2 Q. Where did you have to go to get your
3 stuff?
4 A. My locker, which was on the third floor.
5 Q. So, when did you go get your stuff? Was
6 it after the police officer told you that you were
7 going to go to some place else --
8 A. Yes, after the bell rang.
9    MS. THOMPSON: Again, Larson, you need
10 to wait until he's asked the question before you
11 answer.
12 A. All right.
13 Q. Did the officer come with you to get
14 your stuff?
15 A. Yes.
16 Q. So, what did you do when you went to get
17 your stuff?
18 A. We walked up, grabbed my locker, grabbed
19 whatever stuff I needed for homework. And then
20 one of my teachers asked if I was okay. I said
21 yeah. And then we walked down and went to his
22 car.
23 Q. Who was the teacher who asked you if you
24 were okay, do you remember?
25 A. I don't remember the name.

Page 50

1 Q. What did that teacher teach you?
2 A. English.
3 Q. And was that teacher just walking down
4 the hall?
5 A. They were in the room. My locker was
6 right next to the room.
7 Q. Next to that classroom where English was
8 taught?
9 A. Yes.
10 Q. So you got your stuff and this would
11 have been your books and whatever it is you needed
12 for that evening, correct?
13 A. Yes.
14 Q. And you and the officer then walked down
15 to the squad car?
16 A. Yes.
17 Q. And where did you see the other player
18 that you told you were going to miss practice?
19 A. It would have been in the hallway on the
20 first floor leading to the gym.
21 Q. Did the player ask you any questions
22 about why you were with the police officer?
23 A. No.
24 Q. Did he ask you any questions about why
25 you were going to miss practice?

Page 51

1 A. No.
2 Q. So, the conversation was just you
3 telling him you're going to miss practice and then
4 that was it?
5 A. Yeah.
6 Q. And how long did it take to get to the
7 police station from the school?
8 A. I don't remember.
9 Q. Do you remember it being a long time? A
10 short time?
11 A. I think it was like not very long.
12 Q. And you had no conversation?
13 A. We probably -- I don't remember
14 anything. But -- yeah. I don't remember.
15 Q. Do you remember hearing the police
16 officer say anything like over the radio or
17 anything like that?
18 A. No.
19 Q. So what happened when you got -- where
20 did you go from there?
21 A. So, we went to like the underground kind
22 of thing. I don't know what you call it really.
23 And then I got, we walked out. I got put into a
24 room with another officer. And then, yeah.
25 Q. Did you know who the other officer was?

Page 52

1 A. I did, only because I went to school
2 with his daughter.
3 Q. Who was it?
4 A. Officer Fokenbraugh.
5 Q. Fokenbraugh?
6 A. Yes.
7 Q. So, when you were brought into this room
8 with Officer Fokenbraugh, were you the only one in
9 there?
10 A. Yes.
11 Q. And did this officer say anything to
12 you?
13 A. I think we talked just about school and
14 stuff.
15 Q. Anything else?
16 A. No.
17 Q. And what were you thinking at that point
18 in time?
19 A. I still had no clue what was happening,
20 and still really nervous.
21 Q. Did you ask him, what's going on? Why
22 am I here?
23 A. No.
24 Q. So, did any other people come into that
25 room while you were in there?

Page 53

1     **A.  Not that I remember.**
2     Q.  Your brothers or your sister did not
3 come into that room?
4     **A.  No.**
5     Q.  What happened after that?
6     **A.  I got placed into another room where my**
7 **brothers were.**
8     Q.  So, this was another room in the police
9 station?
10     **A.  Yes.**
11     Q.  And who brought you to that other room?
12     **A.  I don't know.**
13     Q.  And your two brothers were in there?
14     **A.  Yes.**
15     Q.  Your sister was not?
16     **A.  No.**
17     Q.  So, did the police officer who took you
18 to that room say anything to you about going, why
19 you were going to another room?
20     **A.  Not that I remember.**
21     Q.  Say anything at all to you?
22     **A.  I don't remember.**
23     Q.  How long were you sitting in the room
24 where Officer Fokenbraugh was before you were
25 taken to this second room?

Page 54

1     **A.  Five, ten minutes maybe.**
2     Q.  And during that time you were just
3 sitting there waiting?
4     **A.  Yeah.**
5     Q.  And nobody else came into that room?
6     **A.  Not that I remember.**
7     Q.  So then when you were taken to the
8 second room, did your brothers say anything to
9 you?
10     **A.  Yeah, we were just kind of talking.**
11 **Wondering what was happening.  And -- yeah.**
12     Q.  Did they say anything to you about what
13 they thought was happening?
14     **A.  We all kind of guessed that it was**
15 **something to do with the pie shop or something**
16 **happened with our mom or dad.**
17     Q.  I'm sorry, what did you say before?  You
18 guessed it had something to do with --
19     **A.  The pie shop.**
20     Q.  What is the pie shop?
21     **A.  Our mother owned a pie shop that she**
22 **sells pies out of.**
23     Q.  And when you say your mother, are you
24 talking about Cory or Christene?
25     **A.  No, Christene.**

Page 55

1     Q.  So, what were you saying, how it might
2 have involved the pie shop?
3     **A.  Earlier that -- I don't know if that was**
4 **week or month, someone put a mouse or rat in the**
5 **pie shop and we thought it was having to do with**
6 **that.  Or someone did it again or something like**
7 **that.**
8     Q.  Were the police called, do you know,
9 when that event first happened?
10     **A.  Yes.**
11     Q.  So, you and your brothers were thinking,
12 saying to each other, that that might be what it
13 was about?
14     **A.  Yes.**
15     Q.  Did you have any discussion between you
16 and your brothers about whether it had anything to
17 do with the death of your mother?
18     **A.  No.**
19     Q.  So, what happened then?
20     **A.  I know some of us were called, or one of**
21 **us were called out.  And then that left me and I**
22 **think it was Logan just kind of sitting there.  We**
23 **talked a little bit.  And then there was another**
24 **lady in there asked us if we needed any drinks or**
25 **anything or stuff like that.**

Page 56

1     Q.  So, Lincoln got taken out of the room?
2     **A.  Uh-huh.**
3     Q.  Yes?
4     **A.  Yes.**
5     Q.  And how did that happen?
6     **A.  Someone came in and asked to talk to**
7 **him.**
8     Q.  Do you know who it was?
9     **A.  No.**
10     Q.  And then somebody came in and asked you
11 if you wanted something to drink?
12     **A.  They were already in there.  There was a**
13 **lady in there that was kind of talking to us and**
14 **--**
15     Q.  Was it a police officer?
16     **A.  I don't know.**
17     Q.  Did she have a uniform on?
18     **A.  I don't remember.**
19     Q.  She was in there the entire time you
20 were there?
21     **A.  Yeah.**
22     Q.  So how long were you sitting there --
23 well, after Lincoln left, did you and Logan
24 continue to talk about what might have been going
25 on?

Page 57

1  **A.   I don't remember.**
2  Q.   Did your sister, Lyndsay, ever get
3  brought to that room?
4  **A.   No.**
5  Q.   Did you ever see Lyndsay while you were
6  in the police station that day?
7  **A.   No.**
8  Q.   How long -- were you eventually taken
9  out of that room?
10  **A.   Yes.**
11  Q.   And were you taken out after Lincoln or
12  before Lincoln?  I'm sorry, after Lincoln or was
13  Logan taken out first?
14  **A.   I don't remember the exact order that we**
15  **were taken out in.  I just remember I was last.**
16  Q.   Okay.  Do you want to take a break?
17  **A.   Sure.**
18       **(A break was taken at 10:09 a.m.)**
19       **(Deposition resumed at 10:15 a.m.)**
20            CONTINUED EXAMINATION BY
21            MR. DiCIANNI:
22  Q.   So, when we broke we were talking about
23  you being at the police station and you being
24  taken out of the one room and then being brought
25  to a different room.  Do you remember, right?

Page 58

1  **A.   Yes.**
2  Q.   And you don't know which, who the police
3  officer was who took you from the one room to the
4  third room?
5  **A.   Yeah, I don't remember.**
6  Q.   All right.  It was one police officer
7  though, right?  Who did that?
8  **A.   I don't know if it was one or more.**
9  Q.   Do you remember if that police officer
10  said anything to you while you were going from the
11  second room to the third room?
12  **A.   No.**
13  Q.   So then you got -- you were taken to
14  another room, correct?
15  **A.   Yes.**
16  Q.   And what happened when you got there?
17  **A.   I went in and I was, I sat down, and**
18  **there was two people in there.  The guy introduced**
19  **himself as Adam Gibson.  And then there was**
20  **another lady there.  And they asked me questions**
21  **about the day my mother had passed away.**
22  Q.   All right.  Did Adam Gibson have a
23  uniform on?
24  **A.   He had a suit and tie.  Nice clothes I**
25  **guess.**

Page 59

1  Q.   And what about the woman?  Was she in a
2  uniform?
3  **A.   I don't remember what she was in.**
4  Q.   Had you ever had any interaction or ever
5  seen Adam Gibson before that?
6  **A.   No.**
7  Q.   You didn't know him at all?
8  **A.   No.**
9  Q.   And what about the woman?  Had you ever
10  seen or had any familiarity with her at all before
11  that?
12  **A.   No.**
13  Q.   Did they introduce themselves to you?
14  **A.   Yes.**
15  Q.   And what did they say to you after that?
16  Did they want to ask you questions?
17  **A.   I don't remember what exactly they said**
18  **after that.  They asked questions.**
19  Q.   Started asking you questions?
20  **A.   Uh-huh.**
21  Q.   They didn't ask -- did they say anything
22  to you about why they were asking you these
23  questions?
24  **A.   No.**
25  Q.   Did they say anything to you about where

Page 60

1  your parents were?
2  **A.   No.**
3  Q.   Did you say anything to them about
4  anything, other than answering their questions?
5  **A.   No.**
6  Q.   Was this meeting taped?
7  **A.   I think so.**
8  Q.   Have you seen the interview?
9  **A.   I think there was a piece on the**
10  **Dateline, but other than that I haven't seen --**
11  Q.   You haven't watched it?
12  **A.   No.**
13  Q.   Did they tell you it was going to be
14  taped?
15  **A.   I don't remember if they did or not.**
16  Q.   How did you feel at that time?
17  **A.   Really nervous and worried and scared.**
18  Q.   What were you nervous, worried and
19  scared about?
20  **A.   Just, again, I was questioning what was**
21  **happening, and what I was doing here.  It was**
22  **better knowing my brothers were there, but it was**
23  **still really just kind of scary for me.**
24  Q.   You still understood that you weren't in
25  any trouble, right?

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

Page 61

1   **A.   Yes.**
2   Q.   Did you have any reason or did you
3  believe at all that maybe your father was in
4  trouble?
5   **A.   No.**
6   Q.   So, did you have any thoughts at all
7  going through your mind about why they were asking
8  you these questions about your mother's dying?
9   **A.   Not really.  I just didn't really know**
10  **what was happening still.**
11  Q.   Did you cry?
12   **A.   No.**
13  Q.   Were you shaking?
14   **A.   I would think so, being nervous.**
15  Q.   Do you remember though?
16   **A.   No.**
17  Q.   Do you remember anything else that you
18  were feeling at the time, either physically or
19  mentally?  Did your stomach hurt?  Was your head
20  hurting?  Was anything else going on that you can
21  recall?
22   **A.   No.**
23  Q.   Had you ever been to that police station
24  before then?
25   **A.   Not that I can remember.**

Page 62

1   Q.   So how long were you in that room with
2  Adam Gibson and the other woman?
3   **A.   I don't know.  Maybe ten to 15 minutes.**
4   Q.   At any point in time did you begin to
5  relax and not feel so nervous or scared?
6   **A.   No.**
7   Q.   And you answered all their questions?
8   **A.   Yes.**
9   Q.   And did you answer all their questions
10  truthfully to the best of your memory?
11   **A.   Yes.**
12  Q.   And you told them everything that you
13  remembered about the day that your mother was
14  found dead?
15   **A.   Yes.**
16  Q.   And you have read that transcript of
17  that statement since then, right?
18   **A.   Yes.**
19  Q.   And I think you said you read it in
20  preparation for this deposition, right?
21   **A.   Yes.**
22  Q.   And there's nothing in it that you
23  believe, thinking back on it now, and reflecting
24  on it, that was wrong, correct?
25   **A.   Yes.**

Page 63

1   Q.   So, after this about 15 minutes that you
2  were interviewed, what happened then?
3   **A.   We got placed into a room.  I think we**
4  **went back to the original room I was in with my**
5  **other brothers.  And then we got put into a new**
6  **room where there was us, and then Maureen and**
7  **George Crickard and then later my mom showed up.**
8   Q.   So, this is not the first room with
9  Officer Fokenbraugh?  This is the second room that
10  you were taken to?
11   **A.   This was a new room.**
12  Q.   A different room?
13   **A.   Yes.**
14  Q.   Okay.  You had never been in that room
15  yet that day?
16   **A.   Yes.**
17  Q.   What did the room look like?
18   **A.   I remember it being kind of small.  And**
19  **then there was a doorway and a couple of chairs**
20  **that were kind of spread out.**
21  Q.   And your brothers were in there?
22   **A.   Yes.**
23  Q.   And your sister was not?
24   **A.   No.**
25  Q.   Did you have any discussion with your

Page 64

1  brothers when you came back about anything?
2   **A.   I think we were talking about like why**
3  **were they asking these questions or something like**
4  **that.  But, nothing specific.**
5   Q.   Did they tell you what the officers
6  asked them?
7   **A.   No.**
8   Q.   Did the three of you talk about anything
9  about what the subject of the questions were?
10   **A.   Yeah, I think we kind of -- we were**
11  **wondering what was going on or why were they**
12  **asking questions about that now.**
13  Q.   So you all were discussing that you were
14  all asked questions about your mother, the day
15  your mother died?
16   **A.   Yes.**
17  Q.   And then you mentioned some other people
18  came to the police station.  Correct?
19   **A.   Yes.**
20  Q.   And what were those names again?
21   **A.   Maureen and George Crickard.**
22  Q.   Okay.  And who are these people?
23   **A.   They were friends with us.  I was**
24  **friends with their son and Logan was friends with**
25  **their other son.**

Page 65

1  Q.   Did they come into the room where you
2  and your two brothers were?
3  **A.   I think they were already in there.**
4  Q.   When you got there?
5  **A.   Yes.**
6  Q.   So, let me just understand.  You were
7  taken to this room after you were interviewed, and
8  in that room your brother, Lincoln, your brother,
9  Logan, and the Crickards were there?
10 **A.   I think all three of us were moved**
11 **together.  I don't think we were moved separately.**
12 Q.   Moved from where to where?
13 **A.   So, the room with the lady in it, asking**
14 **us for drinks and whatnot, we were moved from**
15 **there to the new room.**
16 Q.   Okay.  So, I'm going to get this
17 straight.  When you first got there you were
18 brought into the room with Officer Fokenbraugh.
19 **A.   Yes.**
20 Q.   And then he brings you to a second room.
21 And that's where the woman was who was asking you
22 if you wanted something to drink?
23 **A.   I don't know if it was him, but it was**
24 **somebody.**
25 Q.   Somebody brought you to the second room?

Page 66

1  **A.   Yes.**
2  Q.   And your brothers were not there?
3  **A.   They were in the second room.**
4  Q.   They were in the second room?
5  **A.   Yes.**
6  Q.   So then you got taken to the interview
7  room?
8  **A.   Yes.**
9  Q.   And your brothers were still in that
10 second room when you were taken to the interview
11 room?
12 **A.   Yes.**
13 Q.   Do you know if they were already
14 interviewed?
15 **A.   I knew one of them was.  I don't**
16 **remember if Logan was or not.  I think he was.**
17 Q.   All right.  So then when, after the
18 interview room, you were taken to a completely
19 different room now that you hadn't been in before?
20 **A.   Yes.**
21 Q.   And when you got there, your brothers
22 were already in the room?
23 **A.   Uh-huh.  Yes.**
24 Q.   And the Crickards were there as well?
25 **A.   Well, okay.  Sorry.  My brothers weren't**

Page 67

1  **already in the room.  I think we all went in**
2  **together.**
3  Q.   Went in where together?
4  **A.   The third room.**
5  Q.   After the interview?
6  **A.   Yes.**
7  Q.   So where were your brothers while you
8  were -- when you were brought out of the
9  interview?
10 **A.   The second room.**
11 Q.   Okay.  So you went to the second room,
12 then you were all brought to a third room?
13 **A.   Yes.**
14 Q.   And that's where the Crickards were?
15 **A.   Yes.**
16 Q.   Okay.  Do you know who took you from the
17 room where the Crickards were located?
18 **A.   No.**
19 Q.   Did they say anything to you or did you
20 say anything to them?
21 **A.   I think we were just talking.  I don't**
22 **really know, remember, what about.  But, nothing**
23 **-- I don't remember anything specific.**
24 Q.   Do you know what time of the day it was
25 when you went in that room?

Page 68

1  **A.   It would have been after school.  So, it**
2  **would have been past three.  But, I don't know the**
3  **exact time.**
4  Q.   Do you have any sense of how long you
5  were at the police station?
6  **A.   No.**
7  Q.   So, do you remember anything that
8  Maureen and her husband said to you when you got
9  to that room?
10 **A.   No.**
11 Q.   Did you say anything to them about any
12 of this?
13 **A.   I don't remember.**
14 Q.   Did your brother say anything to them
15 about any of this?
16 **A.   I don't remember.**
17 Q.   Was Lyndsay with you at the time?
18 **A.   No.**
19 Q.   So, what happened then?
20 **A.   Our mom showed up.  And then Adam Gibson**
21 **came in and told us that our dad had been charged**
22 **with first degree murder.  And then we all kind of**
23 **started crying.  And our mom said, did you really**
24 **have to say that?  And Adam Gibson said, well,**
25 **yeah, I did.  And then he left.  And we all kind**

Page 69

1  of huddled up together.
2     Q.   Do you remember anything else that
3  happened at that time?
4     A.   We cried.  And then Maureen and George
5  Crickard took us to their house.
6     Q.   And what did you do when you got there?
7     A.   We just kind of hung out.  Didn't really
8  do much.
9     Q.   Did you talk about what had gone on at
10 the police station?
11    A.   Not really.  We were kind of with their
12 own children so we kind of just stayed quiet.
13    Q.   Did anybody say anything about your
14 father being charged with this crime?
15    A.   We cried, but it was -- I think it was
16 the question like why, kept on coming up.  Like
17 why did --
18    Q.   What about the Crickards?  Did they say
19 anything to you about it?
20    A.   Not that I can remember.
21    Q.   Did your mother, Christene, did she go
22 with you to the Crickards?
23    A.   She told us to go with them and she
24 stayed and I don't know what she did.
25    Q.   Did she come to their home after?

Page 70

1     A.   I don't -- I didn't -- I don't think we
2  saw her until the day.  We spent the night.  And
3  then I don't know if we saw her that night or not.
4     Q.   So, the next time you would have seen
5  either of your parents would have been the
6  following morning?
7     A.   We could have seen them the day before.
8  We didn't see our dad.  But, we saw our mom the
9  day after.  Yeah.
10    Q.   Well, the day of you being taken to the
11 police station, you saw her at the station?
12    A.   Yes.
13    Q.   But did you see her later on that
14 evening?
15    A.   I don't remember.  We could have.
16    Q.   Okay.  And then the following morning,
17 was that a school day?
18    A.   Yes.
19    Q.   Did you go to school?
20    A.   No.
21    Q.   Where did you go that day?
22    A.   I think we went out to breakfast with
23 Maureen.  But, other than that, we didn't go
24 anywhere.
25    Q.   And when did you return back home?

Page 71

1     A.   I don't remember.
2     Q.   When did you return to school?
3     A.   Um, I think it was later that week.  Or
4  even -- yeah, I think it was later that week
5  because Logan and I wanted to be in school so we
6  could play football the next day.
7     Q.   You had a game that weekend?
8     A.   Yes.
9     Q.   When would be the next time that you saw
10 your father after this day that you were taken to
11 the station?
12    A.   It would have been a week or maybe two
13 weeks after on a Wednesday.
14    Q.   And where was that?
15    A.   That would have been at the Hancock
16 County Jail.
17    Q.   So your father was being held at the
18 jail?
19    A.   Yes.
20    Q.   And you went to visit him?
21    A.   Yes.
22    Q.   And who else went?
23    A.   My brothers and our mom.
24    Q.   How long were you there?
25    A.   We got 30 minutes or 45 minutes.  I

Page 72

1  don't know.  Something in between that.
2     Q.   What did your dad say to you?
3     A.   I remember we just talked about like
4  school and stuff and football, and we kind of
5  talked we would get through this.  And stuff like
6  that.
7     Q.   Something about getting through it?
8     A.   Yeah.
9     Q.   Was there any -- did he say anything
10 about whether the charges were true or not?
11    A.   No.  Well, he said he didn't do it.
12 But, other than that, no.
13    Q.   So, he denied that he was guilty of the
14 charges?
15    A.   Yes.
16    Q.   And you believed that?
17    A.   Yes.
18    Q.   And you have never doubted that?
19    A.   Yes.
20    Q.   Correct?  So, when would be the next
21 time you saw your father?
22    A.   It would have been a week after that.
23 We went every week on a Wednesday.
24    Q.   And each time you would visit with him
25 for half an hour?

Page 73

1   A.   Yeah.
2   Q.   So, how long was he held at the Hancock
3   County jail before he was taken somewhere else?
4   A.   He got like -- I think he spent two
5   years there.
6   Q.   And then what?
7   A.   Well, he got moved during the first
8   trial to the Adams County jail or the Adams County
9   jail. And then he went back to Hancock. And then
10  after that he was out on bail.
11  Q.   Do you remember when he got out on bail?
12  A.   When or --
13  Q.   When, yeah?
14  A.   Yeah.
15  Q.   When was that?
16  A.   I don't know the exact date, but it was
17  I think in the spring.
18  Q.   Of 2015?
19  A.   I don't remember.
20  Q.   Was it after the first trial?
21  A.   Yes.
22  Q.   So, what types of things would your
23  father do with you or for you before he was put
24  into the jail?
25  A.   What do you mean?

Page 74

1   Q.   Would he go to your games? Would he
2   take you to practice? Would he practice or work
3   with you on football moves? Would he go to your
4   teacher conferences? That kind of thing.
5   A.   Yeah. He would --
6   Q.   He did all that?
7   A.   He would take me to school and stuff.
8   We would hang out, watch movies. He wasn't able
9   to go to any of my games because they were after
10  he got arrested. But, he did help me sometimes
11  with football and stuff like that.
12  Q.   Okay. When did you start playing
13  football?
14  A.   It was when I was young; six or seven
15  maybe.
16  Q.   And when was the first time you were on
17  an organized team?
18  A.   Six or seven. I started at the YMCA
19  flag football league.
20  Q.   And your junior high was the first time
21  you were on a school team?
22  A.   Yes.
23  Q.   Did you attend the trial, other than
24  when you testified?
25  A.   Yes.

Page 75

1   Q.   Both trials?
2   A.   Yes.
3   Q.   Was anybody doing for you things that
4   your father would do for you while he was
5   incarcerated?
6   A.   Our mom would take us to school and we
7   would do fun things and stuff. She couldn't
8   really help me with football moves but --
9   Q.   Right. What about your grandfather's or
10  any family friends?
11  A.   Terry Lovelace, he would take us to
12  football and stuff. And, yeah.
13  Q.   After that time that you were
14  interviewed at the police station, were you ever
15  interviewed any other times, other than being
16  asked questions in court?
17       MS. THOMPSON: Are you asking by the
18  police?
19  Q.   Well, by anybody about your mother's
20  dying.
21  A.   No.
22  Q.   Did any reporters ever ask you any
23  questions?
24  A.   No.
25  Q.   Anybody from Dateline or any other TV

Page 76

1   show ever talk to you?
2   A.   No.
3   Q.   Now, we asked some written questions to
4   you directed of course to your mother because
5   you're a minor. And they were provided answers.
6   Have you seen those answers?
7   A.   I don't know.
8   Q.   You don't know what I'm referring to?
9   A.   No.
10  Q.   Okay. Well, I'm going to read to you
11  the answers, and these are answers that your
12  mother signed as being correct. Okay?
13       So, we asked the question, state all
14  injuries you claim to have suffered as a result of
15  any of the occurrences alleged in the complaint,
16  including any physical, psychological, emotional,
17  or mental injury. This is the answer that was
18  given. Plaintiff answers that as a result of the
19  events detailed in his complaint, he suffered
20  severe emotional harm, including stress, anxiety,
21  fear, loneliness and other emotional harms. Then
22  it says, investigation continues.
23       Is that answer true?
24  A.   Yes.
25  Q.   So, what do you mean when you say you

Page 77

1  suffered severe emotional harm?
2  **A. I have like high anxiety now. It's**
3  **everything kind of makes me nervous. Whether it's**
4  **-- I don't know who's friendly and who's not.**
5  **And, yeah.**
6  Q. So, I think you sort of identified two
7  things there. One, that you're nervous a lot.
8  And the other one is that you have uncertainty
9  about whether somebody is actually friendly to you
10  or not, right?
11  **A. Yeah.**
12  Q. So let me talk about the first one.
13  When you say that you get nervous and you have
14  anxiety, can you describe that any fuller?
15  **A. I mean, I get nervous when people search**
16  **up my name. I don't want -- I want to be normal.**
17  **I don't really want people knowing about what I or**
18  **my family has been through. So, and when people**
19  **do find out they ask questions. And I really**
20  **don't want to answer those 'cuz it's personal.**
21  **And so that always makes me super**
22  **nervous. And then it's hard sometimes to like**
23  **meet new people because you don't know really what**
24  **their intent is, whether it's just to get to know**
25  **me to know about that, or whether they're trying**

Page 78

1  to be a true friend.
2  Q. And who are you referring to when you
3  say, people?
4  **A. Not me. Just anyone.**
5  Q. Yeah, I know, but who? Who are you
6  referring to?
7  **A. What do you mean?**
8  Q. You say people, you're not sure whether
9  people, what they -- well, you said two things.
10  You said people ask you questions about it. And
11  that makes you nervous.
12  **A. Yes.**
13  Q. And then you said when you meet new
14  people, you're not sure of what their motives are
15  wanting to get to know you. So, who are the
16  people you're talking about? Are these
17  classmates? Are these people that you meet at
18  social events? Or who are you referring to?
19  **MS. THOMPSON:** Object to form. You can
20  answer the question.
21  **A. Strangers. And just people I know that**
22  **I've seen before and I talk to on a daily basis.**
23  **Sometimes they'll start asking questions. I've**
24  **had classmates that ask questions. Yeah.**
25  Q. And this makes you nervous?

Page 79

1  **A. Yes.**
2  Q. And what happens when you get nervous?
3  **A. I shake. I get kind of -- my stomach**
4  **gets kind of upset.**
5  Q. You said you're 16 though, right?
6  **A. Yes.**
7  Q. You driving yet?
8  **A. No.**
9  Q. You in driver's Ed?
10  **A. I have a permit.**
11  Q. You have a permit. So you've been
12  through driver's ed?
13  **A. Yes.**
14  Q. And what's left for you to get your
15  license?
16  **A. Just time. I'll wait a few days and**
17  **I'll be able to get my license.**
18  Q. What's your date of birth again? August
19  31st is your birthday?
20  **A. Yes.**
21  Q. So, you will be 17 next August 31st?
22  **A. Yes.**
23  Q. What's the rule now? It used to be 16
24  and a half you can get your license, assuming you
25  went through all the hours of driving. Is that

Page 80

1  still the rule?
2  **A. It's, so, because I went to a boarding**
3  **school they didn't really have driver's ed. So I**
4  **had to do my driver's ed late. And because of**
5  **that, I was kind of behind. And you can get your**
6  **license when you're 16. But, I was behind, so I**
7  **had to wait a little bit more.**
8  Q. Okay. Have you done the hours?
9  **A. Yes.**
10  Q. So, you're just waiting for your 17th
11  birthday to get your license or are you ready now?
12  **A. Once you get your permit, you have to**
13  **wait six months with your permit. So I'm waiting**
14  **for that six months.**
15  Q. And the six months is up soon?
16  **A. Yes.**
17  Q. Are you dating?
18  **A. No.**
19  Q. No girlfriend?
20  **A. No.**
21  Q. Do you have friends? Male friends?
22  **A. Yes.**
23  Q. Do you have female friends?
24  **A. Yes.**
25  Q. Do you have a group of people you hang

Page 81

1  out with?
2  **A.   Yes.**
3  Q.   And these are people that you trust?
4  **A.   Yes.**
5  Q.   Are you close with your football team?
6  **A.   Yes.**
7  Q.   How about your coach?  Who's your coach?
8  **A.   Coach Johnson.**
9  Q.   You like him?
10 **A.   Yes.**
11 Q.   You get along with the coaches?
12 **A.   Yes.**
13 Q.   You get along with your teachers?
14 **A.   Yes.**
15 Q.   Any discipline in high school?
16 **A.   Not that I've had.**
17 Q.   You haven't been referred down to the
18 principal's office for anything?
19 **A.   No.**
20 Q.   And no suspensions from school for
21 anything?
22 **A.   No.**
23 Q.   And your football, you haven't had to
24 sit out of football for any discipline reasons?
25 **A.   No.**

Page 82

1  Q.   And you're ready to start two-a-days?
2  You still do two-a-days?
3  **A.   Yes.**
4  Q.   Is that starting when?
5  **A.   That's late July probably when we start**
6  **actual pads and stuff.**
7  Q.   So you will be doing that?
8  **A.   Yes.**
9  Q.   And you will be varsity this year?
10 **A.   Yes.**
11 Q.   Are you going to start?
12 **A.   Maybe.  Yeah.**
13 Q.   You're in the running to start?
14 **A.   Yes.**
15 Q.   What division is that, Centennial?
16 Four?
17 **A.   I have no clue.  I just play the games.**
18 Q.   Well, you know, based on size?
19 **A.   Yeah, yeah.**
20 Q.   All the way up to eight?
21 **A.   I don't know our division.**
22 Q.   Make the playoffs last year?
23 **A.   No.**
24 Q.   You also identified, well, have you told
25 me everything about why you get nervous and what

Page 83

1  concerns you had with meeting other people?
2  **A.   Yes.**
3  Q.   Okay.  And this all has to do with the
4  fact that your father was prosecuted for murder,
5  correct?
6  **A.   Yes.**
7  Q.   It's not related at all to your having
8  gone to -- it has nothing to do with your having
9  been taken to the police station and asked
10 questions, right?
11 **A.   There's a part of that.**
12 Q.   What is that part?
13 **A.   I mean, getting called to anything.**
14 **Whenever I get called out of school or called to a**
15 **different room, it's -- I just -- I don't want to**
16 **know what for.**
17 Q.   When you were going through that that
18 day, you were nervous about it, and we talked
19 about that, correct?
20 **A.   Yeah.**
21 Q.   Okay.  Since that day, the problems
22 you've just discussed with me, your nervousness
23 about people knowing who you are, and wanting to
24 know more about what you've been through and all
25 that, that has nothing to do with your being taken

Page 84

1  to the police station that day?
2  **A.   Yes.**
3  Q.   Correct?
4  **A.   Yes.**
5  Q.   You also talk about fear, loneliness and
6  other emotional harm.  So tell me about fear.
7  What are you afraid of?  Is it the same thing we
8  just talked about?
9  **A.   I fear, yeah, getting called out of**
10 **class.  'Cuz again, I don't know if it's ever**
11 **going to be the same thing.**
12 Q.   So you were afraid that day, correct?
13 **A.   Yes.  After, yeah.**
14 Q.   But -- and you still feel fear?
15 **A.   Yeah.**
16 Q.   Fear of what?
17 **A.   Fear of having to go through that again.**
18 Q.   Why?  What makes you think you might
19 have to go through that again?
20 **A.   It's just in the back of my mind.  Ever**
21 **since having to go through that, that anything is**
22 **possible.**
23 Q.   Are you afraid that the police are going
24 to bring you in and interview you again?
25 **A.   I mean, it's happened once.  Could**

Page 85

1 happen again in my mind.
2 Q. You say loneliness. What are you
3 referring to there?
4 A. I mean, what person who's gone through
5 the same thing that I've gone through? I can't
6 really talk to people about it. When people have
7 normal memories of what that two years has brought
8 to them, I only have that.
9 Q. And again, you're referring to that your
10 father had to go through the prosecution?
11 A. That, and going to the police station to
12 be interviewed.
13 Q. That made you lonely?
14 A. I mean, that I can't tell that to
15 people.
16 Q. You can't tell people -- you can't tell
17 people what?
18 A. Well, I mean, I can't -- it's not
19 something that I can relate with people.
20 Something that I really can't -- people have good
21 memories about going to a police station and
22 seeing all the cool things, and I just have that.
23 Q. Do you have any dislike of law
24 enforcement officers at this point in time?
25 A. Not for all of them. But, I mean, yeah.

Page 86

1 Q. Not all of them?
2 A. No.
3 Q. You don't like the Quincy police?
4 A. Yeah.
5 Q. That's correct?
6 A. Yes.
7 Q. Other police you're okay with?
8 A. Yeah.
9 Q. Have you been arrested ever?
10 A. No.
11 Q. Now, you haven't had any kind of
12 counseling or therapy over any of these things
13 you're talking about? These problems you're
14 talking about?
15 A. No.
16 Q. Do you belong to a church?
17 A. Yes.
18 Q. Do you attend services?
19 A. Yes.
20 Q. What church do you belong to?
21 A. We don't really belong to one, but we do
22 go to a couple.
23 Q. Which ones?
24 A. We go to one called the Vineyard. And
25 then one also called CU.

Page 87

1 Q. Those are here in Champaign?
2 A. Yes.
3 Q. Do they have like Sunday services that
4 you attend?
5 A. Yes.
6 Q. Are these nondenominational?
7 A. I think they're both just Christian.
8 Q. So, do you belong to like a youth group
9 of any type at either church?
10 A. No.
11 Q. Do you do any kind of Bible study or
12 anything like that?
13 A. No.
14 Q. Have you had any discussions with any of
15 the pastors or the people who run the churches
16 about any of these issues we discussed here today?
17 A. No.
18 Q. So when you're just hanging out with
19 friends, when you're not studying and you're not
20 playing football or practicing football, what do
21 you do for fun?
22 A. Go to the movies. Bowling. Go out to
23 eat. Stuff like that.
24 Q. You have a group of friends you do this
25 with?

Page 88

1 A. Yes.
2 Q. Boys and girls?
3 A. Just guys.
4 Q. Do you play baseball?
5 A. No.
6 Q. Did you ever have a job?
7 A. I had a job at my boarding school.
8 Q. Okay. This is what you're referring to
9 in one of your answers you said you were a
10 janitorial assistant. Is that what you were
11 talking about?
12 A. Yes.
13 Q. When was that?
14 A. That would have been my freshman year of
15 high school at St. Paul.
16 Q. While you were living there?
17 A. Yes.
18 Q. And that was something you would do
19 between or after classes?
20 A. Yeah, it would be after class.
21 Q. Was this something to assist with your
22 tuition?
23 A. No.
24 Q. Did you get paid money for it?
25 A. Paid money for the tuition?

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

Page 89

1   Q.   No, did you get paid money for the
2   working as a janitor?
3   A.   Yes.
4   Q.   Did you miss any time working as a
5   janitor because of anything having to do with the
6   Quincy police?
7   **A.   Well, I mean, I missed because of the**
8   **second trial.  But, other than that, no.**
9   Q.   Okay.  And you don't have any summer
10  jobs or anything that you're working?
11  **A.   No.**
12  Q.   And why is that?
13  **A.   Just football and transportation.**
14  Q.   Okay.  Give me one second.  That might
15  be all I have for now.  Yeah, that's all I have.
16        EXAMINATION BY
17        MR. HANSEN:
18  Q.   Larson, I'm up.  It's been a while.  How
19  you been?
20  **A.   Good.**
21  Q.   You okay right now?  You need a break or
22  are you all right?
23  **A.   I'm good.**
24  Q.   I'm going to bounce around a little bit
25  because I go second, okay?  So if I ask a question

Page 90

1   the same rules apply though; if you don't
2   understand a question I ask, you need to tell me,
3   okay?
4   **A.   Okay.**
5   Q.   And I'll do my best not to talk over
6   you, if you just do the same when I ask my
7   question, okay?
8   **A.   All right.**
9   Q.   So, kind of going in reverse order here
10  starting with some of the things you just talked
11  about.  Do you have your own cell phone?
12  **A.   Yes.**
13  Q.   What's your number?
14  **A.   My phone number?**
15  Q.   Yeah.
16  **A.   217-257-1485, I think.**
17  Q.   Do you have a Facebook account?
18  **A.   Yes.**
19  Q.   How about Twitter?
20  **A.   No.**
21  Q.   Snapchat?
22  **A.   No.**
23  Q.   Instagram?
24  **A.   No.**
25  Q.   You're currently at Centennial high

Page 91

1   school, and that's a public high school here in
2   Champaign, correct?
3   **A.   Yes.**
4   Q.   You had mentioned that you had some fear
5   of being called out of class.  Since you've been
6   at Centennial high school, you've been there one
7   year, correct?
8   **A.   Yes.**
9   Q.   This will be your second year coming
10  this fall?
11  **A.   Yes.**
12  Q.   In this past year, how often, if at all,
13  were you ever called out of class at Centennial
14  high school?
15  **A.   Not often.  It was probably four times**
16  **in the year maybe.**
17  Q.   And just in general, can you tell me
18  what those things were for?
19  **A.   Attendance.  Like going to the**
20  **attendance office, and grabbing something.**
21  Q.   Okay.  It wasn't because you were
22  skipping classes or anything?
23  **A.   No.**
24  Q.   Okay.  It was to come down and pick
25  something up at the attendance office?

Page 92

1   **A.   Yes.**
2   Q.   So, in those four times, you weren't
3   called out because you were in trouble?
4   **A.   No.**
5   Q.   I want to back up now and I want to go
6   over some of the things you talked about, about
7   your schooling.
8        You were in the Quincy public school
9   system at Madison, Baldwin and then the junior
10  high, correct?
11  **A.   Yes.**
12  Q.   Your dad, you understand, was on the
13  Quincy school board, right?
14  **A.   Yes.**
15  Q.   And you indicated that for your 9th
16  grade year you were pulled out of junior high and
17  you stopped attending there, correct?
18  **A.   It would have been my 8th grade year.**
19  Q.   Did you finish your 8th grade year at
20  the junior high?
21  **A.   No, I didn't go to junior high 8th**
22  **grade.**
23  Q.   So, I'm sorry, you went to St. James,
24  correct?
25  **A.   Yes.**

Page 93

1    Q.   Sorry.  So, after your 7th grade year is
2  when you stopped going to the junior high?
3    **A.   Yes.**
4    Q.   8th grade you went to St. James, and
5  then for 9th grade you went to the school in
6  Concordia, right?
7    **A.   Yes.**
8    Q.   And did you have any discussions with
9  either your mom or your dad that you were going to
10  be no longer going to the junior high because of
11  your dad's arrest?
12    **A.   It was more about the kind of school,**
13  **and how things were taught.**
14    Q.   Okay.  Well, did you have any
15  discussions with your parents about specifically
16  what that related to?  Because you had gone to the
17  junior high for 7th grade, why wouldn't you go
18  there for the 8th grade?
19    **A.   I don't know.  I don't think so.**
20    Q.   Okay.  So, and then you decided not to
21  attend the Quincy senior high for 9th grade,
22  correct?
23    **A.   Yes.**
24    Q.   Was the 9th grade at that point in time
25  still down at the junior high?

Page 94

1    **A.   My 9th grade year would have been the**
2  **year that they bumped it up.**
3    Q.   So, you would have actually been, had
4  you attended 9th grade, you were still living in
5  Quincy at the time, right?
6    **A.   Yes.**
7    Q.   Had you attended school for the 9th
8  grade you would have been out at the high school?
9    **A.   Yes.**
10    Q.   Where your brothers had gone to school?
11    **A.   Yes.**
12    Q.   And your brothers graduated from there?
13    **A.   Yes.**
14    Q.   But instead, a decision was made, were
15  you involved in that decision on why you went to
16  Concordia?
17    **A.   Yes.**
18    Q.   What was the discussions on why you went
19  to Condordia?
20    **A.   It was a good place to go for schooling.**
21  **They have really good teachers.  And it's more**
22  **individual since there's such a low amount of**
23  **students and high amount of teachers, you get to**
24  **work more individual with your teacher.  And I**
25  **thought it was cool to go to a boarding school.**

Page 95

1    Q.   Okay.  So, that decision was made; if
2  you thought it was cool to go to that boarding
3  school, why didn't you stay there for your 10th
4  grade year?
5    **A.   We decided as a family that I would**
6  **stay, so I could be closer with my family -- and,**
7  **yeah.**
8    Q.   So you decided to leave the boarding
9  school and then come to public school here in
10  Champaign?
11    **A.   Yes.**
12    Q.   And Centennial is a public school,
13  correct?
14    **A.   Yes.**
15    Q.   All right.  So, what is your full legal
16  name?  What's your middle name?
17    **A.   Larson Paul Lovelace.**
18    Q.   Has your name ever changed?
19    **A.   No.**
20    Q.   Like I said, I'm going to jump around a
21  little bit.  On the date of your mother's passing,
22  do you recall your father taking you to your
23  grandmother, Marty's, house?
24    **A.   No.**
25    Q.   Do you recall, maybe you already

Page 96

1  answered this; do you recall anything of where you
2  went after you left your house on Kentucky that
3  day?
4    **A.   No.**
5    Q.   All right.  And at the time your
6  brothers would have been at Madison school?
7    **A.   Um, I think one was at Baldwin.**
8    Q.   Okay.  And was Lyndsay in the junior
9  high?
10    **A.   I don't remember.**
11    Q.   Okay.  When is the last time you have
12  been to Quincy?
13    **A.   Last week.**
14    Q.   Okay.  And what were you doing there?
15    **A.   We went to go see our grandmother.**
16    Q.   Which one?
17    **A.   My mom's grandmother.  So our great**
18  **grandmother.**
19    Q.   So, that would be Christene's mother or
20  grandmother?
21    **A.   Grandma.  Or, yeah, grandmother.**
22    Q.   So, Christene's grandmother, her mom's
23  mom is still alive and that's who you are talking
24  about?
25    **A.   Yes.**

Page 97

1  Q.   Okay.  Were you there just on a day
2  visit?
3  A.   Yeah.  We went for dinner.
4  Q.   And you drove back to Champaign?
5  A.   Yes.
6  Q.   Who went?
7  A.   Me, Logan, and my mom and dad.
8  Q.   I want to go back to the conversations
9  you had earlier in some questioning about contact
10  with your grandparents.  And those grandparents
11  being Marty Didriksen and then Terry and Jan
12  Lovelace, okay?  You indicated that the last time
13  you thought you had any contact with them was
14  about three to four years ago, correct?
15  A.   Yeah.
16  Q.   Okay.  And would that have been prior to
17  the first trial starting?
18  A.   Um, yes.
19  Q.   Okay.  Now, I want to break this down a
20  little bit.  Because after your mom passed, up
21  until your father married Erika Gomez, did you
22  have contact with all of your -- those
23  grandparents?
24  A.   I don't remember.
25  Q.   Do you recall -- well, you as a kid

Page 98

1  played basketball, correct, at the YMCA?
2  A.   Yes.
3  Q.   You did QYFL football, correct?
4  A.   Yes.
5  Q.   And QYFL football, did you play in that
6  league from when you were in third grade up
7  through sixth grade?
8  A.   Yeah, third grade, yeah.
9  Q.   Were you part of the original group that
10  started that QYFL?
11  A.   Yes.
12  Q.   And did your grandmother, Marty, let's
13  start with her, bring you to and from those types
14  of activities?
15  A.   I don't remember.
16  Q.   Okay.  Did she attend your games?
17  A.   I don't think so.
18  Q.   What about your dad's parents?  Do you
19  recall them coming and attending and watching your
20  games?
21  A.   Yes.
22  Q.   Do you recall them coming or bringing
23  you to and from those games?
24  A.   Yes.
25  Q.   Okay.  Now, at some point in time in

Page 99

1  2008 your dad married Erika Gomez.  And in 2008
2  you would have been how old?
3  A.   Seven or eight.
4  Q.   Would you agree with me that at that
5  point in time you were living at the house on Main
6  Street?
7  A.   I don't remember if it was the other
8  house or the Main Street house.
9  Q.   Okay.  Would you call the time that your
10  dad was married to Erika Gomez, was your home life
11  chaotic?
12  A.   Yes.
13  Q.   Did you witness and see a lot of
14  arguments between Ms. Gomez and your dad?
15  A.   Yes.
16  Q.   Did you feel Ms. Gomez favored her
17  daughter, Darlene, over you and your brothers?
18  A.   Yes.
19  Q.   And in fact, that led to fighting
20  between your dad and Ms. Gomez, correct?
21  A.   Yes.
22  Q.   And in fact, during that time period
23  didn't you spend a lot of time with the Crickards
24  at the Crickard house?
25  A.   I would go there and hang out every once

Page 100

1  in a while with their son.  But, I wouldn't say I
2  spent more time there.
3  Q.   Wasn't the daily routine that your dad
4  would drop you off there when he would go to work
5  and you would get a ride from the Crickards to
6  school?  You would be taken back there after
7  school, and then your dad would pick you up around
8  five or six o'clock?
9  A.   I remember we would -- so, with my dad,
10  I don't know if we ever went with him.  Or if he
11  ever dropped us off there.
12  Q.   Okay.  Do you recall spending
13  Christmases at the Crickards where they would give
14  you and your brothers gifts?
15  A.   Yeah.
16  Q.   Okay.  Do you recall that Maureen
17  Crickard would buy gifts for you to distribute to
18  your teachers at Madison school?
19  A.   I don't remember that.
20  Q.   Now, your sister, Lyndsay, went to the
21  University of Iowa, correct?
22  A.   Yes.
23  Q.   And at the time your father was
24  arrested, was she at the University of Iowa?
25  A.   I believe so.

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

Page 101

1    Q.    Had the relationship between you and
2  your sister been strained prior to her going to
3  the University of Iowa?
4    A.    Yes.
5    Q.    Since she went to college, have you had
6  any contact with her?
7    A.    I talked to her early, like I don't know
8  if it was early in her starting to go to college.
9  But, yeah.  Yes.
10   Q.    But you currently don't know where she
11 is?
12   A.    Yes.
13   Q.    I'm sorry, that was a bad question.  You
14 do know where she is, or you do not?
15   A.    I don't.
16   Q.    As you sit here today, you couldn't tell
17 us the last time you actually talked to her face
18 to face, correct?
19   A.    Yes.
20   Q.    And you were asked some questions about
21 this, but up until your dad married Christene,
22 Whitney did not live with you, correct?  She's not
23 your natural sister?
24   A.    Yes.
25   Q.    She's a stepsister, correct?

Page 102

1    A.    Yes.
2    Q.    So, did she at any point in time, "she"
3  being Whitney, live with you in Quincy?
4    A.    She would come and stay, but she never
5  lived.
6    Q.    Right.  She was already somewhere else,
7  correct?
8    A.    Yes.
9    Q.    All right.  Well, you said you went back
10 to Quincy last week; at the time of your dad's
11 second trial, you were still living in Quincy,
12 correct?  Well, you may have been at boarding
13 school, but your dad's address was still on the
14 Main Street, correct?
15   A.    Yes.
16   Q.    And during the trial that's where your
17 mom, Christene, stayed as well, correct?
18   A.    Yes.
19   Q.    Okay.  So, after that trial was over, a
20 decision was made to move to Champaign, correct?
21   A.    Yes.
22   Q.    All right.  So let's focus on that time
23 period from the second trial up until today.  Have
24 you had any contact with any friends of yours from
25 Quincy still?

Page 103

1    A.    Yes.
2    Q.    Who?
3    A.    People from my church.  Whenever we go
4  and visit, I'd talk to them.
5    Q.    And what church was that?
6    A.    St. John's.
7    Q.    Okay.  And when you go back to Quincy,
8  you said you went back last week; how often have
9  you been back?
10   A.    Not often.  Just kind of either a quick
11 trip in to see our great grandmother.  Just
12 parents have a business thing and we would stay
13 there.
14   Q.    So, in the times you've been back to
15 Quincy you have never had any communication with
16 your dad's parents, correct?
17   A.    Yes.
18   Q.    And you have never seen or had any
19 communication with Marty in your time back,
20 correct?
21   A.    Yes.
22   Q.    And on your times back have you spent
23 any time with any of those friends that you are
24 talking about from your church?
25   A.    Not specifically.  I just go to church

Page 104

1  and we'd see them.
2    Q.    So, have you attended church in Quincy
3  since you've moved to Champaign?
4    A.    Yes.
5    Q.    So you have gone to a Sunday service at
6  St. John's?
7    A.    Yes.
8    Q.    As to your schooling, I have seen the
9  documents that have been produced as to your
10 grades.  Are you on honor role?
11   A.    I think so.  I haven't really received
12 anything saying I have been.  But, I think my
13 grades are --
14   Q.    And do you know, are you society of
15 academic achievement or --
16   A.    I don't think so.
17   Q.    And I think you said earlier you don't
18 know your plans after high school, but you won't
19 take the ACT or SAT until next year, correct?
20   A.    My junior year, yes.
21   Q.    Sorry.  Your mother, Cory's dad, John,
22 died shortly after she did, correct?
23   A.    Yes.
24   Q.    He had suffered cancer and it was within
25 that year, isn't that true?

Page 105

1   A.   Yes.
2   Q.   Your dad has siblings, correct?
3   A.   Yes.
4   Q.   He has a sister, correct?
5   A.   Yes.
6   Q.   Have you seen or talked to her in years?
7   A.   No.
8   Q.   And that's Kim Boudreau?
9   A.   Yes.
10   Q.   And you have cousins, correct?
11   A.   Yes.
12   Q.   Okay.  Have you had any interaction
13   whatsoever with the cousins that you have in
14   Quincy?
15   A.   No.
16   Q.   Can you even tell me the last time you
17   had any interaction with them was?
18   A.   No.
19   Q.   Other than seeing your great
20   grandmother, and having attended some -- maybe a
21   church service on a Sunday in Quincy, have you
22   pretty much with your mom and dad kind of
23   effectively stopped communicating with anyone in
24   Quincy?
25   A.   My parents will still talk to their

Page 106

1   friends.  But, I mean, I didn't really have many
2   like friends-friends there to keep on
3   communicating with.
4   Q.   Do you ever write or text with anyone in
5   Quincy?
6   A.   No.
7   Q.   I want to go to the conversation
8   regarding after you were asked some questions at
9   the police station.  You indicated that you were
10   brought out and into a room with your brothers
11   where Maureen and George Crickard were.  Do you
12   recall that?
13   A.   Yes.
14   Q.   Was your mom, Christene, there with them
15   when you came out?
16   A.   No.  She showed up later.
17   Q.   Okay.  Do you know how or why the
18   Crickards were there?
19   A.   No.
20   Q.   Do you know if you or your brothers or
21   anyone ever contacted them?
22   A.   No.
23   Q.   Did you ever contact your dad or
24   Christene after the questioning?
25   A.   No.

Page 107

1   Q.   Now, when you went in with the
2   Crickards, and when Christene showed up, did she
3   come into the room with you at the same time so
4   you all were in there?
5   A.   Yes.
6   Q.   All right.  And is this when -- did she,
7   she being Christene, pull you and your brothers
8   aside at that time and have a talk with you, just
9   the four of you?
10   A.   I don't remember.
11   Q.   Do you remember her indicating to you
12   anything regarding a circle of trust?
13   A.   No.
14   Q.   And keeping other people out and only
15   you four in?
16   A.   I don't remember that.
17   Q.   Okay.  Regardless, you then went to the
18   Crickards for the evening, correct?
19   A.   Yes.
20   Q.   And you stayed the night there?
21   A.   Yes.
22   Q.   And then the next day you said you did
23   not go to school, right?
24   A.   I did not.
25   Q.   Okay.  Did Maureen Crickard take you

Page 108

1   back to the house on Main or did someone come and
2   get you from the Crickards?
3   A.   I think someone came and got us.
4   Q.   Okay.  Do you recall who?
5   A.   No.
6   Q.   All right.  Would you agree with my
7   statement that effectively after that when you
8   ended up going back home, you had very limited
9   contact with the Crickards or anyone else for the
10   rest of this school year?
11   A.   I don't remember if it was limited or --
12   Q.   Okay.  You continued and finished the
13   7th grade at the junior high, correct?
14   A.   Yes.
15   Q.   And you finished your football season,
16   right?
17   A.   Yes.
18   Q.   Now, you indicated on Wednesdays you
19   would go visit your father at the Hancock County
20   jail, right?
21   A.   Yes.
22   Q.   So the first time you saw him he had
23   already been transferred from Adams County up to
24   Hancock County?
25   A.   Yes.

Page 109

1    Q.   When you went, did anyone ever go on a
2  visit with you to see your dad in Hancock County,
3  other than Christene, Lincoln, or Logan?
4    **A.   I think Terry and Jan may have come with**
5  **us one time or two times or something.  But, that**
6  **was it.**
7    Q.   So, in the time when you would go up
8  there and visit with your dad, it would just be,
9  other than maybe that one or two times, Christene,
10  you or your brothers?
11    **A.   Yes.**
12    Q.   And it stayed that way for the time up
13  until his first trial in Adams County?
14    **A.   Yes.**
15    Q.   Okay.  I take it you have had absolutely
16  no conversations about this arrest or anything
17  that followed related to your dad with the county
18  coroner by the name of Jim Keller?
19    **A.   No.**
20    Q.   And at no point in time have you had any
21  conversations, discussions, interviews, or
22  anything with a gentleman named Gary Farha?
23    **A.   No.**
24    Q.   I take it you upon yourself individually
25  has not taken an investigation to try and

Page 110

1  determine what happened with your dad, correct?
2    **A.   Yes.**
3    Q.   Anything you know about your dad's
4  situation is through conversations with him,
5  correct?
6    **A.   Yeah.**
7    Q.   Or Christene?
8    **A.   Yes.**
9    Q.   And as to allegations about anyone
10  fabricating evidence related to your dad, you
11  don't have any personal knowledge of that, do you?
12    **A.   I do not.**
13    Q.   And as far as anybody withholding
14  exculpatory evidence as to your dad, or the
15  charges that were brought against him, you don't
16  have any personal knowledge of that, correct?
17    **A.   I do not.**
18    Q.   I'm sorry, I don't know if I wrote your
19  address down right.  Did you say 1312 Farley Lane
20  or 1213?
21    **A.   1312.**
22    Q.   And I think you indicated that currently
23  living at that address is yourself, and the other
24  two people that are here today, Curt and Christene
25  Lovelace, correct?

Page 111

1    **A.   Correct.**
2    Q.   Your brothers do not live there, right?
3    **A.   Yes.**
4    Q.   I want to ask you a little bit about the
5  time period from when your mother passed until
6  2008 when your dad married Ms. Gomez.  There was a
7  period of time there where it was just you kids
8  and your dad, correct?
9    **A.   Yes.**
10    Q.   And do you recall at that point in time,
11  were you living on the Main Street address or on
12  Kentucky still?
13    **A.   That would be Kentucky.**
14    Q.   Okay.  And at that time do you recall
15  where your dad was working?
16    **A.   No.**
17    Q.   Do you recall, were you still
18  communicating and having a relationship with your
19  grandmother, Marty?
20    **A.   I don't remember.**
21    Q.   She would have lived right behind you
22  though on Grove, correct?
23    **A.   Yes.**
24    Q.   Okay.  And at that point in time when
25  your dad and you and your siblings were living on

Page 112

1  Kentucky in that period from '04 to '08, who would
2  get you around in most of your activities and
3  stuff like that?  Would your dad do that or would
4  the Crickards or other people?
5        **MS. THOMPSON:** Object to form, but you
6  can answer.
7    **A.   I don't remember.**
8    Q.   Okay.  At that period of time were you
9  going to Madison school?
10    **A.   Yes.**
11    Q.   Did you walk to school at times?
12    **A.   Yeah.  Yeah.**
13    Q.   Okay.  Since you moved to Champaign, do
14  you and your parents, have you taken any trips?
15    **A.   What do you mean?**
16    Q.   Have you gone out of town?  So, for
17  instance, not to Quincy, but your brother is down
18  in Louisiana.  Have you guys gone down there to
19  visit him?
20    **A.   Yes.**
21    Q.   Have you gone to Florida?  Have you gone
22  to California?  Have you taken any vacations?
23    **A.   We went to New Orleans for a thing, my**
24  **mom did, business-wise, and then we went to go see**
25  **my brother early this spring.  But, that's it.**

LOVELACE v.
DET. ADAM GIBSON

LARSON LOVELACE
July 3, 2018

Page 113

1    Q.   Which brother?
2    A.   **Logan.**
3    Q.   Okay.  Down in Louisiana?
4    A.   **Yes.**
5    Q.   And he's obviously going to be here
6    today.  Has he been back here on any leaves to
7    stay?
8    A.   **He currently is, yes.**
9    Q.   Right now?
10   A.   **Yes.**
11   Q.   Prior to this leave, had he ever been
12   back here and stayed with you in Champaign?
13   A.   **Yes.**
14   Q.   What about Lincoln?  Has he been on any
15   leaves where he's come back to Champaign since
16   you've moved here?
17   A.   **Yes.**
18   Q.   You said you went down to New Orleans or
19   a thing your mom had for business.  What does your
20   mom do?
21   A.   **She works, she does a pro bono law**
22   **thing.**
23   Q.   Is that at your dad's shop that he set
24   up?
25   A.   **Yes.**

Page 114

1    Q.   And what is the name of that?
2    A.   **The Justice Initiative.**
3    Q.   Is that located here in Champaign?
4    A.   **Yeah.**
5    Q.   And to your knowledge, other than your
6    mom and dad, anyone else work there with there
7    him?
8    A.   **No.**
9    Q.   Are they both running that place?
10   A.   **Yes.**
11   Q.   Do you know what she did in New Orleans?
12   Did you go and attend this?
13   A.   **My dad and I just stayed and went**
14   **sightseeing.**
15   Q.   And do you know when that was?
16   A.   **That was June; like early June.**
17   Q.   Of this year?
18   A.   **Yes.**
19   Q.   Okay.  And you indicated for the rest of
20   the summer I guess you will be getting ready for
21   football practice.
22   A.   **Yes.**
23   Q.   And I thought you said you were doing
24   something else.  Did I miss that?  Are you working
25   this summer?

Page 115

1    A.   **No.**
2    Q.   I think that's all I have.
3         MS. THOMPSON: Can we go off the record?
4         (At this point there was an off the
5    record discussion.)
6         MS. THOMPSON: Back on the record.
7         MR. MECKES: I don't have any questions.
8         MS. THOMPSON: I have a couple.  Do you
9    want to --
10        MR. DiCIANNI: Go ahead.
11        EXAMINATION BY
12        **MS. THOMPSON:**
13   Q.   Larson, do you remember testifying in
14   your dad's second trial?
15   A.   **Yes.**
16   Q.   And you said that you had not reviewed
17   your testimony of the second trial before your
18   deposition here today, is that right?
19   A.   **Yes.**
20   Q.   Based on your memory of your testimony
21   at the second trial, was your testimony at the
22   second trial truthful?
23   A.   **Yes.**
24   Q.   Let me ask this question first.  Did you
25   attend every minute of your dad's second trial?

Page 116

1    A.   **No.**
2    Q.   Were there parts you were not present
3    for?
4    A.   **Yes.**
5    Q.   And as to your dad's first trial, were
6    there parts you weren't present for?
7    A.   **Yes.**
8    Q.   Those are the only questions I have.
9         FURTHER EXAMINATION BY
10        **MR. DiCIANNI:**
11   Q.   You gave counsel your cell phone number.
12   Who is your cell phone provider?
13   A.   **Sprint.  I think it's Sprint.**
14   Q.   Thank you.  That's all I have.
15        MS. THOMPSON: Let me ask one follow-up
16   to that.  When did you get your cell phone?
17   A.   **It would have been -- it would have been**
18   **when I went off to boarding school.**
19        MS. THOMPSON: At the beginning of your
20   time in Concordia?
21   A.   **Yes.**
22        MS. THOMPSON: Okay.  We'll reserve
23   signature.
24        (The time is 11:24 a.m.)
25

Page 117

```
1              IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
2                    STATE OF ILLINOIS

3
   CURTIS LOVELACE, LOGAN LOVELACE,
4  LINCOLN LOVELACE, AND CHRISTINE
   LOVELACE on behalf of her
5  minor son, LARSON LOVELACE,

6          Plaintiffs,

7      -vs-                      No. 17 CV 01201

8  DET. ADAM GIBSON, POLICE
   CHIEF ROBERT COPLEY, SGT.
9  JOHN SUMMERS, LT. DINA
   DREYER, DET. ANJANETTE BISWELL,
10 UNKNOWN QUINCY POLICE OFFICERS,
   GARY FARHA, CORONER JAMES
11 KELLER, THE CITY OF QUINCY AND
   COUNTY OF ADAMS,
12
            Defendants.
13

14

15         This is to certify that I have read the
   transcript of my deposition taken in the
16 above-entitled cause, and that the foregoing
   transcript taken on July 3, 2018, accurately
17 states the questions asked and the answers given
   by me, with the exception of the corrections, if
18 any, on the attached errata sheet(s).

19
   _____
20               LARSON LOVELACE
   Subscribed and Sworn before
21 me this _____ day of
   _____, 2018.
22 _____
   Notary Public
23

24

25
```

Page 118

```
1  STATE OF ILLINOIS   )
                       )  SS
2  COUNTY OF CHAMPAIGN )

3          I, DEANN K. PARKINSON, a Notary Public
   in and for the County of Champaign State of
4  Illinois, do hereby certify that LARSON LOVELACE,
   the deponent herein, was by me first duly sworn to
5  tell the truth, the whole truth and nothing but
   the truth in the aforementioned cause of action.
6          That the foregoing deposition was taken
   on behalf of the Defendant on July 3, 2018.
7          That said deposition was taken down in
   stenographic notes and afterwards reduced to
8  typewriting under my instruction and said
   transcription is a true record of the testimony
9  given; and that it was agreed by and between the
   witness and attorneys that said signature on said
10 deposition would be not waived.
           I do hereby certify that I am a
11 disinterested person in this cause of action; that
   I am not a relative of any party or any attorney
12 of record in this cause, or an attorney for any
   party herein, or otherwise interested in the event
13 of this action, and am not in the employ of the
   attorneys for either party.
14         In witness whereof, I have hereunto set
   my hand and affixed my notarial seal July 13,
15 2018.

16
   _____
17              DEANN K. PARKINSON, CSR
                NOTARY PUBLIC
18

19

20

21

22

23

24

25
```