1:17-cv-01201-SEM-EIL  # 90-11   Page 1 of 30

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

E-FILED
Monday, 08 July, 2019  09:05:24 AM
Clerk, U.S. District Court, ILCD

## Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                  STATE OF ILLINOIS

 3

 4  CURTIS LOVELACE, LOGAN LOVELACE,
    LINCOLN LOVELACE, AND CHRISTINE
 5  LOVELACE on behalf of her
    minor son, LARSON LOVELACE,
 6
            Plaintiffs,
 7
        -vs-              No. 17 CV 01201
 8
    DET. ADAM GIBSON, POLICE
 9  CHIEF ROBERT COPLEY, SGT.
    JOHN SUMMERS, LT. DINA
10  DREYER, DET. ANJANETTE BISWELL,
    UNKNOWN QUINCY POLICE OFFICERS,
11  GARY FARHA, CORONER JAMES
    KELLER, THE CITY OF QUINCY AND
12  COUNTY OF ADAMS,

13          Defendants.

14

15

16          DEPOSITION OF LOGAN LOVELACE
                  July 3, 2018
17                 11:45 AM
                 301 West White
18               Champaign, IL

19

20             Reported By:

21

22      Deann K. Parkinson:  CSR 84-002089
        Area Wide Reporting & Video Conferencing
23              301 West White
            Champaign, Illinois  61820
24              (800)747-6789

25
```

## Page 2

```
 1  APPEARANCES:

 2          FOR THE PLAINTIFFS:

 3          MS. TARA THOMPSON
            LOEVY & LOEVY
 4          311 North Aberdeen St. 3rd Floor
            Chicago, IL  60607
 5          312-243-5900
            tara@loevy.com
 6

 7

 8          APPEARING FOR THE CITY OF QUINCY,
            ADAM GIBSON, ROBERT COPLEY, JOHN
 9          SUMMERS, DINA DREYER, ANJANETTE
            BISWELL:
10          MR. WILLIAM MECKES
            SCHOLZ LOOS PALMER SIEBERS &
11          DUESTERHAUS
            625 Vermont Street
12          Quincy, IL  62301
            wmeckes@slpsd.com
13

14          APPEARING FOR THE COUNTY OF ADAMS,
15          GARY FARHA and JAMES KELLER:

16          MR. JAMES HANSEN
            SCHMIEDESKAMP ROBERTSON NEU &
17          MITCHELL
            525 Jersey Street
18          Quincy, IL  62301
            217-223-3030
19          jhansen@SRNM.com

20

21

22

23

24

25
```

## Page 3

```
 1  APPEARANCES CONTINUED:

 2          APPEARING FOR THE CITY OF QUINCY,
            ADAM GIBSON, ROBERT COPLEY, JOHN
 3          SUMMERS, DINA DREYER, ANJANETTE
            BISWELL:

 4

 5          MR. THOMAS DiCIANNI:
            ANCEL, GLINK, DIAMOND, BUSH,
 6          DICIANNI & KRAFTHEFER PC
            140 South Dearborn Street
 7          Sixth Floor
            Chicago, IL  60603
 8          312-782-7606
            tdicianni@ancelglink.com

 9                    *  *  *  *

10  Also Present:  Curtis Lovelace
                   Christine Lovelace
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## Page 4

```
 1                  INDEX

 2  WITNESS:  LOGAN LOVELACE

 3

 4  Examination by Mr. DiCianni.......page 6
    Examination by Mr. Hansen........page 76
 5  Examination by Ms. Thompson......page 112
    Examination by Mr. DiCianni......page 115
 6

 7

 8      THERE WERE NO EXHIBITS TO THE DEPOSITION

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23              EXHIBIT J

24

25
```

Page 5

```
 1                    DEPOSITION
 2
 3            The Deposition of LOGAN LOVELACE, a
 4   citizen of the State of Illinois, a witness of
 5   lawful age; produced, sworn, and examined upon his
 6   corporeal oath, at 301 West White, Champaign,
 7   Illinois, on July 3, 2018, before Deann K.
 8   Parkinson, CSR, Notary Public in and for the
 9   County of Champaign and State of Illinois, as a
10   witness in a certain suit and matter now pending
11   and undetermined in the United States District
12   Court for the Central District of Illinois.
13            CSR License No. 84-002089.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

```
 1        (The time is 11:46 AM.)
 2           LOGAN LOVELACE,
 3   the deponent herein, called as a witness, after
 4   having been first duly sworn, testified as
 5   follows:
 6           EXAMINATION BY
 7           MR. DiCIANNI:
 8   Q.   Sir, would you state your name and spell
 9   your last name for the court reporter.
10   A.   Logan Lovelace.  L-O-V-E-L-A-C-E.
11   Q.   And Logan, have you ever given a
12   deposition before?
13   A.   I have not.
14   Q.   Let me tell you what you're going to do.
15   I'm going to ask you questions that pertain to a
16   lawsuit in which you're a party.  When you respond
17   to my questions, you have to do it verbally so the
18   court reporter can take down everything that you
19   say.  If you have any problems with any questions
20   I ask, you don't understand me, you didn't hear
21   me, whatever it is, please let me know that, okay?
22   A.   Yes.
23   Q.   I will then do my best to correct the
24   problem.  And the reason is that after we're
25   finished talking today, she's going to type up a
```

Page 7

```
 1   transcript of our discussion.  So every answer you
 2   give, we're all going to assume that that's what
 3   you intended?
 4   A.   Okay.
 5   Q.   Did you do anything to prepare for this
 6   deposition today?
 7   A.   Yes.
 8   Q.   What did you do?
 9        MS. THOMPSON: In giving your answer,
10   don't reveal any content of any communications
11   that you and I have had, okay.
12   A.   Yes.  I just talked with Tara.
13   Q.   And Tara is your attorney?
14   A.   Yes.
15   Q.   When did you do that?
16   A.   Yesterday.
17   Q.   And where did that take place?
18   A.   At my dad's office.
19   Q.   Okay.  And how long was that meeting?
20   A.   An hour.
21   Q.   Did you review anything?
22   A.   Just my transcripts from, and the police
23   reports.
24   Q.   So, when you say transcripts, are you
25   referring to your testimony at the trial?
```

Page 8

```
 1   A.   At the first trial, yes.
 2   Q.   At the first trial.  Did you testify at
 3   both trials?
 4   A.   Yes.
 5   Q.   Why only the first trial that you
 6   reviewed?
 7   A.   'Cuz it's all still fresh in my mind
 8   from the second trial.
 9   Q.   Okay.  And you said you reviewed some
10   interviews?
11   A.   Police reports, yes.
12   Q.   Okay.  Which police report?  Police
13   reports of what did you review?
14   A.   The one with Jeff Baird that I did in
15   2016.
16   Q.   That was the one in 2016?
17   A.   Yes.
18   Q.   Did you also give an interview at a
19   later time to the police?
20   A.   Yes.  To Adam Gibson.  Yes.
21   Q.   And did you review transcripts from
22   that --
23   A.   Yes.
24   Q.   -- meeting?
25   A.   Yes.
```

Page 9

1    Q.    Did you speak to the police any other
2    time?
3    A.    Not that I know of.  No.
4    Q.    Did you ever speak to any prosecutors or
5    any other attorneys regarding any of this?
6    A.    No.
7    Q.    And the only time you've testified about
8    it was at the two trials?
9    A.    Yes.
10    Q.    Reviewing the transcripts of the trial,
11    of the first trial, that is the only one you
12    reviewed, right?
13    A.    Yes.
14    Q.    Is there anything or did you see
15    anything in there that looking back on it you
16    think was wrong?
17    A.    Not that I saw, no.
18    Q.    So everything that you said in that
19    trial was accurate?
20    A.    Yes.
21    Q.    Okay.  And I'll ask you the same
22    question about the statements that Adam Gibson
23    took.  You read that over?
24    A.    Yes.
25    Q.    Is there anything after reading it over

Page 10

1    that you thought you didn't get right?  Or you
2    think was wrong?
3    A.    Everything was correct in there.
4    Q.    And then I'll ask you the same question
5    regarding the report of Officer Baird.  You read
6    that as well?
7    A.    Yes.
8    Q.    And did you read anything in there that
9    you think was incorrect?
10    A.    No.
11    Q.    And the report of Officer Baird was not
12    a transcript; it was his summary of the questions,
13    right?
14    A.    Yes.
15        MS. THOMPSON: Logan, I'm going to ask
16    you so the record is clear that you wait until the
17    question is done being asked before you answer,
18    okay?
19    Q.    The report of the interview of officer,
20    with Officer Gibson, that was an actual transcript
21    that you read?
22    A.    It was a one page, I don't know what you
23    would describe.
24    Q.    Summary?
25    A.    Yeah, I guess, yes.

Page 11

1    Q.    Did you actually read a transcript of
2    the questions and the answers?
3    A.    No.
4    Q.    Your memory of the events that Officer
5    Baird asked you about, the day of your mother's,
6    or it was discovered your mother had died, how is
7    your memory in general regarding those events?
8    A.    The minor details, don't remember.  But
9    the big details and the important details, I do
10    remember.
11    Q.    Okay.  And the same thing with Officer
12    Gibson's interview with you; regarding the events
13    of that day at school and the events at the police
14    station, in general what's the status of your
15    memory?
16    A.    It's the same.
17    Q.    Pretty good?  Some of the minor details
18    you might not have a grasp on?
19    A.    Yes.
20    Q.    But the overall event you do have a good
21    memory?
22    A.    Yes.
23    Q.    Okay.  Have you done anything else to --
24    have you reviewed anything else regarding any of
25    the events related to the death of your mother?

Page 12

1    A.    No.
2    Q.    We know there's been media reports and
3    there was actually TV shows about it.  Have you
4    seen those?
5    A.    I have, yes.
6    Q.    Which ones have you seen?
7    A.    The Dateline one.
8    Q.    Now, Dateline, that aired a few times
9    with some minor changes each time.  Have you seen
10    them all?
11    A.    Just the one.  Just the one hour and 36
12    one.
13    Q.    That was the first one?
14    A.    Yes.
15    Q.    Okay.  And have you reviewed television
16    reports or newspaper reports of it?
17    A.    I don't really watch television, to be
18    honest.
19    Q.    So you haven't seen anything on TV, news
20    shows, about it?
21    A.    No.
22    Q.    And what about newspaper?
23    A.    I don't read the newspaper.
24    Q.    Okay.  Where do you get your news from?
25    A.    Just my phone.  I guess Facebook and

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

---

Page 13

1   stuff like that.
2   Q.   So have you seen anything on any social
3   media cites or any Internet news feeds regarding
4   the case?
5   A.   Not that I have seen, no.
6   Q.   Where do you currently live?
7   A.   Fort Polk, Louisiana.
8   Q.   And you are in the military?
9   A.   Yes.
10  Q.   Are you in the Army?
11  A.   Yes.
12  Q.   What's your rank?
13  A.   Specialist.
14  Q.   Is that the entire description of your
15  rank, specialist?
16  A.   Yes.
17  Q.   When did you join the Army?
18  A.   June of 2015.
19  Q.   When, did you complete high school?
20  A.   Yes.
21  Q.   When did you complete high school?
22  A.   2015.
23  Q.   So you went right into the military?
24  A.   Yep.  Two weeks after.
25  Q.   Where did you attend high school?

---

Page 14

1   A.   Quincy Senior High School.
2   Q.   Did you do anything in high school that
3   was military related?
4   A.   No.
5   Q.   And you enlisted of course?
6   A.   Yes.
7   Q.   Where did you do your basic training?
8   A.   Fort Benning, Georgia.
9   Q.   And how long was that?
10  A.   Fourteen weeks.
11  Q.   What was your next assignment?
12  A.   Fort Polk, Louisiana, where I am now.
13  Q.   Where you are now?
14  A.   Yes.
15  Q.   You've been there since you completed
16  basic training?
17  A.   Yes.
18  Q.   How is it that you're here today?
19  A.   I'm home on leave.
20  Q.   How long is your leave going to last?
21  A.   Two weeks.
22  Q.   When did you get here?
23  A.   Last Friday.
24  Q.   Do you know where you're going next?
25  A.   Fort Polk, Louisiana.

---

Page 15

1   Q.   Back there.  Okay.  We took, we talked
2   to your brother, Larson, just before you.  And he
3   gave us the rundown of who is in your family, your
4   siblings and all, correct?
5   A.   Yes.
6   Q.   We heard that Lincoln is also in the
7   military?
8   A.   Yes.
9   Q.   And he is deployed somewhere?
10  A.   Yes.
11  Q.   Do you know where he is?
12  A.   I'd rather not disclose that
13  information.  Sorry.
14  Q.   Okay.  But he is overseas?
15  A.   Yes.
16  Q.   But you do know?
17  A.   Yes.
18  Q.   And why won't you disclose it?
19  A.   OPSEC.
20  Q.   What does that mean?
21  A.   OPSEC is the security of the soldiers.
22  I couldn't tell people where I was, so I can't
23  tell them where he is.
24  Q.   Okay.  Do you know when he's coming home
25  if at all?

---

Page 16

1   A.   I do not know.
2   Q.   Let me rephrase that.  I said that
3   terribly.  Do you know if there's any plans for
4   him to come home?
5   A.   I mean, yeah, he comes home.  I just
6   don't know when.
7   Q.   So you don't know when his deployment
8   will be or his -- what's the phrase?  Not his
9   term, but his deployment period of time?  You
10  don't know when that ends?
11  A.   No.
12  Q.   Did you attend high school all four
13  years at Quincy senior high?
14  A.   Yes.
15  Q.   And why do they call it Quincy senior
16  high?  Is that a distinction from just junior
17  high?
18  A.   Yeah, it's high school.
19  Q.   That's four years?
20  A.   Yes.
21  Q.   Where did you attend grade school?
22  A.   That would have been Madison school.
23  Q.   And what grades is Madison?
24  A.   I think it's kindergarten through 3rd
25  grade.

---

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

Page 17

1    Q.    That's part of the Quincy public school
2    system?
3    A.    Yes.
4    Q.    Where did you go after that?
5    A.    Baldwin.
6    Q.    What years were you there?
7    A.    Fourth through 6th.
8    Q.    And then where after that?
9    A.    Junior high.
10   Q.    Quincy junior high?
11   A.    Yes.
12   Q.    So that would have been 7th and 8th?
13   A.    7th through 9th.
14   Q.    Seven to nine?
15   A.    Yes, seven to nine.
16   Q.    Okay.  So, what ordinarily would be a
17   freshman year in a high school, is actually a 9th
18   grade in the junior high?
19   A.    Yes.
20   Q.    Okay.  What are your grades, what were
21   your grades like in junior high, high school?
22   A.    A's and B's.
23   Q.    What was your favorite subject?
24   A.    Probably math.
25   Q.    Do you have intentions to attend

Page 18

1    college?
2    A.    I do, yes.
3    Q.    Do you have any -- when is your
4    enlistment over?
5    A.    2022.
6    Q.    You plan to re-up or -- you going to
7    make a decision then?
8    A.    Decision later.
9    Q.    Okay.  You haven't made any decisions
10   about whether you are going to make military a
11   career?
12   A.    I just reenlisted so --
13   Q.    You just did?
14   A.    Yes.
15   Q.    So it was a three-year term to begin
16   with?
17   A.    Yes.
18   Q.    And then you've re-upped for four years?
19   A.    Yes.
20   Q.    Okay.  Are you on a course to become an
21   officer?
22   A.    No.
23   Q.    So, in 2022 are you leaving that open as
24   to whether you're re-upping?
25   A.    Yeah, I'm going to leave it open.

Page 19

1    Q.    You haven't decided whether you want to
2    make a career out of the military?
3    A.    No.
4    Q.    Did you have any extracurricular
5    activities in high school?
6    A.    Yes.
7    Q.    What did you do?
8    A.    Football.
9    Q.    Anything else?
10   A.    I was in the band until my senior year.
11   Q.    Anything else?
12   A.    No.
13   Q.    And you were on the varsity football
14   team?
15   A.    Yes.
16   Q.    What position did you play?
17   A.    Outside line backer and tight end.
18   Q.    Did you start your varsity?
19   A.    Yes.
20   Q.    Did you play freshman and sophomore?
21   A.    Yes.
22   Q.    Were those varsity, on the varsity squad
23   or on the freshman and sophomore team?
24   A.    There's a freshman team, then a JV team.
25   Q.    Okay.  So you played on JV until you

Page 20

1    went to varsity?
2    A.    Yes.
3    Q.    And what years were you -- did you do
4    band?
5    A.    From 7th grade -- or no, excuse me.
6    Fourth grade to until I was a -- it was
7    mid-semester my senior year.
8    Q.    What instrument did you play?
9    A.    Trumpet.
10   Q.    Okay.  Have you had any jobs besides
11   military?
12   A.    Yeah, I was a lifeguard in high school.
13   Q.    When did you do that?
14   A.    From the age of 15 to 17.
15   Q.    Then was that summertime?
16   A.    Yes.
17   Q.    Any other jobs?
18   A.    No.
19   Q.    Let me call your attention to -- first
20   of all, can I get your Social Security number.  We
21   won't put it on the record.
22          (At this point there was an off the
23   record discussion.)
24   BY MR. DiCIANNI:
25   Q.    So I want to call your attention to the

Page 21

1  day that it was discovered that your mother had
2  passed away.
3  **A.   Okay.**
4  Q.   You mentioned that you have a memory of
5  the, of the general events of that day, not all of
6  the minor details.
7  **A.   Yes.**
8  Q.   Do you recall when you were interviewed
9  by Officer Baird?
10 **A.   I do not, no.**
11 Q.   You've read that report though, right?
12 **A.   Yes.**
13 Q.   And I think it was your testimony that
14 there isn't anything that -- you didn't see
15 anything in there, that you thought was
16 inconsistent with your memory?
17 **A.   No.**
18 Q.   There's a reference in here where it
19 says that your sister, Lyndsay, was talking about
20 that day, and she says that she saw your mother
21 get up to get your Army pants for school.  Do you
22 recall that?
23 **A.   I do not, no.**
24 Q.   Do you remember your mother being up
25 that morning?

Page 22

1  **A.   I do, yes.**
2  Q.   What do you remember about that?
3  **A.   I saw her sitting on the steps.**
4  Q.   So, do you recall getting up yourself?
5  **A.   Yes.**
6  Q.   And how did you wake up in the morning?
7  By an alarm clock or did somebody wake you up?
8  **A.   One of my parents would wake me up.**
9  Q.   Do you remember who woke you up that
10 day?
11 **A.   I think it was my dad.**
12 Q.   And what time was that?
13 **A.   Probably around 8 o'clock.**
14 Q.   Is that when you normally get up?
15 **A.   Yes.**
16 Q.   When did you start school?  What time?
17 **A.   I think it was 8:30.**
18 Q.   How did you normally get to school?
19 **A.   One of the parents would take us.**
20 Q.   Either your dad or your mom?
21 **A.   Yes.**
22 Q.   Okay.  And I understand it was your dad
23 who took you this day?
24 **A.   Yes.**
25 Q.   Okay.  So, your dad woke you up that

Page 23

1  day?
2  **A.   Yes.**
3  Q.   And what do you remember happening next?
4  **A.   Just got ready for school.  I don't
5  remember the minor details, but I just remember
6  almost walking out the door, turned around, saw my
7  mom, asked if I could stay home with her.  She
8  said no, so I left for school.**
9  Q.   When you say get ready for school, what
10 did that involve?
11 **A.   Getting our backpacks ready.  If we had
12 coats or sweatshirts or whatever.  Getting our
13 shoes on.**
14 Q.   Getting dressed?
15 **A.   Yes.**
16 Q.   You didn't shower or anything?
17 **A.   No.**
18 Q.   And the only time you saw your mother
19 that morning, from your memory, was when she was
20 sitting on the stairs?
21 **A.   Yes.**
22 Q.   And that was right before you were
23 leaving?
24 **A.   Yes.**
25 Q.   And you said to her you wanted to stay

Page 24

1  home with her?
2  **A.   Yes.**
3  Q.   And why did you say that?
4  **A.   Because she's my mom and she was sick so
5  --**
6  Q.   What do you remember about her sickness?
7  **A.   She had the sniffles.  Always carrying
8  around tissues.  Just --**
9  Q.   Was your mom sick often?
10 **A.   Not that I recall.  No.**
11 Q.   How old were you then?
12 **A.   Eight.**
13 Q.   Do you remember anything about the night
14 before?
15 **A.   Other than going to the YMCA for my
16 brother's basketball.**
17 Q.   You went to watch?
18 **A.   Or I went to coach.**
19 Q.   You coached?
20 **A.   Yes.**
21 Q.   Whose basketball practice was it?
22 **A.   Lincoln's.**
23 Q.   Okay.  And Lincoln was how old then?
24 **A.   Seven or six.  We're only 18 months
25 apart.**

Page 25

1  Q.  So you assisted as one of the coaches?
2  A.  Yes.
3  Q.  Who was the head coach?
4  A.  My dad.
5  Q.  So what did you do?
6  A.  My dad is not a basketball man, so I
7  kind of helped him out.
8  Q.  So you remember that?
9  A.  Yes.
10  Q.  Do you remember anything else from the
11  night before?
12  A.  No.
13  Q.  Do you remember your mom being sick the
14  night before?
15  A.  Yes.
16  Q.  Do you remember anything about her
17  sickness?
18  A.  Other than she was in a room.
19  Q.  According to the statement from, that
20  you gave Officer Baird, he wrote down that you
21  said your mom was laying on the steps.  Do you
22  recall that?
23  A.  I do not, no.
24  Q.  Your memory is what?  Her sitting on the
25  steps?

Page 26

1  A.  Yes.
2  Q.  Officer Baird also wrote down that you
3  asked your mother if you would help her upstairs,
4  and she said no.  Do you remember that?
5  A.  No.
6  Q.  You only remember saying, asking her if
7  you could stay home with her?
8  A.  Yes.
9  Q.  And she said no to that?
10  A.  Yes.
11  Q.  And then Officer Baird wrote that you
12  said Logan said he grabbed his coat and his book
13  bag and that was about it.  And is that correct?
14  A.  Yes.
15  Q.  Did your mother normally help you get
16  dressed?
17  A.  Yes.
18  Q.  That day, obviously she did not?
19  A.  Yes.
20  Q.  Did anyone help you get dressed?
21  A.  My dad.
22  Q.  Okay.  According to Officer Baird's
23  statement, you said to him that your mother had
24  gotten juice out for you to take to school.  Now,
25  that seems like you don't have a memory of that?

Page 27

1  A.  No.
2  Q.  Do you have any reason to doubt the
3  correctness of that statement?
4  A.  No.
5  Q.  But you don't have a memory of that?
6  A.  No.
7  Q.  And Officer Baird also wrote that Logan
8  said his dad walked his mom upstairs.  It sounds
9  like you don't have a memory of that?
10  A.  No.
11  Q.  Officer Baird wrote that he asked, I
12  asked Logan if he saw that or if his dad told him
13  that.  And Logan said his dad told him that.  Do
14  you have a memory of your father telling you that?
15  A.  No.
16  Q.  You don't have a reason to doubt the
17  accuracy of it?
18  A.  No.
19  Q.  But, you have no memory of it?
20  A.  No.
21  Q.  He then went on to write, I asked Logan
22  if he remembered seeing his mom just before going
23  to school, and Logan said yes.  I asked Logan
24  where was your mother as you were heading out the
25  door to go to school.  Logan replied, she was

Page 28

1  sitting on the steps.  That you have a memory of?
2  A.  Yes.
3  Q.  Okay.  I asked Logan, did you see her?
4  And Logan replied, yes.  I asked Logan where his
5  mother was when he was getting his coat on to go
6  to school.  He replied, still on the steps.  You
7  have that memory?
8  A.  Yes.
9  Q.  So as you were putting your coat on and
10  getting ready to leave, she's sitting on the
11  steps?
12  A.  Yes.
13  Q.  Officer Baird goes on to write, I asked
14  Logan what he did Monday night when Lincoln had
15  basketball practice.  Logan said he remembered
16  going to Lincoln's basketball practice and that he
17  helped.  I asked Logan what his mother was doing
18  Monday night.  And Logan said his mother was lying
19  in bed taking a nap.  Do you have a memory of
20  that?
21  A.  I do not, no.
22  Q.  Logan remembered having dinner before
23  Lincoln's basketball practice and they finished
24  dinner when they came home after Logan's
25  basketball practices.  Do you have a memory of

Page 29

1   that?
2   A.   No.
3   MS. THOMPSON: Does it say Logan or
4   Lincoln?
5   Q.   Oh, Lincoln's basketball practice. Yeah.
6   You understood what I meant?
7   A.   Yes.
8   MS. THOMPSON: I just want to make sure
9   it's getting recorded in the record.
10  BY MR. DiCIANNI:
11  Q.   Yeah.  I asked Logan if he remembered
12  what he did after finishing dinner, and he said he
13  watched TV with Lyndsay, Lincoln and Larson.  And
14  that they watched TV downstairs.  Do you have a
15  memory of that?
16  A.   No.
17  Q.   I asked Logan if he remembered Lyndsay
18  going upstairs and watching TV with her mother and
19  working on Valentine's Day crafts.  Logan said
20  yes.  Do you have a memory of that?
21  A.   No.
22  Q.   According to Officer Baird, he asked you
23  if you remembered what you had for breakfast on
24  the morning of Valentine's Day.  And you replied,
25  I didn't have breakfast.  Do you remember that?

Page 30

1   A.   Nope.
2   Q.   I asked Logan if he ate cinnamon toast
3   before he went to school.  Logan replied, I only
4   had one bite.  I mean one piece, one slice.  Do
5   you have any memory of that?
6   A.   No.
7   Q.   I asked Logan who got the cinnamon toast
8   for him, and Logan said his dad got it for him.
9   You have no memory of that?
10  A.   No.
11  Q.   I asked Logan what his mother was doing
12  when his dad was getting cinnamon toast for him,
13  and Logan replied, I don't know.  No memory of
14  that?
15  A.   No.
16  Q.   I asked Logan if his mom was feeling bad
17  over the weekend.  Logan replied she was feeling
18  bad on Sunday.
19  Let me ask you first, do you remember
20  your mother -- this was a Tuesday, correct?
21  A.   Yes.
22  Q.   That it was discovered that your mom had
23  died?
24  A.   Yes.
25  Q.   Do you remember that previous Sunday

Page 31

1   that she was feeling bad?
2   A.   She was sick all weekend, yes.
3   Q.   You remember that?
4   A.   Yes.
5   Q.   That's not something you just got from
6   the report?
7   A.   No.
8   Q.   You have a memory of that?
9   A.   Yes.
10  Q.   What else do you remember about her
11  being ill over the weekend?
12  A.   Just like I said, carrying around
13  tissues.  Having sniffles.  Runny nose.
14  Q.   Okay.  Did she spend most of that time
15  in bed?
16  A.   Yes.
17  Q.   Upstairs?
18  A.   Yes.
19  Q.   Was she up and around at all during the
20  weekend?
21  A.   I don't remember.  No.
22  Q.   According to Officer Baird, says this:
23  I informed Logan that I wanted to ask him a
24  strange question.  I asked Logan if his mom and
25  dad had argued on Monday night.  Logan said no.

Page 32

1   Do you have a memory of that?
2   A.   No.
3   Q.   So, you have no memory of whether they
4   did or did not argue on Monday night?
5   A.   I just don't know.
6   Q.   Okay.  I asked Logan if he had anything
7   else to tell me and Logan replied she had a sore
8   throat.  Do you remember your mom having a sore
9   throat?
10  A.   It was 12 years ago, so, no.  Minor
11  details, I don't remember.
12  Q.   Okay.  And again, you don't have any
13  reason to believe that anything on here is
14  inaccurate, correct?
15  A.   No.
16  Q.   You have no reason to believe that
17  Officer Baird wrote down accurately -- accurately
18  wrote down in his report what you told him?
19  A.   That's exactly what I told him.
20  Q.   Okay.  I assume you don't have a memory
21  of the discussion?  We already talked about that.
22  A.   No.
23  Q.   But you have no reason to believe that
24  he wrote down something incorrectly?
25  A.   Nope.

Page 33

1  Q.   Okay.  Do you have any other memories of
2  the night before, other than what we've just
3  discussed?
4  A.   Just basketball.
5  Q.   What time would you have gotten back
6  from basketball practice on that Monday night?
7  A.   I don't know.
8  Q.   Do you have any memory, any other
9  memory, other than what we discussed, of the
10 morning that it was discovered your mom had died?
11 A.   Nope.  Just her sitting on the steps and
12 me asking if I could stay home with her.
13 Q.   That's basically all you remember?
14 A.   Yes.
15 Q.   Okay.  So, do you remember going off to
16 school that day?
17 A.   Yes.
18 Q.   How did you find out that your mother
19 had died?
20 A.   I got called down to the office.  My
21 teacher told me to go down to the office.  Went to
22 the principal's office.  My dad was sitting there.
23 And he sat us down, me and Lincoln, and he told us
24 that our mom had died.
25 Q.   Was he alone?

Page 34

1  A.   The principal was there.
2  Q.   Anybody else?
3  A.   Not that I remember.  No.
4  Q.   Can you remember anything else your dad
5  saying?
6  A.   No.  He told us that.  We cried.
7  Q.   What happened then?
8  A.   Cried for a good bit.  And then he took
9  us to Marty's house.
10 Q.   And Marty is whom?
11 A.   My grandma.
12 Q.   And that is your mother's -- Cory
13 Lovelace's mother?
14 A.   Yes.
15 Q.   So, who did he take there?
16 A.   Me and Lincoln from Madison when he told
17 us that.  But, then turned out Larson was there
18 and Lyndsay was there.
19 Q.   They were already there?
20 A.   Yes.
21 Q.   At Marty's?
22 A.   Yes.
23 Q.   Okay.  So, when you and Lincoln were
24 brought there, Larson and Lyndsay were already
25 there?

Page 35

1  A.   Yes.
2  Q.   At her house?  Okay.  Do you recall any
3  conversation between your father and Marty or
4  anybody else there when you arrived?
5  A.   Nope.
6  Q.   So how long did you stay at Marty's?
7  A.   Probably a short amount of time 'cuz I
8  went back to school.
9  Q.   You went back to school that day?
10 A.   Yes.
11 Q.   How did you get back there?
12 A.   I'm guessing my dad took me.
13 Q.   So, your dad stayed with you at Marty's
14 for whatever amount of time it was you were there?
15 And then took you back?
16 A.   I asked to go back.
17 Q.   Okay.  Did your dad leave and come back
18 to get you or was he there?
19 A.   What do you mean?
20 Q.   Did he stay there with you at Marty's
21 the entire time you were there before you went
22 back to school?
23 A.   Yes.
24 Q.   Okay.  Anybody else go back to school
25 with you?

Page 36

1  A.   Not that I know of.  No.  I think it was
2  only me.
3  Q.   So you finished the school day?
4  A.   Yes.
5  Q.   What other memory do you have of any of
6  the events between that time and when the police
7  interviewed -- Officer Baird interviewed you?
8  A.   I don't really know.
9  Q.   None?  Did you ever have any discussions
10 with your father about why and how your mother
11 died?
12 A.   No.
13 Q.   What was your understanding of how and
14 why your mother died?
15     MS. THOMPSON:  Object to form as to time
16 frame.  You can answer the question.
17 A.   Repeat the question, please.
18 Q.   Yeah.  I mean, you know that eventually
19 your father was charged with the murder obviously.
20 A.   Yes.
21 Q.   And you I assume do not believe that he
22 was guilty of that?
23 A.   Yes.
24 Q.   Okay.  What has been your understanding
25 of your mother's cause of her death?

Page 37

1  MS. THOMPSON: Same objection. You can
2  answer.
3  A.  The understanding that I have is she
4  drank a lot, and so her being sick and just stuff
5  like that.
6  Q.  So some natural cause?
7  A.  Yes.
8  Q.  Resulting from too much alcohol and
9  being sick?
10  A.  Yes.
11  Q.  And where did you derive that
12  understanding from?
13  A.  I mean, as a kid, you know when people
14  act strange. So my mom would always act strange
15  when she drank. I knew she drank wine. And then
16  her being sick on top of it was not good.
17  Q.  So, you just assumed that from those
18  two --
19  A.  Yes.
20  Q.  -- pieces of knowledge that you had?
21  A.  Yes, that was my understanding of why
22  she died.
23  Q.  Nobody ever told you this was the cause
24  of death?
25  A.  No.

Page 38

1  Q.  You never asked anybody?
2  A.  No.
3  Q.  Do you keep in touch with Lyndsay?
4  A.  No.
5  Q.  Do you know where Lyndsay lives?
6  A.  I do not know.
7  Q.  When is the last time you've talked to
8  her?
9  A.  The day my dad got arrested.
10  Q.  The day he got arrested?
11  A.  Yes.
12  Q.  Where was she at the time?
13  A.  Still in Iowa.
14  Q.  She was at school?
15  A.  Yes.
16  Q.  And how did you talk to her?
17  A.  Over my phone.
18  Q.  What did you say to her and what did she
19  say to you?
20  A.  I said, did you hear the news. And she
21  said yes.
22  Q.  And what else?
23  A.  Asking if she was okay. That's about
24  it.
25  Q.  Did she say how she found out?

Page 39

1  A.  No.
2  Q.  Did you have a regular brother sister
3  relationship with Lyndsay at that time?
4  A.  Not really, just because she was living
5  with my grandma, and I was living with my dad.
6  Q.  And at that time you were living with
7  your dad and Christene?
8  A.  Yes.
9  Q.  And Christene is your adoptive mother?
10  A.  Yes.
11  Q.  So that's the last time you've spoken to
12  Lyndsay?
13  A.  Yes.
14  Q.  And why is that?
15  A.  I mean, she had a different perspective
16  of what had gone on in the case.
17  Q.  And that's created a division between
18  the two of you?
19  A.  Yes.
20  Q.  Let me call your attention to the day
21  that you were interviewed by Detective Gibson.
22  Okay?
23  A.  Yes.
24  MS. THOMPSON: Do you need a break? Are
25  you okay to keep going?

Page 40

1  A.  I'm good.
2  Q.  And you said that you have, as with the
3  other events, you have a general memory of the
4  day, but not every minor detail?
5  A.  Yes.
6  Q.  Okay. Where were you attending school
7  at that time?
8  A.  Quincy Senior High School.
9  Q.  And what grade were you in?
10  A.  I was a senior.
11  Q.  And was Lincoln also a student there at
12  the time?
13  A.  Yes.
14  Q.  What was he? A junior?
15  A.  He was a sophomore.
16  Q.  He's two years behind you?
17  A.  Yes.
18  Q.  And Larson was in junior high?
19  A.  Yes.
20  Q.  And as we discussed, Lyndsay was away at
21  college?
22  A.  Yes.
23  Q.  So, were you summoned out of class to go
24  give the interview?
25  A.  Yes.

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

Page 41

1  Q.   And how were you summoned?
2  A.   **Somebody called my teacher and I was**
3  **told to go down to my coach's office.**
4  Q.   Do you remember what class you were in?
5  What period?
6  A.   **I think it was 6th period.**
7  Q.   What class was that?
8  A.   **I don't remember.**
9  Q.   Do you remember who the teacher was?
10 A.   **I do not, no.**
11 Q.   How was the call?  The call was sent to
12 your teacher?
13 A.   **Yes.**
14 Q.   And how did your teacher get that?
15 Would it have been on a cell phone?
16 A.   **No, just the class phone.**
17 Q.   Class phone?  And do you know who called
18 her?
19 A.   **I do not know.**
20 Q.   Well, I'm saying her; do we know if it
21 was a woman or man?
22 A.   **I don't know.**
23 Q.   Okay.  But, this teacher told you to go
24 down to your coach's office?
25 A.   **Yes.**

Page 42

1  Q.   And what did you do?
2  A.   **I went down to my coach's office.**
3  Q.   And is this your football coach?
4  A.   **Yes.**
5  Q.   What happened when you got there?
6  A.   **He was sitting there.  He had no idea I**
7  **was there.  And I just sat there.**
8  Q.   Who was the coach?
9  A.   **Coach Little.**
10 Q.   Coach little?  What is his first name?
11 A.   **Rick.**
12 Q.   And he was the head football coach?
13 A.   **Yes.**
14 Q.   Was he also a PE teacher?
15 A.   **No, he's a dean.**
16 Q.   So, would this be the dean's office or
17 would it be a different place?
18 A.   **I was in my coach's office, which he's a**
19 **dean.**
20 Q.   So, it's the dean's office?
21 A.   **Yes.**
22 Q.   It's not an athletic office?
23 A.   **No.**
24 Q.   And was he there at the time?
25 A.   **Yes.**

Page 43

1  Q.   So, was anybody else there?
2  A.   **No.**
3  Q.   So you walked in to his office?
4  A.   **Yes.**
5  Q.   And what did he say to you, what did you
6  say to him?
7  A.   **He had no idea why I was there.  And so**
8  **I sat there.**
9  Q.   Did he say that?  Why are you here?
10 A.   **Yeah.**
11 Q.   What did you say?
12 A.   **I said, I don't know.**
13 Q.   What happened then?
14 A.   **After a little time passed the school**
15 **resource officer came in, and told me there would**
16 **be somebody down to question me.**
17 Q.   And by school resource officer, are you
18 talking about a police officer?
19 A.   **Yes.**
20 Q.   And this is somebody who's assigned to
21 high school from the police department?
22 A.   **Yes.**
23 Q.   Do you know who that was?
24 A.   **I do not, no.**
25 Q.   Did you know who that was at the time?

Page 44

1  A.   **Yes.**
2  Q.   And did this officer say anything else
3  to you besides what you just said?
4  A.   **Nope.**
5  Q.   So, how long had you been sitting in the
6  dean's office before the school resource officer
7  came to say that to you?
8  A.   **Probably about an hour.**
9  Q.   What happened then?
10 A.   **From there, he came in.  I sat in the**
11 **office for probably a good three hours.  He came**
12 **in.  And then told me that we would go down to the**
13 **police station.**
14 Q.   So, let me understand this.  You stayed
15 in the dean's office for three hours waiting for
16 somebody to come talk to you?
17 A.   **Yes.**
18 Q.   And after about three hours, the
19 resource officer came back, same person?
20 A.   **Yes.**
21 Q.   Came back to tell you that you had to go
22 to the police station?
23 A.   **Yes.**
24 Q.   All right.  Did anybody up to this point
25 tell you why you were going to be asked questions?

Page 45

1   A.   No.
2   Q.   Did you ask anybody?
3   A.   No.
4   Q.   Why not?
5   A.   'Cuz, I mean, it's not really my
6   business to ask.  I'm just going to wait until --
7   I mean, I'm a kid.  So, I don't know what's going
8   on, so I'm not going to question authority.
9   Q.   What was going through your mind?
10  A.   I honestly had no idea why I was there.
11  Q.   You had no idea?
12  A.   No.
13  Q.   And was the dean, your coach, in that
14  office the entire time you were there?
15  A.   No.
16  Q.   How long was the dean in the office with
17  you?
18  A.   I don't remember.
19  Q.   Now, you had a good relationship with
20  your coach?
21  A.   Yes.
22  Q.   Did you ask him at all if you could find
23  out why you were being held?
24  A.   No.
25  Q.   Did you have a cell phone on you?

Page 47

1   Q.   But you were there for three hours?
2   A.   Yes.
3   Q.   And you didn't call anybody?
4   A.   No.
5   Q.   How did you normally get to high school
6   and back?
7   A.   My friend or my mom took me a lot too.
8   Q.   Your mom, Christene?
9   A.   Yes.
10  Q.   Were you driving at the time?
11  A.   No.
12  Q.   Did you have a driver's license?
13  A.   I do, yes.
14  Q.   Did you at the time?
15  A.   Yes.
16  Q.   But you would get a ride from people?
17  A.   Yes.
18  Q.   How were you planning to get home this
19  day?
20  A.   I was going to walk.  I usually walked
21  home.
22  Q.   How far did you live from the high
23  school?
24  A.   Probably about a mile and a half.
25  Q.   Okay.  So you often walked?

Page 46

1   A.   I did, yes.
2   Q.   What's your cell phone number at the
3   time, do you know?
4   A.   I don't remember.  No.
5   Q.   Do you still have a cell phone?
6   A.   Yes.
7   Q.   Different one though?
8   A.   Yes.
9   Q.   When did you get a new one?
10  A.   Probably a week, the weekend I got pack
11  from deployment.
12  Q.   So, you don't remember your cell phone
13  at that time?
14  A.   My cell phone number, no.
15  Q.   Do you remember who the provider was?
16  A.   No.
17  Q.   So you had a cell phone; did you call
18  anybody to tell them that you were being kept in
19  the office until somebody could come talk to you?
20  A.   No.
21  Q.   Why not?
22  A.   'Cuz you're not supposed to use your
23  phone during school.  The only time you can use is
24  during passing period, and I wasn't in passing
25  period.

Page 48

1   A.   Yes.
2   Q.   Did you have football practice that day?
3   A.   Yes.
4   Q.   And how long did your football, when did
5   your football practice generally end?
6   A.   Around 5:00, 5:30.
7   Q.   When did classes end?
8   A.   2:25.
9   Q.   So did you typically go straight to
10  football practice?
11  A.   Yes.
12  Q.   So, sixth period would be what?  When
13  to when?
14  A.   Around noon.
15  Q.   Okay.  And so if you're sitting in the
16  dean's office for three hours, it's probably 3
17  o'clock when somebody comes to tell you that --
18  when the resource officer comes to tell you that
19  you're going to the station?
20  A.   Yep.
21  Q.   Okay.  So what happened then?
22  A.   Got taken down to the police station by
23  the school resource officer.  And then I got --
24  when I got to the police station, I was put in a
25  separate room from my brother.

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

Page 49

1   Q.   So, during the drive to the police
2   station did you and the resource officer have any
3   conversation?
4   **A.   I don't remember.  I think I was quiet**
5   **because I didn't know what was going on.**
6   Q.   Did he say anything to you?
7   **A.   I don't remember.**
8   Q.   Did you hear him say anything to anybody
9   else, like over the radio or any other way?
10  **A.   No.**
11  Q.   When you got to the station, you were
12  put into a room?
13  **A.   Yes.**
14  Q.   With your brother?
15  **A.   No.  Separate.  I was isolated.**
16  Q.   You were in your own room?
17  **A.   Yes.**
18  Q.   Tell me what the room looked like?
19  **A.   I mean, just a square, with a chair.**
20  Q.   And a table?
21  **A.   Yeah.**
22  Q.   And there was nobody in it?
23  **A.   No.**
24  Q.   All right.  So, did the resource officer
25  take you to that room?

Page 50

1   **A.   Yes.**
2   Q.   Okay.  How long were you in there before
3   something else happened?
4   **A.   Not very long, 'cuz that's when the -- I**
5   **got pulled out to be questioned.**
6   Q.   Okay.  And now what do you mean by
7   pulled out to be questioned?  What happened?
8   **A.   I mean, whoever the detectives were came**
9   **in and said hey, can we ask you questions.  And I**
10  **went to the interview room.**
11  Q.   Okay.  So, you now know who Detective
12  Adam Gibson is?
13  **A.   Yes.**
14  Q.   Did you know him at the time?
15  **A.   I did not, no.**
16  Q.   Was it Gibson who came to the room you
17  were in?
18  **A.   Yes.**
19  Q.   To get you?
20  **A.   Yes.**
21  Q.   Was anybody with him?
22  **A.   Lady with blonde hair.  I don't know her**
23  **name.**
24  Q.   Was she with him when he came to the
25  room to get you?

Page 51

1   **A.   I don't remember.**
2   Q.   But then you were taken to an interview
3   room?
4   **A.   Yes.**
5   Q.   And that's where the blonde lady was
6   also?
7   **A.   Yes.**
8   Q.   Was there any conversation before --
9   between you and Officer Gibson or the blonde woman
10  before you got to the interview room?
11  **A.   Not that I know of, no.**
12  Q.   What happened in the interview room?
13  **A.   He asked me to answer questions about my**
14  **mom's death in 2006?**
15  Q.   And we have talked about you read the
16  interview?
17  **A.   Yes.**
18  Q.   And in your view, everything you said
19  was accurate?
20  **A.   Yes.**
21  Q.   How were you feeling at that time?
22  **A.   I still had no idea what was going on.**
23  Q.   So you were confused?
24  **A.   Yes.**
25  Q.   Anything else?  Any other feelings at

Page 52

1   the time?
2   **A.   No.  Just confused.**
3   Q.   Were you scared?
4   **A.   I mean, yeah.  I mean, I'm around cops.**
5   **Like, I don't -- like, you know, kids don't like**
6   **authority.  Or at least cops; I don't.  But --**
7   Q.   Did you think you were in trouble at any
8   time?
9   **A.   I mean, I was confused, so I had no idea**
10  **what was going on.**
11  Q.   I know, but did you think that you might
12  be in trouble?
13  **A.   That never really crossed my mind, no.**
14  Q.   So, how long were you in there, in the
15  room, being interviewed by Officer Gibson and this
16  other officer?
17  **A.   I don't know the time frame.**
18  Q.   What's your best memory?
19  **A.   Probably about a half hour.**
20  Q.   Were you afraid when you were in there
21  being interviewed?
22  **A.   I mean, I was answering their questions.**
23  Q.   But were you afraid?
24  **A.   Well, yeah.  Yes.**
25  Q.   What were you afraid of?

Page 53

1   A.   Just I mean -- I didn't know why I was
2   there.  So -- that was basically it.  The basic
3   line.  I just didn't know why I was there.
4   Q.   Did they mistreat you in any way, in the
5   sense of use bad language or scare you?  That you
6   were going to be injured or anything like that?
7   A.   No.
8   Q.   So you're about half an hour in the
9   room.
10  A.   That's a good guess, yes.
11  Q.   And then what?
12  A.   I got put back in my own room.  And then
13  soon after I got put with Larson.
14  Q.   You were taken back to the room you were
15  taken out of?
16  A.   Yes.
17  Q.   And who brought you back to that room?
18  A.   I don't remember.
19  Q.   And then you were taken to a different
20  room?
21  A.   Yes.
22  Q.   And who was in that room?
23  A.   Larson.
24  Q.   Just Larson?
25  A.   Yes.

Page 54

1   Q.   Do you know who took you from that, from
2   the one room to the room where Larson was?
3   A.   No.
4   Q.   Did you have any conversation with that
5   person?
6   A.   Not that I know of.  No.
7   Q.   What happened when you got to the room
8   where Larson was?
9   A.   We just kind of sat there and didn't
10  know where Lincoln was.  And I knew he was with
11  me.  So, had no idea where he was.  And then I
12  just sat in that room with Larson.
13  Q.   So, you say when Lincoln was with you,
14  what do you mean?
15  A.   Well, he rode to the police station with
16  me.
17  Q.   He did?
18  A.   Yes.
19  Q.   Was he in the dean's office with you?
20  A.   No, he was in another room.
21  Q.   At the school?
22  A.   At the school.  Yes.
23  Q.   What room was he in?
24  A.   The room right next to mine.
25  Q.   How do you know that?

Page 55

1   A.   Well, when we got taken out to go to the
2   police station, that's where we intersected.  I
3   had no idea he was there.
4   Q.   So, the two of you rode down with the
5   resource officer together?
6   A.   Yes.
7   Q.   Did the two of you talk at all during
8   that ride?
9   A.   No.
10  Q.   All right.  So you and Larson end up in
11  the same room after the interview, but Lincoln is
12  not there?
13  A.   Yes.
14  Q.   And what happened next?
15  A.   Lincoln came back.  And Larson went out.
16  Q.   And do you know who took Lincoln out and
17  brought Larson back?
18  A.   No.
19  Q.   Did you and Larson have any conversation
20  in the room while you were there?
21  A.   Not that I remember.  No.
22  Q.   Did you and Lincoln have any
23  conversation in the room while you were there?
24  A.   Not that I remember.  No.
25  Q.   What happened next?

Page 56

1   A.   Larson came back, and then I think we
2   stayed in the room for a little bit.  And that's
3   when my mom, Christene, came to the police
4   station.  I was in the front lobby, or I didn't
5   know where I was.  I think it was the front lobby.
6   And she was kind of -- we were kind of put in a
7   room with Maureen Crickard and George Crickard and
8   my mom came up and started hugging us.  She was
9   crying.
10  Q.   So, you were taken to a different room?
11  A.   Yes.
12  Q.   And that's where the Crickards were?
13  A.   Yes.
14  Q.   And your mother then came in there
15  after?
16  A.   Yes.
17  Q.   And tell me what was being discussed
18  between all of you?
19  A.   I mean, everyone is crying.  I still had
20  no idea what was going on.  So, I don't know why
21  we were crying.  But --
22  Q.   So, what happened next?
23  A.   That's when Detective Gibson came in and
24  said hey, I have to tell you that your father has
25  been arrested for first degree murder.

Page 57

1  Q.   And was there any other discussion?
2  A.   **He kind of just walked off after that.**
3  Q.   Did anybody say anything to Detective
4  Gibson after he announced the arrest?
5  A.   **My mom is askin' him if -- why he had to**
6  **tell us that right now.  He said I had to.**
7  Q.   Anything else discussed?
8  A.   **No.  Just a lot of crying.**
9  Q.   Where did you go from there?
10  A.   **I hopped in George Crickard and Maureen**
11  **Crickard's van.  Rode to their house.  And then**
12  **from there, I asked to go to football practice so**
13  **I didn't miss football practice.**
14  Q.   Okay.  How long did you stay at the
15  Crickards?
16  A.   **I don't remember.**
17  Q.   When you came home from football
18  practice, did you go home?
19  A.   **I went to the Crickards house again.**
20  Q.   Was there any discussion there about any
21  of the events that had taken place that day?
22  A.   **No.**
23  Q.   Did you have any inkling or any
24  understanding at all before that day that your
25  father was under investigation?

Page 58

1  A.   **No.**
2  Q.   When is the next time you saw your
3  father?
4  A.   **I don't remember when I visited him, but**
5  **I visited him.**
6  Q.   At the jail?
7  A.   **Yes.**
8  Q.   The Hancock County jail?
9  A.   **Yes.**
10  Q.   Did you visit him weekly?
11  A.   **As much as I could, yes.**
12  Q.   Were you allowed only a certain day a
13  week or something?
14  A.   **Wednesday.**
15  Q.   So did you go every Wednesday?
16  A.   **I tried, yes.**
17  Q.   You attended the trial?
18  A.   **Yes.**
19  Q.   Obviously you testified at the trial?
20  A.   **Yes.**
21  Q.   Did you sit in during the trial when you
22  weren't testifying?
23  A.   **No.**
24  Q.   Did you go to the courthouse and sit
25  outside of the court?

Page 59

1  A.   **No.**
2  Q.   You were only there when you testified?
3  A.   **Yes.**
4  Q.   And I think you said that you had not
5  been interviewed by any of the prosecutors?
6  A.   **No.**
7  Q.   So, when you were called to testify you
8  were just ushered into the courtroom and asked
9  questions?
10  A.   **Yes.  And then I sat down next to my mom**
11  **after that.**
12  Q.   Okay.  And did you stay, did you watch
13  the rest of the trial with her?
14  A.   **Yes.**
15  Q.   So once you testified, then you sat in
16  on the rest of it?
17  A.   **Yes.**
18  Q.   Okay.  What is your full name?
19  A.   **Logan Tyson Lovelace.**
20  Q.   So Tyson is your middle name?
21  A.   **Yes.**
22  Q.   And was that always your middle name?
23  A.   **No.**
24  Q.   What was your middle name before?
25  A.   **Didrik.**

Page 60

1  Q.   Didrik?
2  A.   **Yes.  D-I-D-R-I-K.**
3  Q.   And when was that changed to Tyson?
4  A.   **When I got adopted by my mom.**
5  Q.   Do you know why it was changed?
6  A.   **Because I wanted it to.**
7  Q.   You did?
8  A.   **Yes.**
9  Q.   Why did you want it changed?
10  A.   **Something cool.  It was my dad's middle**
11  **name.**
12  Q.   Tyson is your dad's middle name?
13  A.   **Yes.**
14  Q.   And was Didrik, is that any relationship
15  to -- do you know where that came from?
16  A.   **No.**
17  Q.   So, you have answered questions that
18  we've sent to your lawyers regarding the case.
19  And have you seen the answers that have been sent
20  back to us in response?
21  A.   **No.**
22  Q.   You have not?
23  A.   **No.**
24  Q.   And how old are you now?
25  A.   **21.**

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

Page 61

1  Q.  What's your date of birth?
2  A.  05/07/1997.
3  Q.  So, we asked this question, and this
4  answer has been provided to us.
5       So the question, state all injuries you
6  claim to have suffered as a result of any of the
7  occurrences alleged in the complaint, including
8  any physical, psychological, emotional or mental
9  injury.  That's the question.
10      The answer that's been provided to us
11  is, Plaintiff answers that as a result of the
12  events detailed in his complaint he suffered
13  severe emotional harm, including stress, anxiety,
14  fear, loneliness and other emotional harm.
15  Investigation continues.
16      You have not seen that answer?
17  A.  I have, yes.  Actually.
18  Q.  Well, you just said you didn't?
19  A.  Yes.  I didn't know what you were
20  talking about.
21  Q.  Is that a true answer?
22  A.  Yes.
23  Q.  And when you say investigation
24  continues, what investigation have you done since
25  then?  What continuing investigation have you

Page 62

1  done?
2       MS. THOMPSON:  You can answer that
3  question without referencing any communications
4  you and I have had, if you can.
5  A.  I don't understand what you're trying to
6  ask.
7  Q.  The answer is, Plaintiff answers that as
8  a result of the events detailed in his complaint,
9  he suffered severe emotional harm, including
10  stress, anxiety, fear, loneliness and other
11  emotional harm.  Investigation continues.
12      What continuing investigation have you
13  done in order to answer the question?
14  A.  I don't know how to answer that
15  question.
16  Q.  Well, you can't ask your lawyer for the
17  answer.  So you haven't done anything?
18  A.  I mean --
19      MS. THOMPSON:  Object to form.  You can
20  answer the question.
21  A.  I don't know.
22  Q.  Is this answer correct?
23  A.  Yes.
24  Q.  So, what severe emotional harm have you
25  suffered?  Describe what you mean by that?

Page 63

1  A.  The emotional harm is I've been angry at
2  the fact that you put me in -- that they put me in
3  a situation where I felt like I had no control or
4  had a right to do anything.
5  Q.  And what situation are you referring to?
6  A.  Me being detained.
7  Q.  When you were taken to the school?
8  A.  Yes.
9  Q.  Were you taken to the school against
10  your will?
11      MR. HANSEN:  You said the school.
12  Q.  I'm sorry; taken from the school to the
13  station against your will?
14  A.  I wasn't given an option.
15  Q.  Did you ever -- how old were you?
16  A.  Seventeen.
17  Q.  Did you ever say, I don't want to go
18  with you?
19  A.  No.
20  Q.  Why not?
21  A.  That's authority.  I'm not going to
22  question authority.
23  Q.  So the situation you're talking about
24  that's made you angry is that you were taken from
25  the school to the police station?

Page 64

1  A.  Yes.
2  Q.  Okay.  So you were angry at the time?
3  A.  Yes.
4  Q.  You still angry?
5  A.  I mean, they kind of violated my rights.
6  Not telling me what I could do, what I can't do.
7  Q.  So you're angry that you weren't told
8  what your rights might be in this situation?
9  A.  Yes.
10  Q.  What else you angry about?
11  A.  I mean, I was angry that I found out
12  that my dad had been arrested for first degree
13  murder.  And the fact that they didn't tell me
14  until after the fact I got questioned.  They
15  didn't tell me during.
16  Q.  You also talk about stress, anxiety,
17  fear, loneliness.  And other emotional harm.  So
18  let's talk about each one of those.  When you say
19  stress, what are you referring to?
20  A.  The fact that I had to deal with
21  everything that me and my family had to deal with
22  for three years.
23  Q.  Because of the prosecution?
24  A.  Yes.
25  Q.  Okay.  And when you say you felt stress,

Page 65

1  how did that feel?  How can you describe what that
2  felt like to you?
3  **A.   I mean, just having a constant burden on**
4  **my back, knowing that -- I didn't know what was**
5  **going to happen.  So, that put me in a state of**
6  **mind where I'm unsecure and all that.**
7  Q.   Unsecure because your father might be
8  found guilty?
9  **A.   Yes.**
10  Q.   What about anxiety?  What are you
11  referring to or -- what do you mean when you
12  answer that anxiety is one of the injuries you've
13  suffered?
14  **A.   Basically meaning like anywhere I go**
15  **throughout Quincy, I mean people are always**
16  **looking at us.  That gives me like a high**
17  **attentive like -- I don't like being in situations**
18  **like that any more.**
19  Q.   And is that because of the prosecution?
20  **A.   Yes.**
21  Q.   And when you say fear, what are you
22  afraid of?
23  **A.   The fear of losing my dad.**
24  Q.   During the time?
25  **A.   Yes.  And I mean -- yeah.**

Page 66

1  Q.   So that's not an ongoing fear?  That was
2  a fear that you were experiencing while the trials
3  were going on?
4  **A.   Yeah.**
5  Q.   When you say loneliness, what do you
6  mean by that?
7  **A.   I kind of felt secluded throughout**
8  **school because I lost a couple friends.  So, I**
9  **kind of felt alone.**
10  Q.   Because of the prosecution?
11  **A.   Yes.**
12  Q.   Have you had any kind of treatment from
13  a counselor or therapist or anybody for any of
14  these emotional issues that you have discussed?
15  **A.   No.**
16  Q.   Why not?
17  **A.   In the military, I mean, your chain of**
18  **command takes when you go visit counselors.  So,**
19  **it ends up on your resume and it kind of blocks**
20  **you from schools.**
21  Q.   So there's a stigma attached to it?
22  **A.   Yes.**
23  Q.   Has any of these injuries that you're
24  talking about negatively affected your performance
25  or your advancement in the military?

Page 67

1  **A.   I was down for a while.  I mean --**
2  Q.   What does that mean?
3  **A.   Basically, I wasn't able to perform my**
4  **duties sometimes in the military because I had to**
5  **be kind of left alone.**
6  Q.   Why?
7  **A.   Because I was still angry at the fact**
8  **that my family and I were still going through**
9  **this.**
10  Q.   During the trials?
11  **A.   And continuing.  We're still here.  I'm**
12  **here.  So --**
13  Q.   So tell me how that's interfered with
14  some of the duties you've had to --
15  **A.   I'm not able to focus on my job.  I have**
16  **constant things running in the back of my mind.**
17  Q.   How has that interfered with some of
18  your duties?
19  **A.   I'm unable to complete the task.**
20  Q.   Like what?
21  **A.   Whatever task I'm given; that may --**
22  **basically what I'm saying is I'm in charge of**
23  **soldiers, and I'm not able to satisfy their need**
24  **because I have something in the back of my mind,**
25  **and don't want to be like bothered.**

Page 68

1  Q.   Have you been disciplined at all for not
2  performing your duties properly in the military?
3  **A.   Yes.**
4  Q.   You have been?
5  **A.   Yes.**
6  Q.   What were you disciplined for doing?
7  **A.   Just, I mean, not getting things done on**
8  **time.**
9  Q.   You haven't been brought up on any
10  charges or anything?
11  **A.   No.**
12  Q.   What kind of discipline has been given
13  to you?
14  **A.   Maybe physical.  Smoking; stuff like**
15  **that.**
16  Q.   What do you mean?
17  **A.   Like push ups.  Corrective training.**
18  Q.   And you're blaming that on these
19  emotional issues that you've identified here in
20  your answers?
21  **A.   Yes.  I've had to seclude myself from my**
22  **job to deal with this.**
23  Q.   Have you had any jobs other than
24  military?
25  **A.   Besides that, lifeguard.**

Page 69

1    Q.    That's it?
2    A.    Yep.
3    Q.    When you went in, what was your first
4    rank?
5    A.    PV 2.
6    Q.    And what would be below that, PV 1?
7    A.    Just private.  Yes.
8    Q.    So how did you go in at above entry
9    level rank?
10   A.    I completed courses for the military
11   before I joined.
12   Q.    In high school?
13   A.    Yes.
14   Q.    And you said now you're a specialist.
15   A.    Yes.
16   Q.    And how does that relate to PV 2?
17   A.    What do you mean?
18   Q.    Is that one rank higher or is it several
19   ranks higher?
20   A.    Two ranks higher.
21   Q.    What's the next rank up?
22   A.    Sergeant.
23   Q.    You in line for that?
24   A.    Yes.  Next month on the 1st.
25   Q.    You're going to be promoted?

Page 70

1    A.    Yes.
2    Q.    So you will become a sergeant when?
3    A.    August 1st.
4    Q.    August 1st.  How is that going to affect
5    your assignments?
6    A.    Just more responsibility.
7    Q.    And how did the promotion come about?
8    A.    On deployment I went to a promotion
9    board.
10   Q.    Is there a testing for that?
11   A.    It's a memorization; memorizing your
12   job.
13   Q.    And then what?  Are you put on a list
14   for promotion?
15   A.    You have to go to a school, which I just
16   completed right before I came here.  And then once
17   you pass that school you're on a list, like the
18   following week.
19   Q.    And then does it depend on openings or
20   are you automatically put --
21   A.    Automatic.
22   Q.    So, next step would be lieutenant?
23   A.    No.
24   Q.    What's next step?
25   A.    Staff sergeant.

Page 71

1    Q.    And are you pursuing that?
2    A.    I will.  Yes.
3    Q.    What's the process for that?
4    A.    There's a school I have to complete.
5    There's a promotion board I have to go to.  And
6    SSD 2.
7    Q.    What's SSD 2?
8    A.    It's an on-line course that you have to
9    complete, kind of understanding what a staff
10   sergeant does throughout the Army.
11   Q.    Okay.  Do you have a girlfriend?
12   A.    No.
13   Q.    Have you dated?
14   A.    Yes.
15   Q.    And have you had a girlfriend?
16   A.    Yes.
17   Q.    So, the emotional issues that you've
18   discussed in these answers has not affected your
19   ability to have a relationship with a person of
20   the opposite sex?
21   A.    I mean, I'm going to date.  I'm a guy so
22   --
23   Q.    It hasn't gotten in the way, that's my
24   question?
25   A.    I mean, yeah.

Page 72

1    Q.    And you have friends?
2    A.    Yes.
3    Q.    You have friends in the military?
4    A.    Yes.
5    Q.    You have friends outside the military?
6    A.    Yes.
7    Q.    You're able to maintain friendships and
8    relationships with your friends?
9    A.    Not really.
10   Q.    Why not?
11   A.    The friends outside the military, they
12   live in Quincy.  And I don't go to Quincy any
13   more.  So I'm not really able to spend time with
14   them.
15   Q.    And you don't go to Quincy why?
16   A.    It's kind of -- safety.
17   Q.    What do you mean?
18   A.    Almost feel like I'm targeted in Quincy.
19   Q.    Targeted how?
20   A.    I mean, every time I go, people look at
21   us.  I'm assuming they judge us, saying, you know,
22   how did he get away with this?  Look at his
23   family.  They're all happy.  People just want us
24   to be sad and so --
25   Q.    So, you're saying that there's a, as far

Page 73

1  as you know, or you feel, there is a general sense
2  in Quincy that your father was guilty?
3     **A.   I would say there was some people that**
4  **still think my dad is guilty.  Yes.  But there's**
5  **also some people that support us.  So --**
6     Q.   So, it's not everybody in Quincy that
7  you want to avoid?
8     **A.   No.**
9     Q.   Do you ever go back to Quincy?
10    **A.   I mean, we went to go visit my grandma.**
11 **But that's -- that's the only time I've been back**
12 **in the last two years.**
13    Q.   Do you have any friends left in Quincy?
14    **A.   Yes.**
15    Q.   You don't keep in touch with them?
16    **A.   I do keep in touch with them.  I was**
17 **supposed to go to a wedding.  But again, I don't**
18 **travel to Quincy, so I wasn't going to go.**
19    Q.   So, do you get this feeling that people
20 are judging you outside of Quincy?
21    **A.   I mean, the fact that people know my**
22 **name and have seen me on TV, yes.**
23    Q.   Does that affect you negatively in any
24 way?
25    **A.   It makes me feel uncomfortable.**

Page 74

1     Q.   Is there any other areas that you avoid
2  besides Quincy because of these feelings?
3     **A.   I try to stay just away from Quincy and**
4  **the surrounding areas because a lot of people know**
5  **my dad.  So -- they're going to know us.**
6     Q.   Do you belong to a church?
7     **A.   Yes.**
8     Q.   Which one?
9     **A.   We used to belong to -- well, I mean,**
10 **technically still associated with the St. John's**
11 **Lutheran church in Quincy.  But, I don't go.  I**
12 **just talk to Pastor Steve.**
13    Q.   Pastor Steve is the pastor at that
14 church?
15    **A.   Yes.**
16    Q.   You've been a member of that church for
17 some time?
18    **A.   Yeah.  When I was in high school, yes.**
19    Q.   Did you belong to any or participate in
20 any youth groups there?
21    **A.   No, 'cuz I was a high schooler, so I**
22 **didn't really.**
23    Q.   What about Bible studies?
24    **A.   No, I did not.**
25    Q.   Do you belong to any youth groups while

Page 75

1  you were living in Quincy?
2     **A.   No.**
3     Q.   And have you consulted with Pastor Steve
4  at all about these emotional problems that you've
5  identified?
6     **A.   Yes.**
7     Q.   You have?
8     **A.   Yes.**
9     Q.   Is this formally or informally?  How
10 have you gone about doing that?
11    **A.   Just kind of over the phone.  I've cried**
12 **in front of him.  I've told him my emotions.**
13    Q.   What made you cry?
14    **A.   The fact that I had to deal with this.**
15 **Nobody, not everyone deals with a father being put**
16 **on first degree murder.**
17    Q.   I understand.  But, that's what's made
18 you cry?
19    **A.   Yes.**
20    Q.   And that's what you talked to Pastor
21 Steve about?
22    **A.   Yes.**
23    Q.   Did you cry at all when you were at the
24 police station, taken to the police station in
25 August of 2014 when you were interviewed?

Page 76

1     **A.   No.**
2     Q.   Are there any other injuries or problems
3  that you've experienced or continue to experience
4  that we haven't asked you about?
5     **A.   No.  Just --**
6     Q.   Okay.  That's all I have.
7         MR. HANSEN: You want to take a five
8  minute stretch?
9         MS. THOMPSON: Let's take a break.
10        (A break was taken at 12:55 p.m.)
11        (Deposition resumed at 1:00 p.m.)
12            EXAMINATION BY
13            MR. HANSEN:
14    Q.   We've met before.  You remember the last
15 time we saw each other?
16    **A.   I do not, no.**
17    Q.   Do you remember when you were on leave
18 and came to the Quincy football game in Alton?
19    **A.   Yes.**
20    Q.   And you were in the military at that
21 time, right?
22    **A.   Yes.**
23    Q.   And I believe I saw you on the football
24 field that day?
25    **A.   Yes.**

Page 77

1   Q.   And were you at Fort Benning or Fort
2   Polk?
3   A.   Fort Polk.
4   Q.   Okay.  You knew in the fall of '14 after
5   your dad's arrest you were going to go in the
6   military, correct?
7   A.   Yes.
8   Q.   You made that decision?
9   A.   Yes.
10   Q.   And as such, you took some classes at
11   senior high to further that and go in as a PV 2?
12   A.   It was for the military.
13   Q.   Right.  So, to get those out of the way?
14   A.   Yes.
15   Q.   All right.  Now, you indicated that you
16   were on leave now for a couple weeks, right?
17   A.   Yes.
18   Q.   And you indicated you had gone back to
19   Quincy, I believe Larson testified, it may have
20   been last weekend, to see Christene's grandmother,
21   which would be your great grandmother?
22   A.   Yes.
23   Q.   And would that be the one and only time
24   you've been back to Quincy since when?
25   A.   For the past two years.

Page 78

1   Q.   Okay.  You obviously were at the Adams
2   County courthouse for the trial?
3   A.   Yes.
4   Q.   And when you came back for that, you
5   took some leave, correct?
6   A.   Yes.
7   Q.   And did you stay at the house on Main?
8   A.   Yes.
9   Q.   And you were there for the trial, and
10   then when that ended left and went back to Fort
11   Polk?
12   A.   Yes.
13   Q.   Now, in the military have you been
14   deployed?
15   A.   Yes.
16   Q.   Where?
17   A.   Iraq.
18   Q.   How many tours?
19   A.   Just one.
20   Q.   And you just recently told us you've
21   reenlisted to serve out through 2022, correct?
22   A.   Yes.
23   Q.   So, you were talking about the fact you
24   have not seen or talked to, I want to be clear on
25   that, to Lyndsay since the day you found out your

Page 79

1   dad was arrested?
2   A.   Yes.  Correct.
3   Q.   Would you agree with me that Lyndsay
4   wasn't living with you and your dad on that day
5   prior to you being called down to the police
6   station?
7   A.   Yes.
8   Q.   Okay.  And she at that point in time was
9   at the University of Iowa, correct?
10   A.   Yes.
11   Q.   Was she in her -- what year, do you
12   recall?
13   A.   I don't remember.
14   Q.   All right.  Would you agree with me that
15   Lyndsay moved out, though, prior to her going to
16   the University of Iowa?
17   A.   Yes.
18   Q.   Okay.  And was that as a result of the
19   Erika Gomez situation?
20   A.   Yes.
21   Q.   And would you agree with me that the
22   time in which your dad was married to Erika and
23   you were living under that roof, that house was
24   pretty chaotic?
25   A.   Yes.

Page 80

1   Q.   And troubled with Erika and the
2   relationship she had with you and your brothers?
3   A.   Yes.
4   Q.   And the reason Lyndsay moved out was
5   because of that?  Because of the way Erika treated
6   her as well?
7   A.   Yes.
8   Q.   So, do you recall, if your dad married
9   Erika in '08, did Lyndsay ever live with you all?
10   A.   For a short amount of time, yes.
11   Q.   So then she moved in with Marty?
12   A.   Yes.
13   Q.   All right.  Now, at the time your dad
14   was married to Erika, were you still in contact
15   with Marty Didriksen?
16   A.   Yes.
17   Q.   Were you still in contact with Terry and
18   Jan Lovelace?
19   A.   Yes.
20   Q.   At some point in time those relationship
21   have come to an end as well, correct?
22   A.   Yes.
23   Q.   Do you recall, let's talk about Marty.
24   Do you recall when it was your relationship with
25   her stopped?

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

---

Page 81

1  A.  I don't remember now.
2  Q.  Was it before your dad was arrested?
3  A.  I honestly don't remember.
4  Q.  Let me ask it this way, maybe this
5  helps.  Your senior year in high school, you're
6  playing football, do you recall Marty coming to
7  your games and you talking to her for any of them?
8  A.  Not that I remember now.
9  Q.  Okay.  What about Curt's parents?  Do
10  you recall when that communication with them ended
11  between you and them?
12  A.  It was after football season.
13  Q.  Okay.  Since you've been in the
14  military, have you had any communications with
15  Marty Didriksen or Terry or Jan Lovelace?
16  A.  No.
17  Q.  That's at least been through 2015?  That
18  puts us a time frame on it, correct?
19  A.  Yes.
20  Q.  All right.  And you've changed your
21  middle name.  Your middle name was short of
22  Didriksen, correct?
23  A.  That's correct, yes.
24  Q.  And part of the reason you changed your
25  middle name is because Christene didn't want you

---

Page 82

1  to have any association with Cory or your deceased
2  mother, is that true?
3  A.  That's not true.
4  Q.  Did she bring up the idea of changing
5  your middle name?
6  A.  She asked me if I wanted to, yes.
7  Q.  And after that is when you decided to do
8  it?
9  A.  Yes.
10  Q.  And that's when you decided to take
11  Tyson, which is your dad's middle name?
12  A.  Yes.
13  Q.  In fact, didn't Christene also approach
14  Lincoln about changing his middle name?
15  A.  Yes.
16  Q.  In fact, he changed his middle name,
17  didn't he?
18  A.  Yes.
19  Q.  And this has all occurred within, what,
20  the past two years?
21  A.  Probably three years now.
22  Q.  Okay.  And what was Lincoln's middle
23  name?
24  A.  Tolok.
25  Q.  Which was what?  That's a family

---

Page 83

1  connection to the Didriksen?
2  A.  I honestly have no idea.
3  Q.  Now, did you get asked, do you know
4  where Lyndsay is?
5  A.  I got asked that question.  I don't
6  know.
7  Q.  So, you've been here on leave.  When do
8  you go back again?
9  A.  July 6th.
10  Q.  And while you were here you bought a new
11  car, right?
12  A.  Yes.
13  Q.  And in fact, when was that, last week?
14  A.  Yes.
15  Q.  And you will be driving that back to
16  Fort Polk, correct?
17  A.  Yes.
18  Q.  Did you pay for that?
19  A.  Yes.
20  Q.  As a 21 year old in the military you get
21  paid, correct?  That's your job?
22  A.  Yes.
23  Q.  You're not dependent on Curt or
24  Christene for any financial support, are you?
25  A.  No.

---

Page 84

1  Q.  And you haven't been dependent on them
2  for financial support since you entered into the
3  military, correct?
4  A.  That's correct.
5  Q.  You indicated some of the issues you
6  feel related to your emotions, I just group that
7  generally anxiety, loneliness, that kind of thing.
8  You said that you're still sitting here today.
9  You understand that as part of this lawsuit you're
10  the Plaintiff, correct?
11  A.  Yes.
12  Q.  Okay.  You understand that you had a
13  choice and decided to join this as a Plaintiff and
14  file the lawsuit, correct?
15  A.  Yes.
16  Q.  Okay.  And had you decided not to do
17  that, you maybe wouldn't have had to be here
18  today, correct?
19  A.  Yes.
20  Q.  And you --
21  MS. THOMPSON:  You need to wait until
22  the question is finish being asked before you
23  answer, okay?
24  Q.  The other thing you had brought up some
25  TV shows that you had watched.  And one of them

---

Area Wide Reporting and Video Conferencing
1-800-747-6789

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

Page 85

1  was Dateline, correct?
2  **A.   Yes.**
3  Q.   Did you watch the 48 Hours show?
4  **A.   Not that I -- I don't know.**
5  Q.   Okay.  And part of the stigma you felt
6  was that people had watched TV shows and knew
7  about you and your family, correct?
8  **A.   Yes.**
9  Q.   Those are volunteer actions that you or
10 your family members took to give those interviews
11 to Dateline or 48 Hours or any TV show, correct?
12 **A.   I did not, no.**
13 Q.   Well, they could have, Curt or
14 Christene, could have said we're not giving an
15 interview and we're not talking to anybody,
16 correct?  They didn't have to give an interview to
17 Dateline?
18 **A.   Yes.**
19 Q.   They volunteered to do that, to get that
20 out into the public, correct?
21 **A.   Yes.**
22 Q.   Okay.  I want to go back to part of your
23 years when your mom was still alive.  You and your
24 family were members at the Quincy Country Club,
25 correct?

Page 86

1  **A.   Yes.**
2  Q.   And you recall as a child taking part in
3  activities at the Quincy Country Club, right?
4  **A.   Yes.**
5  Q.   Were you on the swim team there?
6  **A.   Yes.**
7  Q.   Did you do junior golf?
8  **A.   Yes.**
9  Q.   Junior tennis?
10 **A.   Yes.**
11 Q.   And as part of those, you would go over
12 there and you would see your mom and dad drinking,
13 correct?
14 **A.   Yes.**
15 Q.   And do you recall seeing them walk
16 around when they would collect their Styrofoam
17 cups and pile them up high with all the drinks
18 that they had?
19 **A.   No.  I don't recall.**
20 Q.   But you knew your mother drank?
21 **A.   Yes.**
22 Q.   And you knew your dad drank?
23 **A.   Yes.**
24 Q.   After your mom died, did you continue to
25 be members of the Quincy Country Club?

Page 87

1  **A.   I don't remember.**
2  Q.   Okay.  That would have been something
3  your dad took care of obviously because you were a
4  kid, right?
5  **A.   Yes.**
6  Q.   Now, we've talked about on the date your
7  mom passed away, and the comments you've had about
8  some of Mr. Baird's statements.  At the time of
9  your mom's death, that Valentine's Day, you were
10 eight years old?
11 **A.   Yes.**
12 Q.   Did you share a bedroom with Lincoln?
13 **A.   Yes.**
14 Q.   And that bedroom, as you come up the
15 stairs, was that off to the right, to the left, or
16 straight ahead?
17 **A.   Straight ahead.**
18 Q.   And then your mom's room that she shared
19 with your father was off to the left?
20 **A.   Yes.**
21 Q.   All right.  So, when you got up that
22 morning, you indicated it was around 8 o'clock
23 PM?  Or 8 o'clock AM, right?
24 **A.   Yes.**
25 Q.   And you said your dad woke you up?

Page 88

1  **A.   Yes.**
2  Q.   So you had about a half hour to get
3  ready and get to school?
4  **A.   Yes.**
5  Q.   And your dad was taking you, Lincoln and
6  Lyndsay to school that day?
7  **A.   Yes.**
8  Q.   So in the route, who was getting dropped
9  off first?
10 **A.   Me and Lincoln.**
11 Q.   Because you both were at Madison?
12 **A.   Yes.**
13 Q.   Was Kelly Bunch the principal at that
14 time?
15 **A.   I believe so, yes.**
16 Q.   Who was your teacher?  Was it Miss
17 Smith?
18 **A.   Miss Stegeman.**
19 Q.   Stegeman.  And you would have been in
20 what?  Second, third grade?
21 **A.   Third grade.**
22 Q.   Okay.  So, you walk by your mom's room
23 to take the stairs down, correct?
24 **A.   Yes.**
25 Q.   Did you look to the right and see if she

Page 89

1  was in there?
2  **A.  I did not, no.**
3  Q.  Was the door open or closed?
4  **A.  I don't remember.**
5  Q.  Did Lincoln get up at the same time or
6  before you?
7  **A.  We all got up at the same time.**
8  Q.  All right.  And you testified your dad
9  would have taken you to school that morning,
10  correct?
11  **A.  Yes.**
12  Q.  Sometimes -- you were living on Kentucky
13  Street, right?
14  **A.  Yes.**
15  Q.  That was within walking distance of
16  Madison, right?
17  **A.  Yes.**
18  Q.  Did you ever walk to school?
19  **A.  Sometimes, yes.**
20  Q.  And so on that day you told us about how
21  you found out that your mom had passed and you
22  were brought to the principal's room, and I think
23  you said Lincoln and you were there at the same
24  time, right?
25  **A.  Yes.**

Page 90

1  Q.  And your dad passed that information on
2  to you, and then the three of you left, right?
3  And he took you to Marty's house?
4  **A.  Yes.**
5  Q.  And Larson was already there?
6  **A.  Yes.**
7  Q.  And Lyndsay was already there?
8  **A.  Yes.**
9  Q.  Okay.  Did you ever find out how Lyndsay
10  got there before you did?
11  **A.  I never asked the question, no.**
12  Q.  Okay.  And what I'm getting at is, you
13  don't know if your dad went and met her at the
14  junior high first and brought her back and then
15  came to you guys, or how that happened?
16  **A.  I just don't know, yeah.**
17  Q.  Right.  Okay.  Then you made a comment
18  that you were brought back later that day on the
19  day you found out your mom passed, back to Madison
20  school, correct?
21  **A.  Yes.**
22  Q.  And did your dad take you back?
23  **A.  I believe so, yes.**
24  Q.  And why is it you were taken back to
25  school on the day you found your mother passed?

Page 91

1  **A.  I asked to go back.**
2  Q.  And why was that?
3  **A.  Because it was a comfort place, you**
4  **know.**
5  Q.  Was it because -- was there a
6  Valentine's Day party going on at school that day?
7  **A.  Yes.**
8  Q.  Okay.  Had your mom helped you make the
9  valentines?  I don't even remember, do they hand
10  them out at that age still where you make a box
11  and all that stuff?
12  **A.  Yes.**
13  Q.  Okay.  So, at the time you were brought
14  back to school, did you get to participate in the
15  Valentine's Day party?
16  **A.  I believe so, yes.**
17  Q.  How did you get home that day?
18  **A.  I don't remember.**
19  Q.  All right.  So, then let's move forward
20  a little bit.  We have the time period of after
21  your mom's passing, before your dad marries Erika.
22  Do you recall at that time you spent a lot of time
23  with the Crickards?
24  **A.  Yes.**
25  Q.  And George Crickard the -- whatever

Page 92

1  number he is, third or fourth, was a very good
2  friend of yours?
3  **A.  Yes.**
4  Q.  And would your dad drop you at the
5  Crickards in the morning, and then you would go to
6  school with George either by Maureen or their dad?
7  **A.  Yes.**
8  Q.  And then at some point in time did
9  George start driving you all to high school?
10  **A.  Yes.**
11  Q.  And was the plan, and the way it worked
12  out is, your dad would drop you off there; would
13  Larson or Lincoln be dropped off there as well?
14  **A.  Yes.**
15  Q.  Okay.  All of you, correct?
16  **A.  Yes.**
17  Q.  And you would start the morning out at
18  the Crickard's house?
19  **A.  Yes.**
20  Q.  And then you would all go to school
21  separately, correct?
22  **A.  Yes.**
23  Q.  And that was because Larson also was the
24  same age as Jack Crickard?
25  **A.  Yes.**

Page 93

1    Q.    And Jack and Larson were in school
2  together, right?
3    A.    Yes.
4    Q.    So Maureen could take them and George
5  could take you all, right?
6    A.    Yes.
7    Q.    All right.  And then after school you
8  would all be dropped back off at the Crickard's
9  house, correct?
10   A.    Yes.
11   Q.    Until you would stay there sometimes
12 through dinner into the night until your dad came
13 back and picked you up?
14   A.    Yes.
15   Q.    Sometimes you would stay the night there
16 entirely, correct?
17   A.    On rare occasion, yes.
18   Q.    Okay.  Do you recall spending
19 Christmases where you would go over there and they
20 gave you Christmas gifts?
21   A.    After our family Christmas, yes.
22   Q.    And would the Crickards buy you gifts to
23 hand out to your teachers because your dad
24 couldn't do that for you at the time?
25   A.    I don't remember.

Page 94

1    Q.    All right.  Do you recall at this time
2  after your mom passed, and before Erika, where
3  your dad was working?
4    A.    I do not, no.
5    Q.    And do you recall where you were living?
6    A.    When --
7    Q.    Before Erika?  Was it on Kentucky or did
8  you move into the Main Street house?
9    A.    Kentucky.
10   Q.    Did you ever live in the Main Street
11 house prior to your dad marrying Erika?
12   A.    No.
13   Q.    It was after that, that the two of them
14 purchased that house and you all moved in there?
15   A.    Yes.
16   Q.    So, for the entire time in that period
17 after your mom and before Erika you lived on
18 Kentucky?
19   A.    Yes.
20   Q.    All right.  Now, on the date of your
21 mom's (sic) arrest, that would have been right at
22 about -- that would have been the start of your
23 senior year and right at the start of the first
24 month of football, right?
25   A.    Yes.

Page 95

1    Q.    Okay.  And you had indicated that you
2  did have a cell phone at that time, but you did
3  not use it, and you were asked some questions.
4  Have you had many cell phones since that time?
5  Since you were a senior in high school up until
6  now?
7    A.    Probably two or three, yes.
8    Q.    Okay.  You had indicated that after, and
9  I want to make sure I have this right.  After you
10 were questioned at the police station you had the
11 Crickards take you back to football practice?
12   A.    Yes.
13   Q.    Was practice still going on by the time
14 you got there?
15   A.    Yes.
16   Q.    Okay.  And did you just stand and watch
17 until it finished or did you participate?
18   A.    I participated.
19   Q.    Okay.  So, you would have had to have
20 gotten back to Flynn in time to get dressed, put
21 your equipment on, and get out to the practice
22 field, correct?
23   A.    Yes.
24   Q.    And at the time the turf field was
25 already in?

Page 96

1    A.    Yes.
2    Q.    So you were practicing right there at
3  the stadium?
4    A.    Yes.
5    Q.    And practice ended at 5:00 or 5:30; do
6  you recall how long you were there for practice?
7    A.    I mean, I don't have a time frame, but I
8  was there until the end.
9    Q.    I mean, did you just miss the opening
10 stretching?  Did you make it through team drills?
11 What?
12   A.    I don't remember.
13   Q.    All right.  Fair enough.  Going back to
14 when you were at the police station, you indicated
15 that when all three of you were finished being
16 asked questions, and the three of you I mean you
17 and your two brothers, that you were taken then,
18 and I don't know if I wrote this down right, to a
19 room or a lobby or somewhere where the Crickards
20 were?
21   A.    Yes.
22   Q.    Was it a room?
23   A.    It looked like a lobby where people
24 could kind of be.
25   Q.    Okay.  Did you call them to come there?

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

Page 97

1    A.   No.
2    Q.   Do you know who did?
3    A.   I do not know.
4    Q.   And was Christene there at that time?
5    A.   She showed up after.
6    Q.   Okay.  So, the moment you -- do you walk
7  out with your brothers at the same time?  I mean,
8  you come out of wherever you are into this lobby
9  area, you, Lincoln and Larson at the same time?
10    A.   Yeah, we were all together.
11    Q.   So you were walking out, the three of
12  you, and the first people you see are the
13  Crickards?
14    A.   Yes.
15    Q.   And I think you said you go over and
16  start talking to them, and then Christene showed
17  up?
18    A.   Yes.
19    Q.   Okay.  When you talked to the Crickards
20  before Christene arrived, do you recall any
21  discussion that took place at that time?
22    A.   No.  They were crying.
23    Q.   Okay.  And did you start crying?
24    A.   I mean, yeah.  I mean, I'm kind of in
25  that setting, so --

Page 98

1    Q.   Sure.  I understand.  I'm just trying to
2  find out what you recall and what happened.  So,
3  do you recall how long it was then before
4  Christene arrived?
5    A.   I do not remember.
6    Q.   All right.  Do you know how she got
7  there?
8    A.   I'm guessing her car.
9    Q.   That's a guess on your part?
10    A.   Yes.
11    Q.   Do you know who contacted her?
12    A.   No.
13    Q.   You didn't?
14    A.   No.
15    Q.   Right?  And at that point in time did
16  Christene then separate you and your two brothers
17  off apart from the Crickards to talk to you?
18    A.   I think we were all together.
19    Q.   Okay.  Did Christene at that time have a
20  discussion with you about a circle of trust being
21  formed between you and your brothers and her
22  regarding outside contact?
23    A.   I don't remember.
24    Q.   You don't remember one way or the other?
25    A.   No.  I mean --

Page 99

1    Q.   After that you went back to practice on
2  a ride from one of the Crickards, right?
3    A.   Yes.
4    Q.   Did George or Maureen take you to
5  practice?
6    A.   I don't remember.
7    Q.   Did Larson and Lincoln ride in the same
8  vehicle with you?
9    A.   Yes.
10    Q.   And you all ended up spending the night
11  at the Crickards, right?
12    A.   I don't think we did, no.
13    Q.   Oh, you don't.  Okay.  After practice,
14  where did you end up going?
15    A.   Back to the Crickards.
16    Q.   Okay.  Ate some dinner and I guess then
17  went where?
18    A.   Then we went back to the house.  We kind
19  of sneaked to the house because the news was all
20  over our house.
21    Q.   Just so the record is clear, you mean
22  that the news people were outside of your house?
23    A.   Yes.
24    Q.   Okay.  Like media trucks or whatever?
25    A.   Yes.

Page 100

1    Q.   All right.  So you believe that you and
2  your brother snuck back to the house on Main
3  Street?
4    A.   Yes.
5    Q.   'Cuz that's where you were living at the
6  time?
7    A.   Yes.
8    Q.   After your father divorced Erika and
9  married Christene, you all still lived at that
10  same house?
11    A.   Yes.
12    Q.   Was Christene there when you arrived
13  back at the house?
14    A.   I believe so, yes.
15    Q.   All right.  And after that, did you
16  continue to ride with George Crickard to school in
17  the morning?
18    A.   I think I did for a couple days.  But
19  then after that, I got a ride from my mom.
20    Q.   And after that couple days, from that
21  point forward Christene took you to school?
22    A.   Yes.
23    Q.   Okay.  Who would pick you up and bring
24  you home from practice?
25    A.   My mom.

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

Page 101

1    Q.   So, did you associate then the rest of
2  the year at all with the Crickards?  Did you ever
3  go over there or talk with George?
4    A.   **My friend, George?  Yes.  But the actual**
5  **Crickards, no.**
6    Q.   So, after having spent all this time
7  with the Crickards growing up and them having you
8  over and you being dropped off there, why was it
9  at this point in time now in your senior year,
10 couple days after your dad's arrest, that you did
11 not associate with the parents, George and Maureen
12 Crickard, any more?
13   A.   **We had to be protective.**
14   Q.   Who had to be protective?
15   A.   **Me and my family.**
16   Q.   And was that at Christene's direction?
17   A.   **I think it was at all.  We all agreed**
18 **upon it.**
19   Q.   Okay.  Well, your dad, was he at the
20 Hancock County jail at this time?
21   A.   **I believe so, yes.**
22   Q.   And you hadn't visited him at this point
23 yet, had you?
24   A.   **No.**
25   Q.   So this was a decision through a

Page 102

1  conversation that took place between Christene and
2  your two other brothers and you?
3    A.   **Yes.**
4    Q.   And to be protective at that point in
5  time?
6    A.   **Yes.**
7    Q.   And to eliminate contact with anyone
8  outside of the family as much as possible?
9    A.   **Yes.**
10   Q.   And to -- and that meant you and your
11 brothers then attempting to begin to separate
12 yourself from as many people in Quincy as
13 possible?
14   A.   **Yes.**
15   Q.   And at that point in time you were
16 already separated communication-wise from your
17 sister, right?
18   A.   **Yes.**
19   Q.   And to the best of your knowledge, I
20 think at this point in time you told me you don't
21 recall any communication with the grandparents at
22 that time, either the Lovelaces or Marty
23 Didriksen?
24   A.   **No.**
25   Q.   Okay.  And then you closed ranks, if you

Page 103

1  will, and became protective through your senior
2  year until you graduated, correct?
3    A.   **Yes.**
4         MS. THOMPSON: Object to form.  You can
5  answer the question.
6         MR. HANSEN: What's the objection?
7         MS. THOMPSON: I mean, I don't know -- I
8  think it's a vague question as to what closed
9  ranks mean.
10 BY MR. HANSEN:
11   Q.   All right.  Going forward, if you don't
12 understand what any of my questions are, and if
13 you think it's vague, let me know, okay, and I'll
14 rephrase it.
15   A.   **Will do.**
16   Q.   You used the term protective; I'll use
17 that.  Then for the remainder of your senior year
18 prior to you leaving Quincy, you became that
19 protective group?  You, your brothers and
20 Christene?
21   A.   **Yes.**
22   Q.   And has it remained that way since you
23 left Quincy?
24   A.   **Yes.**
25   Q.   You did graduate with your class at

Page 104

1  Quincy high?
2    A.   **Yes.**
3    Q.   You had indicated that you attempted as
4  much as possible to visit your dad during the time
5  of your senior year in town and that was on
6  Wednesdays.  Would you have to leave school to do
7  that, or was it miss practice or anything?
8    A.   **Yes, we left school early.**
9    Q.   And when you visited your father, that
10 was always at the Hancock County jail until his
11 trial in Adams County, correct?
12   A.   **Yes.**
13   Q.   Okay.  Who would go with you on those
14 visits?  Was it always you and/or your brothers
15 and Christene?
16   A.   **Yes.**
17   Q.   Okay.  Did anyone other than Christene
18 ever drive you up to the Hancock County jail to
19 visit your dad?
20   A.   **I don't believe so, no.**
21   Q.   Okay.  And I can't remember, did you
22 have a car at that time?
23   A.   **No.**
24   Q.   And other than Christene and your
25 brothers, do you recall ever going up there and

Page 105

1  happen to run into somebody else who was visiting
2  your dad?
3  A.  No.
4  Q.  Would you agree with me that you've
5  never given a statement, been interviewed, or
6  talked to Gary Farha since your dad's arrest?
7  A.  That is correct.  Yes.
8  Q.  Would you agree you've never been
9  questioned, given a statement, or talked to Jim
10  Keller since your father's arrest?
11  A.  Yes.
12  Q.  Have you done any investigation into
13  anything related to your dad's arrest and these
14  subsequent trials that took place?
15  A.  No.
16  Q.  As you sit here today, you don't have
17  any independent information or knowledge of Gary
18  Farha or Jim Keller fabricating any evidence
19  against your father, do you?
20  A.  No.
21  Q.  You don't have any information or
22  knowledge personally as you sit here today of Gary
23  Farha or Jim Keller withholding any evidence from
24  your father or his trial, correct?
25  A.  No.

Page 106

1  Q.  Am I true in stating you also don't have
2  any personal information or knowledge of Gary
3  Farha or Jim Keller withholding exculpatory
4  evidence from your family?
5  A.  No.
6  Q.  You had indicated that, I wanted to ask
7  you about this.  In the military your chain of
8  command, your superior officer would know if you
9  went and got counseling.
10  A.  Yes.
11  Q.  Is that only while you're at Fort Polk?
12  A.  That's throughout the Army.
13  Q.  Well, what I mean is -- so let's say you
14  were on leave here.  Let's say you wanted to go
15  see a counselor or psychiatrist and you did that,
16  and you had an appointment and went and saw
17  somebody.  Does that somehow get back to your
18  superior officer?
19  A.  I don't know that question.
20  Q.  Okay.  What I'm trying to understand is,
21  you said they would know.  Is that because if you
22  do it at the base they find out about it?
23  A.  Well, if you go to a counselor, and the
24  counselor tells your lieutenant in command that
25  you have come to that person, but they don't

Page 107

1  disclose the information.
2  Q.  Is that under Army protocol, do you
3  know?
4  A.  It's probably a policy, yes.
5  Q.  The discipline you indicated you had
6  faced in the Army that you felt was due to your
7  not being able to get tasks done timely or
8  whatever that your -- who you report to thought;
9  and I just want to make sure.
10  The discipline you had, you refer to as
11  corrective training; I assume that's either
12  running, push ups, physical activity?
13  A.  Yes.
14  Q.  All right.  The discipline you have
15  experienced in the military has not cost you any
16  pay or rank, correct?
17  A.  That's correct.
18  Q.  Okay.  You gave some testimony that part
19  of the anxiety, I don't know if this was a fear or
20  not, but the emotional injuries, I'll lump it in
21  that, was that you assume people are judging us
22  and some people want us to be sad, while others
23  support us.  Do you recall that?
24  A.  Yes.
25  Q.  Okay.  I just want to make sure that's

Page 108

1  an assumption you're making?  Or have people
2  actually told you they want you to be sad and to
3  feel guilty?
4  A.  I think I've actually kind of witnessed
5  it when I was in Quincy.  People would talk, we
6  could hear people discussing about us.
7  Q.  Okay.  What I want to know is when you
8  say you heard them discussing us, other than
9  saying oh, that's Logan Lovelace or something,
10  have you heard anybody say oh, there's those
11  guilty people or anything like that?
12  A.  Along the lines, yes.
13  Q.  Give me the times that is occurred?
14  Where were you?
15  A.  The Abby.
16  Q.  How many times, you told me you hadn't
17  been back for two years to Quincy other than this
18  last weekend to see your great grandmother.  So,
19  it would have had to have been before then,
20  correct?
21  A.  What do you mean?
22  Q.  Well, if you haven't been back in two
23  years, I'm trying to get a date.  It would have
24  been before 2016, correct?
25  A.  Yes.

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

Page 109

1    Q.   Okay.  And this time you were at the
2  Abby, can you give me any other year or month?
3    A.   I can not, no.
4    Q.   And who were you with?
5    A.   My grandma, Aunt Sherry, my mom and my
6  brothers.
7    Q.   Okay.  Now, when you say your grandma,
8  who are you referring to?
9    A.   Grandma Pessman.
10   Q.   Is that Christene's mom or Christene's
11  grandmother?
12   A.   Grandmother.
13   Q.   And then your aunt who?
14   A.   Aunt Sherry.
15   Q.   Who's that?
16   A.   That's Grandma Pessman's daughter.
17   Q.   Okay.  So, Christine's aunt?
18   A.   I don't know how that works.
19   Q.   What is Sherry's last name?
20   A.   I don't know.
21   Q.   Okay.  And you said, and Christine and
22  you and your brothers?
23   A.   Yes.
24   Q.   And this was in the Abby?
25   A.   Yes.

Page 110

1    Q.   And were you there to eat?
2    A.   Yes.
3    Q.   Was it a week day, weekend?
4    A.   It was a Sunday.
5    Q.   All right.  And other than that, any
6  other examples that you can think of right now as
7  you sit here that come to mind?
8    A.   Not that I recall, no.
9    Q.   Okay.  This past trip you made to
10  Quincy, did your dad go with you?
11   A.   Yes.
12   Q.   Since your dad's arrest in 2014, have
13  you been actually present and out in the community
14  in Quincy with him?
15   A.   Yes.  Just the other day.  I mean --
16   Q.   Let's take, so that one time.  Prior to
17  that?
18   A.   I believe so, yes.
19   Q.   Anything specific you can recall about
20  that?
21   A.   No.
22   Q.   And this one time was last weekend?
23   A.   Yes.
24   Q.   And what did you guys do?
25   A.   We went to Elders.

Page 111

1    Q.   Okay.  Was it Saturday, Sunday?
2    A.   I don't remember.
3    Q.   Larson said you didn't stay the night?
4    A.   No.
5    Q.   You just drove over and came back, is
6  that correct?
7    A.   Yes.
8    Q.   And you all had a meal at Elders?
9    A.   Yes.
10   Q.   And was that Christine, Curt, you and
11  Larson?
12   A.   And my Grandma Pessman.
13   Q.   Anyone else?
14   A.   Aunt Sherry.
15   Q.   All right.  Anyone else?
16   A.   Beside the people that worked there.
17   Q.   I meant with you in your group?
18   A.   Oh, no.
19   Q.   Did you see anyone you knew when you
20  were in Elders?
21   A.   No.  We go to places that don't have a
22  lot of people in them.
23   Q.   Okay.  When you were back, did you go to
24  St. John's Lutheran church?
25   A.   No.

Page 112

1    Q.   Other than talking to Pastor Steve,
2  since 2015 when you went away to the military have
3  you seen Steve in person?
4    A.   Yes.
5    Q.   How many times?
6    A.   I don't know how many times.
7    Q.   Was it in Quincy?
8    A.   Yes.
9    Q.   Has he ever come to visit you anywhere
10  else?  Meaning he come to Fort Polk or over here
11  to talk to you?
12   A.   No.
13   Q.   Okay.  You have a Facebook page?
14   A.   Yes.
15   Q.   Are you on Instagram?
16   A.   Yes.
17   Q.   Twitter?
18   A.   No.
19   Q.   Snapchat?
20   A.   Yes.
21   Q.   I think that's all I have.  Thanks.
22       MR. MECKES: I don't have any questions.
23          EXAMINATION BY
24          MS. THOMPSON:
25   Q.   Just have a couple questions.  Logan,

Page 113

1  you were asked some questions about your feelings
2  about various things related to this litigation.
3  And I have some questions for you about that.
4       One of the things that you -- one thing
5  that you described in your testimony was feeling
6  powerless about what happened to you at the police
7  station. Do you recall your testimony about that?
8  **A.  Yes.**
9  Q.   Did you have any other feelings that you
10  experienced as a result of being taken to the
11  police station and questioned, other than what you
12  testified about?
13  **A.   The fact that they kind of took me and
14  didn't explain to me what I could do in that
15  situation. I mean, I just felt isolated.
16  Powerless. And -- yeah.**
17  Q.   And are there any other -- well, let me
18  ask you this question. You were asked some
19  questions by counsel about feelings that you have
20  experienced as a result of your dad being charged
21  with killing your mom. Do you recall those
22  questions?
23  **A.  Yes.**
24  Q.   Is there for you a connection between
25  you going to the police station to be questioned

Page 114

1  and your dad and the -- let me start the question
2  again.
3       Is there a connection for you between
4  your experiences at the police station, and your
5  family's experiences with your dad being charged
6  in this case?
7  **A.  Yes.**
8       **MR. DiCIANNI:** I'll object to the form
9  of the question.
10  Q.   What is the connection for you?
11  **A.   The fear of losing my dad was definitely
12  one of my biggest -- again, feeling
13  powerless in the situation. Not only that, but
14  just getting angry when people talk about
15  everything.**
16  Q.   And my question for you is, what is the
17  connection for you between your experiences at the
18  police station and your family's broader
19  experiences with your dad being charged in this
20  case?
21       **MR. DiCIANNI:** Same objection.
22  Q.   You can answer the question.
23  **A.   I mean, I explained it to you. I don't
24  know how to explain it further.**
25  Q.   Okay. That's the only question I have.

Page 115

1       **FURTHER EXAMINATION**
2       **BY MR. DiCIANNI:**
3  Q.   If you were to go to see a counselor
4  while you're not at Fort Polk, are you required by
5  any Army regulations to report that to your
6  superior officers?
7  **A.   I honestly have no idea.**
8  Q.   You haven't looked into that?
9  **A.   No.**
10  Q.   Can we assume then you haven't felt so
11  badly that you haven't felt the need to go look
12  into that?
13  **A.   I kind of keep my emotions to myself.**
14  Q.   That's all I have.
15       **MS. THOMPSON:** I have one follow-up
16  question to that. In the military, Logan, if you
17  are asked a question by a superior, do you have to
18  answer that question honestly?
19  **A.  Yes, it's an order.**
20       **MS. THOMPSON:** So if a superior asked you
21  about whether or not you had sought counseling on
22  your own in a private setting, that is information
23  you would have to disclose?
24  **A.  Yes.**
25       **MS. THOMPSON:** No further questions.

Page 116

1       **MR. HANSEN:** I don't have anything else.
2       **MS. THOMPSON:** We'll reserve.
3       (The time is 1:37 p.m.)

LOVELACE v.
DET. ADAM GIBSON

LOGAN LOVELACE
July 3, 2018

Page 117

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                    STATE OF ILLINOIS

 3
    CURTIS LOVELACE, LOGAN LOVELACE,
 4  LINCOLN LOVELACE, AND CHRISTINE
    LOVELACE on behalf of her
 5  minor son, LARSON LOVELACE,

 6         Plaintiffs,

 7     -vs-                    No. 17 CV 01201

 8  DET. ADAM GIBSON, POLICE
    CHIEF ROBERT COPLEY, SGT.
 9  JOHN SUMMERS, LT. DINA
    DREYER, DET. ANJANETTE BISWELL,
10  UNKNOWN QUINCY POLICE OFFICERS,
    GARY FARHA, CORONER JAMES
11  KELLER, THE CITY OF QUINCY AND
    COUNTY OF ADAMS,
12
           Defendants.
13

14
            This is to certify that I have read the
15  transcript of my deposition taken in the
    above-entitled cause, and that the foregoing
16  transcript taken on July 3, 2018, accurately
    states the questions asked and the answers given
17  by me, with the exception of the corrections, if
    any, on the attached errata sheet(s).
18

19  _____
                 LOGAN LOVELACE
20
    Subscribed and Sworn before
21  me this _____ day of
    _____, 2018.
22  _____
    Notary Public
23

24

25
```

Page 118

```
 1  STATE OF ILLINOIS   )
                        ) SS
 2  COUNTY OF CHAMPAIGN )

 3          I, DEANN K. PARKINSON, a Notary Public
    in and for the County of Champaign State of
 4  Illinois, do hereby certify that LOGAN LOVELACE,
    the deponent herein, was by me first duly sworn to
 5  tell the truth, the whole truth and nothing but
    the truth in the aforementioned cause of action.
 6          That the foregoing deposition was taken
    on behalf of the Defendant on July 3, 2018.
 7          That said deposition was taken down in
    stenographic notes and afterwards reduced to
 8  typewriting under my instruction and said
    transcription is a true record of the testimony
 9  given; and that it was agreed by and between the
    witness and attorneys that said signature on said
10  deposition would be not waived.
            I do hereby certify that I am a
11  disinterested person in this cause of action; that
    I am not a relative of any party or any attorney
12  of record in this cause, or an attorney for any
    party herein, or otherwise interested in the event
13  of this action, and am not in the employ of the
    attorneys for either party.
14          In witness whereof, I have hereunto set
    my hand and affixed my notarial seal July 13,
15  2018.

16

17  _____
                 DEANN K. PARKINSON, CSR
18               NOTARY PUBLIC

19

20

21

22

23

24

25
```