## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

CURTIS LOVELACE, LOGAN       )
LOVELACE, LINCOLN LOVELACE and )
CHRISTINE LOVELACE on behalf )
of her minor son, LARSON     )
LOVELACE,                    )
                             ) CIVIL ACTION NO.
         Plaintiffs,    )  17-CV-01201
                             )
     vs.                     )
                             )
DET. ADAM GIBSON, POLICE CHIEF )
ROBERT COPLEY, SGT. JOHN     )
SUMMERS, LT. DINA DREYER, DET. )
ANJANETTE BISWELL, UNKNOWN   )
QUINCY POLICE OFFICERS, GARY )
FARHA, CORONER JAMES KELLER, )
THE CITY OF QUINCY and COUNTY )
OF ADAMS,                    )
                             )
         Defendants.    )
_____)

   Deposition of LINCOLN LOVELACE, taken by counsel for the Defendants, ELLEN K. EMERY, pursuant to notice and by agreement of counsel, under the Georgia Civil Practice Act, reported by Elise M. Napier, CCR-2492, in the offices of Hampton Inn & Suites Hinesville, 1148 East Oglethorpe Highway Drive, Hinesville, Georgia, on Wednesday, September 26, 2018, commencing at 1:06 p.m.

Transcript Prepared By:
   McKEE COURT REPORTING, INC.
        P.O. Box 9092
    Savannah, Georgia 31412-9092
        (912) 238-8808

## Page 2

             APPEARANCES OF COUNSEL

FOR THE PLAINTIFFS:
    TARA THOMPSON, Esquire
    LOEVY & LOEVY
    311 North Aberdeen Street
    3rd Floor
    Chicago, Illinois 60607
    (312) 243-6900
    tara@loevy.com

FOR DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY,
SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE
BISWELL, UNKNOWN QUINCY POLICE OFFICERS and THE CITY
OF QUINCY:
    ELLEN K. EMERY, Esquire
    ANCEL GLINK DIAMOND BUSH
    DICIANNI & KRAFTHEFER, P.C.
    140 South Dearborn Street
    Chicago, Illinois 60603
    (312) 782-7606
    eemery@ancelglink.com

FOR GARY FARHA, CORONER JAMES KELLER and COUNTY OF
ADAMS:
    DANIEL M. MCCLEERY, Esquire
    SCHMIEDESKAMP ROBERTSON NEU & MITCHELL, LLP
    525 Jersey
    Quincy, Illinois 62301
    (217) 223-3030
    dmccleery@srnm.com

## Page 3

                I N D E X
                                    Page
Stipulation                           4
EXAMINATION
    By Ms. Emery                      4
    By Mr. McCleery                  33
    By Ms. Thompson                  60
    By Mr. McCleery                  65
Certificate of Reporter              69
Reporter Disclosure                  70
    (Reporter's disclosure statement attached
to back of transcript.)

         * * * * * * * * * * * *

              E X H I B I T S

         (No Exhibits were marked.)

## Page 4

        MS. EMERY:  Okay.  Swear the witness, please.
        LINCOLN LOVELACE,
  being first duly sworn, testified as follows:
              EXAMINATION
BY MS. EMERY:
    Q.  Mr. Lovelace, my name the Ellen Emery, I represent some of the defendants in the lawsuit that you and the members of family have brought and so we're here for a deposition, which I'm sure your attorney told you about.  Have you ever been deposed before?
    A.  No.
    Q.  Okay.  Couple of background rules. It's a question and answer format.  The court reporter will be taking down everything we say so that your attorney and the rest of us can have a transcript of everything that was said.  And so I will ask you a couple of things.
        First of all, if you answer and you want to say yes or no, please say yes or no.  Uh-huh, huh-uh, shake the head, nod the head, they don't come through well on the transcript and the court reporter will let us know if you or I do that so just kind of be aware of that.  And we don't mean to be -- to

Page 5

1  correct you for no reason but sometimes your attorney
2  might say is that a yes. If you go uh-huh, she might
3  go is that a yes and that's just clarifying a
4  transcript.
5        This isn't a marathon to see how long
6  you can sit here and answer questions. If you want
7  to take a break for any reason, just tell us. If you
8  want to get some water, you want to use the restroom,
9  whatever, just tell us and we'll be happy to take a
10 break. The only thing I ask is if there is a
11 question pending, you answer the question and then
12 tell us you want to take a break.
13     A. Okay.
14     Q. And I am not the most eloquent person
15 when it comes to forming questions. If I ask you a
16 question and you don't understand it, doesn't make
17 sense to you, just say so. Don't try to guess at
18 what asking you. If you're not sure, say so and I'll
19 try to reword it; is that okay?
20     A. Okay.
21     Q. All right. Did you do anything to
22 prepare for today's deposition?
23     A. No. Talked with Tara, but other than
24 that, no.
25     Q. Okay. And I don't want to know

Page 6

1  anything that you talked about that's privileged.
2  Did you review any documents when you talked to your
3  attorney?
4     A. Yes.
5     Q. Okay. What did you review?
6     A. What were they called?
7     Q. You can't ask her, unfortunately, but
8  if she wants to tell me what she had you look at, she
9  can.
10     MS. THOMPSON: I'll represent that
11  Mr. Lovelace looked at his interrogatory
12  responses, which may be the thing he's struggling
13  to name.
14     Q. (By Ms. Emery) Okay. Did you look at
15 any transcripts of your trial testimony or police
16 reports?
17     A. I did look at the first trial
18 testimony --
19     Q. Okay.
20     A. -- transcripts.
21     Q. And is there anything in that testimony
22 when you read the transcript that you thought was
23 wrong?
24     A. No.
25     Q. Okay. Did you look at any police

Page 7

1  reports?
2     A. No.
3     Q. Okay. Now, Christine Lovelace is your
4  adopted mother; correct?
5     A. Correct.
6     Q. When did she adopt you?
7     A. 2012, somewhere around there.
8     Q. Okay.
9     A. I'm not good with dates. My apologies.
10     Q. That's all right. Your natural mother
11 was Corey Lovelace; correct?
12     A. Correct.
13     Q. Okay. For purposes today when I refer
14 to your mom, and I mean no disrespect to Cristine
15 because she's been your mom for a while, but I'm
16 referring to your natural mother Corey; okay?
17     A. Okay.
18     Q. Did you ever speak to any of the
19 prosecutors at -- that handled your dad's criminal
20 trial before you testified?
21     A. No.
22     Q. What's the status of your memory as far
23 as two different incidents? First, what's the status
24 of your memory about the day it was discovered that
25 your mom had passed away?

Page 8

1     A. What do you mean status?
2     Q. Is it clear in your mind?
3     A. Okay.
4     Q. Is it vague? You don't remember much?
5  How is your memory?
6     MS. THOMPSON: Object to form, but you
7  can answer the question, Lincoln.
8     THE WITNESS: For it being so long ago,
9  I would say it is a good memory status as you
10  would say but, obviously, there is some bits and
11  pieces missing.
12     Q. (By Ms. Emery) Okay. And how about
13 your memory of the day -- well, first let me ask you
14 do you recall the day that you went to the police
15 station and found out that your dad had been
16 arrested?
17     A. Yes.
18     Q. Okay. How is your memory of that day?
19     A. I have like well recollection of that
20 day.
21     Q. Okay. Did you see any of the Date Line
22 or 48 Hour programs that were broadcast about
23 surrounding the circumstances about the death of your
24 mom?
25     A. Yes.

Page 9

1   Q.  Which ones did you see?
2   A.  I believe I watched all of them.
3   Q.  Okay.  Have you seen any other media
4   reports or TV shows about it other than Date Line and
5   48 Hours?
6   A.  Local news, I have seen those but other
7   than that, I really didn't focus too much on the
8   media.
9   Q.  So you're currently in the military?
10  A.  Yes.
11  Q.  Army?
12  A.  Yes.
13  Q.  And what's your rank?
14  A.  Specialist.
15  Q.  Okay.  And did you enlist?
16  A.  Yes.
17  Q.  When did you join up?
18  A.  Sometime in December of 2015 but I
19  didn't go to basic training until August of 2016.
20  Q.  Okay.  Do you know why they delayed it?
21  A.  Yeah.  It was the early entry program.
22  I wasn't of age but I was able to complete what I
23  needed prior to going.
24  Q.  So were you still a senior in high
25  school when you signed up?

Page 10

1   A.  No.  I was a junior.
2   Q.  Oh, okay.  And why did you decide to
3   join the Army?
4   A.  I think that was the next step in my
5   life.  College was an option but I don't think it was
6   for me at that time and so talking with my older
7   brother, Logan, him being in the military, he was
8   strong about giving me guidance in it and then I had
9   a good recruiter who set me up, so...
10  Q.  Okay.  And is there anything in
11  particular that -- that you want to specialize or
12  learn that will help you later in life through the
13  military?
14  A.  With my career choice now in military
15  intelligence I plan on further developing that
16  career.  Whether it's in the Army or outside, I have
17  no clue at this point.
18  Q.  Are you headed to ranger training?
19  A.  I am.
20  Q.  Okay.  And is that something that you
21  put in for or applied for or did they invite you to
22  go to ranger training?
23  A.  So I've already gone through initial
24  ranger training and so from here on it's mandatory
25  that I go to another section of the training and so

Page 11

1   I'm just waiting for my opportunity to come.
2   Q.  Okay.  And are you currently stationed
3   in the States?
4   A.  Yes.
5   Q.  Okay.  And you said you're living up in
6   Hunter, Georgia?
7   A.  Hunter Army Airfield.  Yes.
8   Q.  Okay.  And how long have you been at
9   Hunter, if you can tell me?
10  A.  A little over a year.
11  Q.  Okay.  And so are you just waiting for
12  your further training and then you'll go wherever
13  they send you for further ranger training?
14  A.  Yes.  Yes.
15  Q.  So did you graduate high school?
16  A.  Yes.
17  Q.  Did you graduate early?
18  A.  Yes.
19  Q.  Do you have any future military plans?
20  Do you want to be career military?
21  A.  I don't know about career.  Initially, I
22  have a six year contract and so I still have some
23  time to think about it.  I haven't made my decisions
24  right now, though.
25  Q.  Have you ever been disciplined since

Page 12

1   you've been in the service?
2   A.  No.
3   Q.  Okay.  Where did you go to high school?
4   A.  Quincy High School.
5   Q.  Okay.  All three years?
6   A.  Yes.
7   Q.  Okay.  Did you play any sports while
8   you were there?
9   A.  I did cross country and track.
10  Q.  And did you have any other
11  extracurricular activities?
12  A.  I was part of beta club and key club for
13  a while.
14  Q.  How were your grades?
15  A.  As and Bs.
16  Q.  Before you went into the Army did you
17  work at all?
18  A.  I did some mowing for my uncles but that
19  was -- that was basically it.  Nothing serious.
20  Q.  Okay.  Who are you closest to in your
21  family?  Is it your brother, Logan?
22       MS. THOMPSON:  Object to form but you
23  can answer the question.
24       THE WITNESS:  Yes, probably Logan.
25  Q.  (By Ms. Emery) Okay.  Because you're

Page 13

1  what, 18 months apart?
2      A.  Yeah.
3      Q.  Are you close to your dad?
4      A.  Yes.
5      Q.  Okay.  What kinds of things did you and
6  your dad like to do together before you joined the
7  Army?
8      A.  Most of our stuff is related around
9  sports, watching them, playing them.  I think that's
10 where a lot of our relationship was built off of.
11     Q.  I'm going to ask you some questions
12 about the day it was discovered that your mother had
13 passed away.
14     A.  Okay.
15     Q.  What do you remember about the -- the
16 morning that your mom was found later to have died?
17     A.  So I remember getting ready for school
18 and prior to leaving the school kind of talking to my
19 mom on the stairs along with the other family
20 members, Logan, Lindsay, Larson, I believe might have
21 been there.  And then I remember leaving and telling
22 her I love her and then getting in the car with my
23 dad to go to school.
24     Q.  Did she often sit on the stairs when
25 you were getting ready for school?

Page 14

1      A.  No.  No.  Usually, she was the one
2  putting us in the car taking care of all that, and so
3  because she was sick, it was my dad doing all that
4  and so she was there like kind of observing, watching
5  making sure everything went as it usually did.
6      Q.  Okay.  Do you remember a couple of days
7  after she died that a Detective Baird from the Quincy
8  Police Department talked to you?
9      A.  I do not.
10     Q.  Okay.  Did you have a chance to look at
11 his report before her death?
12     A.  No.
13     Q.  Okay.  Do you remember if your mom was
14 sick that day that's why she was on the stairs?
15     A.  Yes.
16     Q.  Okay.  What do you remember about
17 either what she told you or what you saw that she was
18 sick?
19     A.  I remember her being in bed frequently
20 over the weekend and then also using the restroom and
21 carrying a box of tissues.
22     Q.  Okay.  Was she a good mom?
23     A.  Yeah.
24     Q.  Was she very much involved in all of
25 your school activities and those of your brothers and

Page 15

1  your sister?
2      A.  Yes.
3      Q.  Okay.  And did she do a lot of fun
4  activities for you guys when you were kids?
5      A.  Yes.
6      Q.  Do you remember that morning who -- who
7  drove you to school?
8      A.  It would have been my dad.
9      Q.  Do you remember whether Larson would go
10 with you guys to go to preschool?
11     A.  I don't remember much about Larson at
12 that age.
13     Q.  Okay.  That day was Valentine's Day.
14 You know that now, don't you?
15     A.  Correct.  Yes.
16     Q.  And do you remember anybody balancing a
17 box of cupcakes that day to get them to school?
18     A.  No.
19     Q.  Okay.  Do you remember getting to
20 school and being upset?  You were in first grade,
21 weren't you?  You were seven?
22     A.  Yep.
23     Q.  Do you remember getting to school and
24 being upset you didn't have your Valentine's with
25 you?

Page 16

1      A.  No.
2      Q.  Okay.  And what do you remember about
3  what happened that day about how you were told about
4  your mom?
5      A.  I remember going to the principal's
6  office and the conference room, seeing my dad and my
7  brother there and him telling us that our mom had
8  passed.
9      Q.  Your dad told you that?
10     A.  Yes.
11     Q.  Right?  Did you go home after that?
12     A.  We actually went to my grandmother
13 Martie's house.
14     Q.  Okay.  And when you got to your
15 grandmother's house, were both your brothers and your
16 sister there?
17     A.  Yes.
18     Q.  Okay.  Did you guys talk at all about
19 or ask questions about what happened?
20     A.  I don't think we asked questions.  I
21 think it was such an blow that we just kind of like
22 cried and held each other.
23     Q.  Okay.  And do you know if you -- how
24 long you stayed add your grandmother's?
25     A.  I do not.

Page 17

1  Q. Okay. Do you remember if you went back
2 to school that day for the Valentine's party?
3  A. I don't believe I did but I believe
4 Lindsay and possibly Logan went back but I'm not
5 quite sure.
6  Q. Okay. What do you remember about the
7 day that you were taken out of school and down to the
8 police department that your dad was arrested? Do you
9 remember that day?
10  A. Yes.
11  Q. Tell me what you remember about that,
12 please.
13  A. I believe I was in sixth period science,
14 science class and it was actually biology, I believe,
15 and they had called me down to the principal's
16 office, which honestly isn't out of the ordinary.
17 Usually, like they have some paperwork or an envelope
18 for you so I went down there and was taken into a
19 conference room inside there with a counselor, I
20 believe. I don't remember her name.
21    Basically, she was just talking to me
22 the whole time keeping me busy. She did ask if I had
23 a cell phone on me, I'm not quite sure why, I told
24 her no because my cell phone had been washed, put in
25 the washer a couple days before, and so we just kept

Page 18

1 talking. I did see Logan come in later on and he was
2 put in a separate room and basically it was just the
3 counselor knew my sister Lindsay and was basically
4 talking about her and how she was in school and
5 whatnot.
6    From there I remember the counselor and
7 I believe a couple other individuals talking or
8 telling me that a police officer who was supposed to
9 come to the school was unable to come to the school
10 and said that they would be taking us to the police
11 department. From there I got in the back of the
12 police car and Logan sat in the front seat as the, I
13 believe it was the school resource officer. I don't
14 remember the name, I would recognize him, though,
15 drove us down to the police station.
16    We got out of the car, again, we were
17 separated. The officers asked us if we wanted
18 anything to drink or anything. From there we were
19 put together as they took one of us out and there was
20 a police officer, a female police officer sitting
21 with us. I believe Logan left first and was
22 interviewed then it was me and then I want to say
23 Larson possibly, and I remember just being hit with
24 all these questions.
25    We thought we were going to the police

Page 19

1 station to be asked questions about Darlene Steincamp
2 and how she had like dropped a rat in my mother's pie
3 shop and so when we were asked the questions about my
4 biological mom's death, like it was just a like a hit
5 to us, we didn't understand what was going on.
6    I tried to be cooperative and just
7 answered all the questions because like I'm super
8 confused. Later on it was, you know, me and Logan
9 sitting at the table, I believe, while Larson was
10 interviewed and I was asking Logan, there was a
11 police officer there like what did they ask you?
12 Like what's going on? We were like both confused at
13 that point.
14    We then were taken it might have been
15 the same room. The Crickards, the Crickards had
16 showed up, met us there and then later on our mom had
17 shown up there and met us there. From there
18 Detective Gibson had walked into the room, started to
19 tell us your dad has been arrested for so and so, and
20 then my mom was like please not now and he kept going
21 kept telling us why we were there and whatnot. And
22 that was basically it and then we left.
23  Q. Did you think at any time when you went
24 you were called out of sixth period biology, did you
25 think you were in trouble?

Page 20

1  A. No. I don't think I was ever in
2 trouble. It was like, again, a routine thing where
3 they have an envelope like that or something so...
4  Q. Okay. What -- you were 15, weren't
5 you?
6  A. Yes.
7  Q. And were you a junior then?
8  A. I believe a freshman or --
9  Q. Okay.
10  A. -- a sophomore.
11  Q. One of the two, though?
12  A. Yeah.
13  Q. And when you and your brother were
14 driven to the police station, did you think you were
15 in trouble?
16  A. No. Because, again, we thought it was
17 the Darlene Steincamp rat in the pie shop situation.
18  Q. Had that happened shortly before you
19 were taken --
20  A. Yes. About a week before, I believe.
21  Q. And you guys were convinced that it was
22 Darlene Steincamp that pulled that stunt; right?
23  A. Yes.
24  Q. Okay.
25    MS. THOMPSON: Logan, I was going to

Page 21

1  tell you to wait until the question is fully asked
2  before you answer. I know you are anticipating
3  what's being asked but you need to wait until the
4  attorney is done with the question before you
5  respond so you're not talking over one another;
6  okay?
7       THE WITNESS: Okay.
8       Q. (By Ms. Emery) Do you remember telling
9  Detective Gibson that you thought your mom was up and
10 sitting on the stairs but you weren't positive?
11      A. No.
12      Q. And do you remember telling Detective
13 Gibson that your mom had done Valentine's with you
14 the night before?
15      A. No.
16      Q. Okay. Do you remember if she did?
17      A. No. Not really.
18      Q. Okay. Did your mom every morning
19 before you went to school whether she drove you or
20 your dad drove you, did she tell you she loved you
21 every morning?
22      A. Yes. Yes.
23      Q. And that morning did she tell you happy
24 Valentine's Day?
25      A. Not that I can remember. No.

Page 22

1       Q. Okay. When is the last time you saw
2  your sister, Lindsay?
3       A. Saw her probably couple months prior to
4  my dad's arrest and then talked to her was the day my
5  the dad was arrested.
6       Q. Okay. Did you talk to her at the
7  police station?
8       A. No. I talked to her on the phone.
9       Q. Okay. Was she at had University of
10 Iowa then?
11      A. Yes. I believe so.
12      Q. Okay. And is that the last time you
13 talked to her?
14      A. Yes.
15      Q. How come you haven't talked to your
16 sister since then?
17      A. I haven't felt the need to.
18      Q. Okay. Did your sister get along with
19 you growing up?
20      A. Yes.
21      Q. Okay. Has anybody ever told you not to
22 have anything to do with her?
23      A. No.
24      Q. Have either of your brothers told you
25 why they haven't talked to her?

Page 23

1       A. No. I think we all agree that she's not
2  the greatest influence for us, so...
3       Q. And why is that?
4       A. She wants to choose who in the family
5  she wants to be close with but if the family comes
6  together, so if she wants to talk to me, she has to
7  talk everybody. I think everybody feels the same.
8       Q. Got it. After your dad was arrested in
9  2014 when you were 15 years old, did other kids at
10 school say mean things to you?
11      A. No.
12      Q. Did all the kids at school, did they
13 have questions for you?
14      A. Yes. But I don't think they ever
15 directed them to me.
16      Q. Okay. You just think that they were
17 talking amongst themselves?
18      A. (Witness nods head affirmatively.)
19      Q. Okay. But they weren't mean to you or
20 made fun of you because of it, did they?
21      A. No. They never made front of me.
22      Q. Okay. What was your understanding of
23 how your mother died?
24      MS. THOMPSON: Object to the form. You
25 can answer the question.

Page 24

1       THE WITNESS: Like what do you mean?
2  Like at what point?
3       Q. (By Ms. Emery) No. What caused her
4  death.
5       A. So after listening to others talk it was
6  alcohol and a fatty liver. That's basically how I
7  understand it.
8       Q. Okay. Did you ever talk with your
9  brothers or your sister about how she died?
10      A. No.
11      Q. When is the last time you saw your
12 grandmother, Martie Didrickson?
13      A. Probably a couple months prior to my
14 dad's arrest.
15      Q. And were you close to her when you were
16 little?
17      A. When I was little, yes.
18      Q. Okay. And so you haven't seen her in
19 over four years; correct?
20      A. Correct.
21      Q. Okay. How come you don't have anything
22 more to do with your grandmother?
23      A. I feel like it's the same thing with not
24 seeing my sister, wants to pick and choose who in the
25 family she wants to talk to.

Page 25

1  Q. Okay. What about your dad's parents,
2  when is the last time that you saw or talked to them?
3  A. Probably a couple months after my dad's
4  arrest.
5  Q. Okay. And were you close to them when
6  you were young?
7  A. When I was young, no, but middle
8  probably eight through 12, that's when we did see
9  them a couple times.
10  Q. Okay. And how come you don't have
11  anything to do with them now?
12  A. Same thing.
13  Q. Okay. When Detective Gibson, and when
14  you went to the police station and Detective Gibson
15  and there was another lady in the room with you; do
16  you remember that?
17  A. In the investigation room?
18  Q. Yes.
19  A. Yes.
20  Q. Yes. And Detective Gibson asked you
21  questions. Do you remember that?
22  A. Yes.
23  Q. Did you answer them to the best of your
24  ability?
25  A. Yes.

Page 26

1  Q. And you said about -- did you see the
2  Crickards that day?
3  A. Yes.
4  Q. It's C-r-i-c-k-a-r-d. Did you go home
5  with them from the police station?
6  A. Yes.
7  Q. And were you friends with one of their
8  sons?
9  A. Yes. I was. I was friends with George,
10  Little George, mainly because Logan was best friends
11  with George as well.
12  Q. Oh, okay. And you haven't had any
13  contact with them since 2014 also; correct?
14  A. Correct.
15  Q. And why is that?
16  A. I was never really close to the
17  Crickards. None of their kids are really my age
18  other than Grace and by that time I had made a new
19  friend group and so never really came around to them.
20  Q. Okay. When you were in high school,
21  were you one of those kids that had a lot of
22  different friends?
23  A. Yes. I would say yeah.
24  Q. Okay. Versus one of the kids that just
25  had a few real close friends and that was it?

Page 27

1  A. Yeah. I had my close friends but I
2  would always branch out.
3  Q. Okay. How often did you see your dad
4  after he was arrested?
5  A. When -- when he was arrested, we would
6  get, I believe every Wednesday like visiting for 30
7  minutes and so we would always make it up to that.
8  Q. Okay. Now that you're in the service,
9  have you been anywhere long enough to make some close
10  friends in the Army?
11  A. Yes.
12  Q. And are you comfortable making new
13  friends?
14  A. Yes.
15  Q. When you were at the police station and
16  Detective Gibson was asking you questions, you talked
17  about you thought it was about the rat incident in
18  the pie shop.
19  A. Yes.
20  Q. But how did you feel when he was asking
21  you questions about the day your mom died?
22  A. I was blindsided. I had no clue what
23  was going on at that point so I was just trying to
24  answer the questions, trying to give an answer at
25  that time.

Page 28

1  Q. Okay. Since you joined the Army, are
2  you financially independent from your dad and your
3  mom, Christine?
4  A. That is correct.
5  Q. Okay. In the complaint it says that
6  you believe you've suffered severe emotional harm.
7  Are you aware that's your complaint says?
8  A. Yes.
9  Q. Can you explain that to me about what
10  the emotional harm is that you've suffered?
11  A. When I was taken out of the school, I
12  felt uncomfortable. I didn't feel like anybody there
13  really was protecting me at that point. Like,
14  obviously, there was stuff with my dad and that's
15  what all the teachers wanted to know but every time I
16  got called down the office, it was like is this going
17  to happen again? Am I going to get pulled out of
18  school again.
19  Q. Okay. So after that did you get called
20  down to the office for what you described before as
21  routine go pick something up?
22  A. Yes. Not as frequently as it used to be
23  previous to that, but, yeah, it was go pick stuff up
24  or go see the counselor or go talk about like classes
25  and stuff. Yeah.

Page 29

1  Q. Okay. So any time you got to go see
2  the counselor or go down to the office, you'd get a
3  little uncomfortable?
4  A. Yes.
5  Q. Do you suffer stress as a result?
6  A. When -- when that would happen, I did
7  suffer stress but obviously now I don't have anything
8  to do with that school so I don't suffer stress --
9  Q. Okay.
10  A. -- at work.
11  Q. Okay. Or anxiety as a result?
12  A. Yeah. At the time I did suffer anxiety.
13  Q. Okay. And it was still that? It was
14  you didn't know about those calls down to the office?
15  A. Yeah. I never knew if I was going to
16  get pulled out again.
17  Q. Okay. To go into the rangers, did you
18  have to take any psychological tests?
19  A. I did.
20  Q. Okay. And since you were -- you've
21  gotten through part of ranger training and going in
22  another, I'm going to assume that you have passed all
23  those psychological tests?
24  A. Yes.
25  Q. Correct? Have they told you that

Page 30

1  you've passed or is it just that they are advancing
2  so you were assuming that you passed?
3  A. I would assume that I passed.
4  Q. Okay. Do you have a girlfriend?
5  A. I do not.
6  Q. Have you ever had a steady girlfriend?
7  A. No.
8  Q. You've gone on dates, though; correct?
9  A. No.
10  Q. Did you ever go to counseling or
11  therapy for this uncomfortableness that you felt
12  about being called down to the office?
13  A. No.
14  Q. When you have leave or down time, what
15  do you do for fun?
16  A. I usually go to the beach or something
17  around here.
18  Q. If you didn't have your military
19  obligations, what do you wish you had time to do?
20  A. Travel, just travel around.
21  Q. Okay. Are you on facebook or Twitter
22  or anything, social media?
23  A. I do have a facebook and an Instagram.
24  Q. What's your name? What's your full
25  name?

Page 31

1  A. Lincoln Monroe Lovelace.
2  Q. Has that always been your middle name
3  Monroe or was that changed?
4  A. It was changed.
5  Q. What did it used to be?
6  A. Tolak.
7  Q. Spell that for me.
8  A. T-o-l-a-k.
9  Q. And was that -- were you named after
10  somebody in the family?
11  A. Not that I'm aware of.
12  Q. You didn't know where that Tolak came
13  from?
14  A. No.
15  Q. And so did you change your name, middle
16  name to Monroe when Christine adopted you?
17  A. Yes.
18  Q. Okay. Was that at her suggestion or
19  did you ask for a new name?
20  MS. THOMPSON: Object to form, but you
21  can answer the question.
22  THE WITNESS: I remember sitting down
23  with my family and I was asking where Tolak had
24  come from. There was different spellings on
25  different documentations. It was either T-o-l-a-k

Page 32

1  or T-o-l-l-a-k, and so my mom had suggested why
2  don't you change it. You can choose it and then
3  from there made up a whole bunch of options and
4  made Monroe.
5  Q. Okay. How did you pick Monroe?
6  A. It's my grandpa's middle name.
7  Q. Which grandpa?
8  A. Terry.
9  Q. Do you remember when Christine and your
10  dad got married?
11  A. Yes.
12  Q. Was that a happy time for everybody?
13  A. Yes.
14  Q. And do you call Christine's daughter,
15  Whitney, your sister?
16  A. Yes.
17  Q. Do you call Christine's parents and
18  Christine's parents your grandparents and great
19  grandmother?
20  A. Yes.
21  Q. Before you went in the Army did you
22  spend a lot of time with them?
23  A. Yes.
24  Q. What about your Aunt Kim on your dad's
25  side, are you close to her?

Page 33

1    A.  I do not talk to her.  No.
2    Q.  And why is that?
3    A.  I don't know.  We were never really
4  super close.  We would go to her house for the fourth
5  of July and whatnot but there was no reason really
6  for any close relationship.
7    Q.  Okay.  Did you ever talk with people in
8  your family about something called a circle of trust?
9    A.  No.
10   Q.  Okay.  So if you use that term circle
11 of trust, do you know what that is?
12   A.  No.
13   Q.  Okay.  Did you watch either of your
14 dad's criminal trial or the whole trial?
15   A.  No, not for the whole trial.
16   Q.  Was it because you were in school and
17 you got out of school for when you had to testify?
18   A.  Yes.
19       MS. EMERY:  I don't have anything else.
20   Thank you.
21              EXAMINATION
22  BY MR. MCCLEERY:
23   Q.  I have a few questions.  You don't need
24 to take a break or anything, do you?
25   A.  No.

Page 34

1    Q.  Okay.  You've been going on about 30
2  minutes.  Okay.  Again, my name is Dan McCleery.  I'm
3  one of the attorneys for the Adams County defendants,
4  Gary Farha and Coroner Keller, I just have a few
5  followup questions.  I'm not sure we've actually ever
6  met before.  I do know, though, that you used to go
7  to my same church Faith Presbyterian Church.  Do you
8  remember that?
9    A.  Yes.
10   Q.  Do you remember when you went to Faith
11 Presbyterian Church?
12   A.  It would have been -- it would have been
13 right before I had initially met Christine.
14   Q.  Okay.  So you and your brothers and
15 your dad and Erika Gomez would have been to Faith
16 Presbyterian Church?
17   A.  Correct.
18   Q.  Didn't your grandmother also go to
19 Faith Pres, Martie?
20   A.  I believe so.  Yes.
21   Q.  Okay.  Do you know for how long you
22 guys went to that church?
23       MS. THOMPSON:  Object to form, but you
24   can answer.
25       THE WITNESS:  It was a couple, couple

Page 35

1  years.
2    Q.  Okay.
3    A.  I believe so.
4    Q.  Whenever you go back to Quincy -- when
5  is the last time you've been back to Quincy?
6    A.  Probably around March to go see my
7  grandmother, Christine's grandmother.
8    Q.  Sure.  And when you (guys go back to
9  Quincy, do you go to church?
10   A.  No.
11   Q.  Okay.  Are you familiar with a Lutheran
12 church in Quincy, St. John's?
13   A.  Yes.
14   Q.  Did you ever go to that church?
15   A.  Yes, I did.
16   Q.  And do you know how you started going
17 to or why you started going to St. John's?
18   A.  We did a little bit of church hopping
19 when I was younger.
20   Q.  Okay.
21   A.  And we tried everything, the crossing,
22 those local areas and we really didn't like those and
23 finally we got to the Lutheran church and we liked
24 the pastor, so...
25   Q.  Okay.  Did Christine have any

Page 36

1  affiliation with the Lutheran church?
2    A.  Yes.
3    Q.  She did?  Was that the church she was
4  going to?
5    A.  She enjoyed the pastor as well --
6    Q.  Okay.
7    A.  -- so that's how we ended up going.
8    Q.  Sure.  All right.  And you said you
9  were back in Quincy this past March, did you say?
10   A.  I believe so.
11   Q.  And what was that for again, I'm sorry?
12   A.  Just to go meet my grandmother.
13   Q.  Okay.  Prior to that when was the last
14 time you were in Quincy?
15   A.  Probably when I went on leave in the
16 Army for December of 2016, 2017.  I can't remember
17 what year.
18   Q.  Okay.
19   A.  Yeah.
20   Q.  Okay.  You said in your earlier
21 testimony that you watched all the Date Line and 48
22 Hours.  Why did you watch those?
23   A.  I was interested in what they would say.
24   Q.  When you were watching those, did you
25 have any specific emotions?

Page 37

1   A. I mean, I'm sure I did at some point. I
2   was probably upset about something that somebody said
3   or something like that, but...
4   Q. But did it throw you like into a tizzy
5   where, you know, you had to turn it off or you had
6   to, you know, talk to somebody about watching it
7   or --
8   A. I mean, I talked to my family about it
9   but nothing, nothing serious.
10  Q. Okay. Your specialist rank, when did
11  you earn the specialist rank?
12  A. While I was deployed probably about a
13  month ago.
14  Q. Okay. And where were you deployed?
15  A. Middle East.
16  Q. Can you say where you were in the
17  Middle East?
18  A. No.
19  Q. How long were you in the Middle East?
20  A. About five months.
21  Q. And prior to being a specialist, what
22  was your rank?
23  A. Private first class, PFC.
24  Q. So you were promoted in the Middle
25  East?

Page 38

1   A. Yes.
2   Q. Okay. And that was because of your
3   success in the position or why was that?
4   A. Just time in service. I had hit my
5   automatic promotion.
6   Q. Do you have to do anything other than
7   serving time? I mean, do you have to pass any
8   tests --
9   A. No.
10  Q. -- or memorize anything or do anything?
11  You just achieved specialist --
12  A. Yes.
13  Q. -- merely just serving and making it
14  through?
15  A. Yes.
16  Q. Okay. You said, you testified earlier
17  that you want to do a career maybe in military
18  intelligence. Is that what you said?
19  A. Yes.
20  Q. If not, correct me. Okay. Why
21  military intelligence?
22  A. It's what I pursued so far and I just
23  like the opportunities it gives me.
24  Q. Okay. What specifically? I mean, do
25  you see yourself doing something in ten to 15 years

Page 39

1   within the military intelligence? Like can you give
2   me a job or working for a government agency where you
3   would love to be?
4   A. No. I think it's too early to decide at
5   this point.
6   Q. Okay. Ranger training, so what made
7   you want to be a ranger, an Army ranger?
8   A. I was in the middle of my intelligence
9   course back in Arizona and a, one of the NCO's
10  noncommissioned officer, invited us to attend a
11  meeting for it. I attended that meeting and just
12  kept following through PT tests, like meetings with
13  them and finally they choose about six of us to go
14  through.
15  Q. So did you score high on those tests on
16  those intelligence courses and they basically
17  recommended or came to you and said you should
18  consider ranger school?
19  A. No. So the intelligence courses had
20  nothing to do with the ranger training.
21  Q. Okay.
22  A. It was honestly just the PT, the
23  physical tests that allowed me to go through the rest
24  of the course.
25  Q. Okay. So you performed well

Page 40

1   physically?
2   A. Yes.
3   Q. Okay. Did you -- did you receive any
4   sort of honors or accolades or achievements in those
5   physical tests in either time you're talking about or
6   basic training?
7   A. Basic training I was an honor grad and
8   had the highest PT score.
9   Q. Of your entire class?
10  A. Yes.
11  Q. And how many?
12  A. There was about 60 per platoon times
13  four, so around --
14  Q. 120?
15  A. Yes, sir.
16  Q. Or 240?
17  A. Yeah. 240.
18  Q. So you were one of 240 for your
19  physical test in basic training?
20  A. Yes.
21  Q. And where was your basic training done?
22  A. Oklahoma, Ft. Sill.
23  Q. Part one of your training to be a
24  ranger, what did that look like? Describe that to
25  us.

Page 41

1    A.  So initially after going through AIT, I
2  had to go through airborne school, which is a three
3  week course.  Two weeks are spent preparing you to
4  jump out of planes and then the last week you do five
5  jumps out of a plane and then from there it's all
6  physical.  You go through what's called like preRASP
7  and basically it prepares you for the course and I
8  went through the physical portion of the course.
9    Q.  Okay.  And what elevation are you
10 jumping out five times?
11   A.  About 1,000 feet, 1,000 to 800.
12   Q.  Okay.  And is that in one of the
13 parachutes that like automatically deploys?
14   A.  Yes.
15   Q.  Okay.  Did you receive any awards or
16 accolades in your part one training for ranger
17 school?
18   A.  No.
19   Q.  Okay.  But you moved on?  You in a
20 sense graduated from part one; correct?
21   A.  Yes.
22   Q.  Okay.  And do you know what part two
23 the going to look like?
24   A.  Yes.  So basically what I've gone
25 through is called RASP, which is ranger assessment

Page 42

1  and selection program.
2    Q.  Right.
3    A.  That puts me into ranger regimen and
4  then ranger school is basically that little tab
5  that's says ranger and that's what I have to go
6  through.
7    Q.  So that ranger school -- I don't know
8  how many years ago it was, but is that basically the
9  school that was featured on hike the History channel,
10 Discovery channel --
11   A.  That's correct.
12   Q.  -- where they -- okay.  So the
13 underwater training, the whole works?
14   A.  Yeah.  Not so much water but it's more
15 like movement and infantry, infantry stuff.
16   Q.  Okay.  Will there be sort of
17 intelligence training with part two?
18   A.  No.  It would all be infantry.
19   Q.  Okay.  Would you agree with me that
20 going into ranger training part two it's going to
21 take some physical endurance on your part?
22   A.  Yes.
23   Q.  A good amount of physical --
24   A.  Yes.
25   Q.  -- endurance?  Would you also agree

Page 43

1  with me that it's going to require you to be mentally
2  strong?
3    A.  Yes.
4    Q.  And even to achieve what you've done
5  already to be one out of 240 it took both physical
6  aptitude and abilities that you have; correct?
7    A.  Yes.
8    Q.  And mental.  Would you agree with me?
9    A.  Yes.
10   Q.  And if you do make it through part two
11 of your ranger training, would you agree with me
12 that's because if of physical and mental abilities?
13   A.  Yes.
14   Q.  You said in high school you got As and
15 Bs.  Do you remember your GPA?
16   A.  No.  Probably like a 3.4, somewhere
17 around there.
18   Q.  Okay.  Were you an honor roll student?
19   A.  No.  I don't believe so.
20   Q.  You were on cross country or track?
21 Cross country and track you did; right?
22   A.  Correct.
23   Q.  Okay.  Did you ever compete in any
24 state regional events?
25   A.  No.

Page 44

1    Q.  Did you ever make it to like a state
2  tournament for cross country or track?
3    A.  No.
4    Q.  Okay.  You said that you had worked for
5  your uncles in high school.  What uncles are you
6  talking about?
7    A.  That would have been Kim's husband,
8  Matt.
9    Q.  Okay.  And I don't know who Kim is.
10 Who is Kim?
11   A.  Our Aunt Kim Boudrough, I think it is
12 now.
13   Q.  Oh, Matt Boudrough?
14   A.  Yeah.
15   Q.  You would mow Matt's yard?
16   A.  Yeah.
17   Q.  Okay.  And Matt lives, used to live on
18 the golf course --
19   A.  Yes.
20   Q.  -- of the country club?
21   A.  Yes.
22   Q.  So you had mowed that yard.  All right.
23 Do you ever speak with that side of the family?  But
24 earlier you testified you hadn't so I assume you
25 haven't mowed his lawn recently or done anything like

Page 45

1    that?
2        A.   That's correct.
3        Q.   Okay.  Would you consider Logan, your
4    brother, to be your best friend?
5        A.   Yeah.
6        Q.   You said that you had some close
7    friends in high school.  What were their names?
8        A.   The bunch was Wyatt Wollaston, some of
9    his siblings, Charlie Wollaston, Chaney Wollaston, as
10   well as Grant Kreoger and then Curtis was one of the
11   individuals we later started hanging out with.  I
12   can't remember his last name off the top of my head.
13       Q.   Okay.  The Wallestons, is that the
14   emergency room physician, Dr. Walleston's --
15       A.   Yes.
16       Q.   -- kids?
17       A.   Yes.
18       Q.   How many kids does he have?
19       A.   He has three.
20       Q.   Okay.  And you were close with all of
21   them?
22       A.   Yeah.
23       Q.   Okay.  Because they were your same age
24   or why were you guys close?
25       A.   Yes.  Wyatt and Charlie Wollaston are

Page 46

1    twins, same age as me, and then Chaney Wollaston
2    would be a year younger.
3        Q.   Okay.  I want to move to the morning
4    that your mom was on the stairs.  So did -- you and
5    your brother slept in the same room?
6        A.   Yes.
7        Q.   Okay.  If you were to walk up the
8    stairs in the Kentucky house, where was your room at
9    the top of the stairs?
10       A.   Just straight in front of the stairs.
11       Q.   Just straight in front of the stairs.
12   Okay.  Where was your parents room?
13       A.   At the top of the stairs.  It would have
14   been to the left.
15       Q.   Okay.  So do you recall waking up that
16   morning?
17       A.   No.  Not really.
18       Q.   Do you recall going downstairs?
19       A.   No.
20       Q.   Okay.  So do you recall looking in your
21   parents room to see if your mom was in there or the
22   door was shut or anything?
23       A.   No.
24       Q.   Okay.  When did your first memory start
25   that morning?

Page 47

1            MS. THOMPSON:  Object to form, but you
2    can answer.
3            THE WITNESS:  With my parents or my mom
4    sitting on the stairs like us as a family getting
5    ready to go to school.
6        Q.   (By Mr. McCleery)  And you testified
7    earlier that you remember saying, mom, I love you and
8    then you were out the door?
9        A.   That is correct.
10       Q.   Do you recall any other conversation
11   that you had with your mother that morning?
12       A.   No.
13       Q.   Do you remember anything she said to
14   you?
15       A.   No.
16       Q.   Do you remember any conversation
17   between your mom and your dad that morning?
18       A.   No.
19       Q.   Okay.  Do you remember any conversation
20   with -- that your siblings had with your mom that
21   morning?
22       A.   No.
23       Q.   What about any conversations your other
24   siblings had with your dad that morning?
25       A.   At that time nothing but I do remember

Page 48

1    having conversations while our dad told us our mom
2    had passed but up until then nothing.
3        Q.   Okay.  Sure.  But that's later in the
4    day.
5        A.   Okay.
6        Q.   But I'm talking about specifically that
7    morning do you remember any conversations your dad
8    had with you or your other siblings?
9        A.   No.
10       Q.   So you guys leave and you at that time
11   were in first grade at Monroe School; correct?
12       A.   Yes.
13       Q.   Okay.  And --
14       A.   Well, Madison.
15       Q.   Madison.  I'm sorry.  Thank you for
16   your correction.  And Madison is basically at 24th
17   and Main; correct?
18       A.   I'm not quite sure what the address is.
19       Q.   Okay.
20       A.   It was on Main Street, though.
21       Q.   Sure.  Do you recall Madison School
22   being close to your house on Kentucky?
23       A.   Yes.
24       Q.   Would you ever walk to school?
25       A.   At that time, no.

Page 49

1  Q. Later when you lived at Kentucky, would
2  you ever ride your bike or walk to school?
3  A. No.
4  Q. Okay. Would you agree with me it is
5  within walking distance?
6  A. Yes.
7  Q. Would you agree with me that -- we
8  don't have a Google map right here in front of me,
9  but it's less than a mile away from Kentucky to
10 Madison School?
11 A. Yes.
12 Q. Do you recall how long it took you in
13 your car when your dad was driving from your house to
14 Madison?
15 A. With traffic five, ten minutes.
16 Q. Ten minutes?
17 A. Yes.
18 Q. Five, ten minutes with traffic?
19 A. Yes.
20 Q. Have you ever in your life travelled
21 from Madison school to junior high?
22 A. Not that I can remember.
23 Q. I'm talking about a straight shot down
24 Main Street?
25 A. Oh, yes. Yes.

Page 50

1  Q. From Madison to junior high --
2  A. Yes.
3  Q. -- have you ever done that?
4  A. Yes.
5  Q. And I know you're not an expert on time
6  or you have a GPS in front of you, but would you
7  agree with me that that drive barring some
8  unbelievable condition would take about two to three
9  minutes?
10 A. Yes.
11 Q. Okay. And then junior high is also
12 close to Kentucky in the sense that it's probably
13 less than a mile or two?
14 A. Yes.
15 Q. Okay. Have you ever done that loop
16 from Kentucky address to Madison School to junior
17 high back to Kentucky?
18 A. Not that I can remember.
19 Q. Okay. You testified earlier that you
20 didn't go back to school that day. You wouldn't have
21 gone back to Madison; correct?
22 A. That's what I remember. Yes.
23 Q. Okay. Earlier you testified that --
24 well, correct me if I am wrong, that the day that you
25 were called down to the principal's office, this is

Page 51

1  at QHS, correct, the day you found out your dad was
2  getting arrested?
3  A. Yes. That's correct.
4  Q. That was at QHS. Did you testify that
5  you saw your brother in the counselor's room that
6  day?
7  A. Yeah. I believe I saw him so I was in a
8  counseling room in the principal's office and I
9  believe I saw him walking past the glass.
10 Q. And at that time he went into a
11 different room?
12 A. Yes.
13 Q. Okay. So when is the last time you
14 talked, spoke with your sister, Lindsay?
15 A. Probably the day that my dad was
16 arrested.
17 Q. Okay. And what was that conversation?
18 A. Basically, asking if she was okay and
19 like asking questions to her.
20 Q. Did you call her?
21 A. I don't believe so. I believe she had
22 called us but I'm not quite sure.
23 Q. Okay. You -- did you testify that you
24 saw her a couple months before the arrest?
25 A. I believe so. Yes.

Page 52

1  Q. Okay. And what was -- what did that --
2  describe to us how you saw her a couple months
3  before?
4  A. I believe it was either at my
5  grandmother's, Martie's house, or it was at our house
6  at 2525 Main Street.
7  Q. Was it a family get together?
8  A. Possibly. I'm not quite sure.
9  Q. Okay. Prior to that two months before,
10 would you see her regularly?
11 A. Not regular because she was away at
12 school.
13 Q. Sure. Bad question, describe for me
14 when you would see her before that?
15 A. Whenever she came to town.
16 Q. Okay. What year in school was she?
17 A. When?
18 Q. When your dad was arrested.
19 A. I'm not quite sure. She was in college,
20 though.
21 Q. Okay. Had she been there for a year or
22 two?
23 A. Possibly.
24 Q. So either a freshman or sophomore in
25 college?

13 (Pages 49 to 52)

McKee Court Reporting, Inc.
912-238-8808

Page 53

1   A. Yep. Possibly.
2   Q. Okay. All right. Have you had since
3   seeing her and speaking with her that day, have you
4   had any desire to want to contact her?
5   A. No.
6   Q. Why not?
7   A. Same thing as I discussed earlier, she
8   wants to pick and choose family.
9   Q. How do you know she wants to pick and
10  choose family if you haven't spoken with her?
11  A. She's done that before where she wants
12  to talk us to kids as siblings but she doesn't want
13  to the talk to the parents or something.
14  Q. Okay. Okay. Has she ever tried to
15  reach out to you guys?
16  A. She's tried friending me on facebook and
17  Instagram.
18  Q. Do you accept it?
19  A. No. I decline it.
20  Q. How many times do you think she's done
21  that?
22  A. Five or six times.
23  Q. Basically since the last time you spoke
24  with her until today?
25  A. No. I didn't have social media then. I

Page 54

1   possibly had social media for a little over a year
2   now.
3   Q. Okay. All right. So within the last
4   year she sent you requests five or six times and
5   you've just not accepted them?
6   A. Yes.
7   Q. Do you know if she's done that with
8   other family members?
9   A. No. I'm not quite sure.
10  Q. Okay. Are you active on your facebook
11  and Instagram?
12  A. Instagram, yes, facebook, not really.
13  Q. Yeah. I agree with that. Why only get
14  those accounts within the last year? Why didn't you
15  have them before?
16  A. It was like a way to communicate with
17  people that I met throughout my military training so
18  facebook is good meeting people or like having
19  friends that I met in basic training. Same with
20  Instagram.
21  Q. Okay. Are you still -- do you still
22  keep in contact with your close friends in Quincy?
23  A. The only ones really is Wyatt Walton.
24  That's the only one I really talk to.
25  Q. Okay. Earlier I think counsel asked

Page 55

1   you whether you ever speak to your brothers or your
2   dad or sister about the cause of your mom's death.
3   Do you recall her asking you those questions?
4   A. That is correct.
5   Q. Do you guys ever talk about that?
6   A. No. Not between ourselves. No.
7   Q. Okay. Well, do you -- do you talk? I
8   mean, do you talk about that individually with each
9   other or not?
10  A. In.
11  Q. Collectively?
12  A. We don't talk about it really at all.
13  Q. Okay. So when like when you're
14  watching the 36 hours of those media shows and you
15  guys talk about that after, like what's the
16  conversation look like?
17  A. Just what other people say, for the most
18  part, but we have discussed like the science behind
19  why she died because like at that age I didn't
20  understand what a fatty liver was.
21  Q. Right.
22  A. Yeah.
23  Q. So, sure. Like do you guys talk about
24  like the science of their rigor mortis and all that
25  stuff? I mean, have you guys talked about that?

Page 56

1   A. Yeah. We discussed that.
2   Q. Do you have an understanding of like
3   that science stuff? I mean, obviously, you're in
4   intelligence. Do you have an understanding of all of
5   that?
6   A. Yeah.
7   MS. THOMPSON: Object to form, but you
8   can answer.
9   Q. (By Mr. McCleery) So what is your
10  understanding of like the fatty liver? Let's take
11  that.
12  A. So fatty liver basically caused by in
13  this case alcohol. Basically, just doesn't allow the
14  liver to work properly, and that's from my
15  understanding.
16  Q. Okay. And what sort of your cursory
17  understanding of rigor mortis or whatever that is?
18  A. So basically the pooling of the blood
19  and basically the stiffness in the body caused by
20  that pooling.
21  Q. Okay. Have you done any like
22  independent research yourself on like these science
23  issues?
24  A. No.
25  Q. You never Googled any of it or

Page 57

```
 1  anything?
 2      A.  No.  Not really.
 3      Q.  You ever talk about the science stuff
 4  with your brothers?
 5      A.  Not with my brothers, sometimes my mom.
 6      Q.  Okay.  Christine, you mean?
 7      A.  Yes.
 8      Q.  And what does that -- what have you
 9  discussed with her?
10      A.  Basically, we just discussed like what
11  it really meant.  Like what -- that's where I
12  understood the what rigor mortis was or fatty liver
13  was her explaining it to me.
14      Q.  Okay.  So she explained that to you and
15  that's sort of your basis of understanding the
16  science stuff?
17      A.  That's correct.  Yes.
18      Q.  Okay.  The last time you saw your
19  biological -- Martie Didrickson was two months prior
20  to your dad's arrest; is that correct?
21      A.  Yeah.  Probably.
22      Q.  Was that the same family function you
23  would have seen Lindsay?
24      A.  Most likely.
25      Q.  I assume that's why it was the same
```

Page 58

```
 1  period of why you saw them then; correct?
 2      A.  Most likely.  Yes.
 3      Q.  Okay.  Earlier you testified that you
 4  are financially independent.  Do you receive a salary
 5  or wages from the Army?
 6      A.  Yes.
 7      Q.  Okay.  And you're not receiving
 8  anything from your parents?
 9      A.  No.
10      Q.  Okay.  You haven't done any counseling
11  or therapy for your -- for the alleged stress and
12  anxiety that you're complaining of in the complaint;
13  correct?
14      A.  No.  No therapy.
15      Q.  Okay.  Have you ever had any
16  conversation with Gary Farha or Keller in the case?
17      A.  No.
18      Q.  Have you done any like independent
19  investigation of the things Gary Farha or things
20  defendant Keller did or didn't do?
21      A.  No.
22      Q.  So you'd agree with me that you don't
23  have any personal knowledge that Gary Farha or
24  defendant Keller withheld evidence in the case?
25      A.  I know I've heard my parents talking
```

Page 59

```
 1  about it but I don't really track it.  No.
 2      Q.  But you can't -- you can't sit there
 3  and say I know they did X, Y and Z and withheld
 4  evidence or didn't disclose exculpatory evidence.
 5  You don't have any personal knowledge of that, do
 6  you?
 7      A.  No.  No.
 8      Q.  I'm not asking you about conversations
 9  that you had with your attorney because that's
10  privileged and I can't know that information, but the
11  decision to go through with the civil lawsuit, did
12  you talk about that with your family?
13      A.  I have, yes.
14      Q.  Okay.  And what was that discussion?
15      A.  Basically, after my dad's trial we were
16  given the options and that was basically what we have
17  this option.
18      Q.  Okay.  And what were the options?
19      A.  Basically, follow through with the civil
20  lawsuit or not.
21      Q.  Okay.  Your relationship with Lindsay,
22  would you agree with me that was strained prior to
23  your dad getting arrested?
24      A.  Yes.
25      Q.  And explain to us why that was?
```

Page 60

```
 1      A.  She chose to move in with my brother --
 2  or my grandmother, Martie.
 3      Q.  Right.
 4      A.  Kind of separated herself from the
 5  family.
 6      Q.  And that was around the time that your
 7  dad was married to Erika Gomez?
 8      A.  That's correct.
 9      Q.  And she didn't get along with Erika;
10  correct?
11      A.  Correct.
12      Q.  Okay.  Do you remember when that --
13  what that time period was when she moved in with your
14  grandmother?
15      A.  I couldn't give you the year but it was
16  sometime in December.  I remember it being around
17  Christmas time.
18          MR. MCCLEERY:  All right.  Okay.  That's
19      all I have.
20              EXAMINATION
21  BY MS. THOMPSON:
22      Q.  I have just a couple of questions.  Can
23  you spell Wollaston for us?
24      A.  W-o-l-l-a-s-t-o-n.
25      Q.  Okay.  And the other person that you
```

Page 61

1  said you were friends with was Grant Kreoger; is that
2  right?
3      A.  Yes.
4      Q.  Can you spell for us?
5      A.  It's probably K-r-e-o-g-e-r.
6      Q.  We understand that's an approximation.
7  A couple of other questions for you, Lincoln.  When
8  you left -- let me start that question again.
9          After your -- after you were taken to
10 the police station and learned that your dad had been
11 arrested, at some point you left the police station;
12 is that right?
13     A.  That is correct.
14     Q.  Who did you leave the police station
15 with?
16     A.  That Crickards.
17     Q.  Okay.  And do you know why it was that
18 you left with the Crickards?
19     A.  I was told that there was a lot of media
20 in front of our house.  When we drove past it, that
21 was the case and so the safest place without having
22 people all around us was the Crickards.
23     Q.  Do you know who made that decision?
24     A.  My mom.
25     Q.  You were asked some questions about

Page 62

1  changing your middle name.  Did your decision to
2  change your middle name have anything to do with
3  wanting to, you know, separate yourself from your
4  mom, Corey?
5      A.  No.
6      Q.  Or her part of the family?
7      A.  No.
8      Q.  You were asked some questions about
9  when you were last in Quincy.  Other than the visit
10 to meet Christine's grandmother, have you otherwise
11 been to Quincy since the end of your dad's second
12 trial?
13     A.  I believe I went there during Christmas
14 probably around 2017, I want to say, and that was
15 only for a week or two.
16     Q.  Okay.  So other than meeting
17 Christine's grandma and other than that Christmas,
18 have you been to Quincy at all since your dad's
19 second trial?
20     A.  No.
21     Q.  Okay.  And is it your memory that the
22 Christmas that you were there, was that the first
23 Christmas after your dad's second trial?
24     A.  Yes.
25     Q.  Okay.  You were asked some questions

Page 63

1  about watching some shows related to what happened to
2  your family.  Did you watch a program that appeared
3  on 60 Minutes?
4      A.  Most likely.  Yes.
5      Q.  Okay.  And did you watch a program that
6  appeared on 48 Hours?
7      A.  Yes.
8      Q.  And I know you said that you had
9  watched some media locals, reports, too; is that
10 correct?
11     A.  Yes.
12     Q.  Other than potentially 60 Minutes and
13 48 Hours are there any other longer media reports
14 that you watched?  And I'm asking about reports other
15 than, you know, local news segments getting some
16 updates or relating in some way to your family?
17     A.  Not that I remember.  No.
18     Q.  Okay.  How many times after watching --
19 well, I want to start that question again.  As to
20 either as to any long, long media reports and, again,
21 I'm talking about media reports other than a segment
22 on the local news that's giving some update, have you
23 watched any of those longer media pieces multiple
24 times?
25     A.  No.  I don't believe so.

Page 64

1      Q.  Okay.  So if there were any longer
2  media reports, for instance, a 60 Minutes piece or 48
3  Hours piece, have you watched any of those more than
4  once?
5      A.  No.
6      Q.  Okay.  And you said you did have
7  some -- and I don't want to misstate your testimony
8  so tell me if I have misstated this.  You said you
9  had some conversation with family after watching one
10 of those programs?
11     A.  Yes.
12     Q.  Okay.  So you said that you had some
13 conversation with your mom, Cristine where she's
14 explained some of the science to you that's related
15 to how your mother, Corey, passed; is that right?
16     A.  That is correct.
17     Q.  Okay.  How many times have you talked
18 about that issue, what may have caused your mother's
19 death with Christine?
20     A.  Probably two or three times.
21     Q.  Okay.  And did your conversations with
22 Christine about that, were those conversations that
23 you had, you know, after you watched one of those
24 media programs that we talked about, either 48 Hours
25 or 60 Minutes or something else?

16 (Pages 61 to 64)

McKee Court Reporting, Inc.
912-238-8808

Page 65

1    A.  Yes.
2    Q.  Okay.  And when you say that you had
3  those conversations with her after, did you watch one
4  of one or more of those programs with her?
5    A.  Yes.
6    Q.  Okay.  Have you watched those programs
7  at all at a time when you weren't watching them with
8  Christine?
9    A.  Not that I can remember.  No.
10   Q.  And have you had any conversations with
11 Christine about how your mom, about something related
12 to how your mom, Corey, passed other than that having
13 that long conversation after watching 48 Hours or 60
14 Minutes or watching a similar TV show?
15   A.  No.
16      MS. THOMPSON:  I think those are all the
17 questions I have.  There may be followup from the
18 other attorneys.
19      MS. EMERY:  I don't have anything
20 further.
21         FURTHER EXAMINATION
22 BY MR. MCCLEERY:
23   Q.  So did the whole familiar watch those?
24   A.  Yes.  For the most part.  Whoever was
25 there at the time, so...

Page 66

1    Q.  Okay.  Do you recall if any of your
2  family members were in those episodes?
3    A.  Yeah.  I mean, my dad was probably in
4  them as well as my mom.
5    Q.  Christine?
6    A.  Yes.
7    Q.  So and when we say in them, which would
8  probably be a little more specific, obviously your
9  dad is featured in the news clips?
10   A.  Yes.
11   Q.  Were there any interviews with them
12 like after it was all done or what?
13   A.  For one of them, I believe there was.
14   Q.  Okay.  And who was that?
15   A.  That was my dad and my mom.
16   Q.  Okay.  So they did interviews with
17 those shows?
18   A.  Yes.
19   Q.  They volunteered to do them?
20   A.  Yes.
21      MR. MCCLEERY:  I don't have anymore
22 questions.
23      MS. THOMPSON:  So you have an option,
24 Lincoln, to review this transcript after it's done
25 to make any edits to it that you feel would

Page 67

1  correct what you actually said in this deposition,
2  so if you wanted to, you could read the deposition
3  just to make sure that the court reporter had
4  written down what you said correctly or you could
5  do what's waive your signature, which is to trust
6  that that the court reporter has written this
7  information down accurately.  So you can decide
8  what you want to do, if you want to review the
9  transcript or you want to trust the court reporter
10 and do what's called waiving your signature.
11      THE WITNESS:  When would I get the
12 transcript?
13      MS. THOMPSON:  It would probably take a
14 few weeks to be prepared and then it would mailed
15 to you and you could review it to determine if
16 there was any changes you want to make.  I don't
17 know what your schedule is like with other things
18 you have to do in the next month.  I know you were
19 heading --
20      THE WITNESS:  Maybe a part two.
21      MS. THOMPSON:  So if you want an
22 opportunity to review, it you could have it.  If
23 you think that your time wouldn't permit you to do
24 it, you can waive your signature.
25      THE WITNESS:  Yeah.  It's probably

Page 68

1  better just to waive.
2      MS. THOMPSON:  Okay.  We'll waive
3  signature.
4      MS. EMERY:  E-trans with a mini;
5  correct.
6      MS. THOMPSON:  I'm good for now.
7  Thanks.
8      MR. MCCLEERY:  Same as her, an e-trans.
9      (Whereupon, the deposition was concluded
10 at 2:17 p.m.)
11      (It was stipulated and agreed by and
12 between counsel for the respective parties and the
13 witness that the signature of the witness to the
14 deposition be waived.)
15
16
17
18
19
20
21
22
23
24
25

17 (Pages 65 to 68)

Page 69

```
 1              CERTIFICATE
 2     STATE OF GEORGIA:
 3     COUNTY OF CHATHAM:
 4         I, Elise M. Napier, Certified Court Reporter
 5     for the State of Georgia, do hereby certify:
 6         That the foregoing deposition was taken
 7     before me on the date and at the time and location
 8     stated on Page 1 of this transcript; that the witness
 9     was duly sworn to testify to the truth, the whole
10     truth and nothing but the truth; that the testimony
11     of the witness and all objections made at the time of
12     the examination were recorded stenographically by me
13     and were thereafter transcribed by computer-aided
14     transcription; that the foregoing deposition, as
15     typed, is a true, accurate and complete record of the
16     testimony of the witness and of all objections made
17     at the time of the examination.
18         I further certify that I am neither related
19     to nor counsel for any party to the cause pending or
20     interested in the events thereof.
21         Witness my hand, I have hereunto affixed my
22     official seal this 24th day of October 2018, at
23     Savannah, Chatham County, Georgia.
24     _____
25           ELISE M. NAPIER CCR-2492
```

Page 70

```
 1           COURT REPORTER DISCLOSURE
 2
 3       Pursuant to Article 10.B of the Rules and
       Regulations of the Board of Court Reporting of the
 4     Judicial Council of Georgia, I make the following
       disclosure:
 5
         I am a Georgia Certified Court Reporter.  I
 6     am here as an employee of McKee Court Reporting, Inc.
 7       I am not disqualified for a relationship of
       interest under the provisions of O.C.G.A. 9-11-28(c).
 8
         McKee Court Reporting, Inc. was contacted by
 9     ANCEL GLINK DIAMOND BUSH DICIANNI & KRAFTHEFER, P.C.
       to provide court reporting services for this
10     deposition.
11       McKee Court Reporting, Inc. will not be
       taking this deposition under any contract that was
12     prohibited by O.C.G.A. 15-14-27(a) and (b).
13       McKee Court Reporting, Inc. has no exclusive
       contract to provide reporting services with any party
14     to the case, any counsel in the case or any reporter
       or reporting agency from whom a referral might have
15     been made to cover the deposition.
16       McKee Court Reporting, Inc. will charge its
       usual and customary rate to all parties in the case,
17     and a financial discount will not be given to any
       party to this litigation except in circumstances as
18     agreed on a case by case basis.
19     _____
20           ELISE M. NAPIER CCR-2492
21
22
23
24
25
```

18 (Pages 69 to 70)