UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE & CHRISTINE LOVELACE ON BEHALF OF HER MINOR SON LARSON LOVELACE,<br><br>Plaintiffs,<br>v.<br><br>DET. ADAM GIBSON, POLICE CHIEF ROBERT COPLEY, SGT. JOHN SUMMERS, LT. DINA DREYER, DET. ANJANETTE BISWELL, UNKNOWN QUINCY POLICE OFFICERS, GARY FARHA, CORONER JAMES KELLER, THE CITY OF QUINCY, AND COUNTY OF ADAMS,<br><br>Defendants. | Case No. 17 CV 01201<br><br>The Honorable Judge Sue Myerscough |

**QUNICY DEFENDANT'S MOTION FOR LEAVE TO FILE
*IN STANTER* A MEMORANDUM OF LAW WITH
ARGUMENT SECTION IN EXCESS OF 15 PAGES**

NOW COME Det. Adam Gibson, Police Chief Robert Copley, Sgt. John Summers, Lt. Dina Dreyer, Det. Anjanette Biswell, and the City of Quincy, by and through their attorneys, Thomas G. DiCianni and Ellen K. Emery of the law firm of ANCEL GLINK, P.C., and move this Honorable Court for leave to file a Memorandum of Law in support of their Motion for Summary Judgment with the Argument section in excess of 15 pages:

1. Plaintiff filed an eleven count Complaint against Defendants City of Quincy and its police officers, Adam Gibson, Robert Copley, John Summers, Dina Dreyer, Anjanette Biswell, ("Quincy Defendants") along with Adams County and its First Assistant State's Attorney Gary Farha, and Coroner James Keller, ("Adams County Defendants") arising out of Plaintiff's prosecution for murder in the February 14, 2006 death of Cory Lovelace. Counts I, II of the Complaint are brought by Plaintiff Curtis Lovelace against all Defendants under 42 U.S.C.

§1983, and allege a violation of due process and malicious prosecution. Count III is brought by Plaintiff's Logan, Lincoln, Larson Lovelace against Quincy Defendants and alleges unlawful detention under §1983. Count IV is brought by all Plaintiff's against all individual Defendants and alleges conspiracy to deprive of constitutional rights, also under §1983. Count V is brought by Plaintiff's Logan, Lincoln and Larson Lovelace against individual Quincy Defendants and is a state law claim alleging false imprisonment. Count VI is brought by all Plaintiff's against Adams County Defendants and alleges a failure to intervene under §1983. Count VII is brought by all Plaintiff's against all Defendants and is a state law claim alleging intentional infliction of emotional distress. Count VIII is brought by Curtis Lovelace against all Defendants and is a state law claim alleging malicious prosecution. Counts IX is brought by all Plaintiff's against all individual Defendants and is a state law claim alleging civil conspiracy. Counts X and XI, are brought by all Plaintiffs against all Defendants and are state law claims alleging *respondeat superior*, and indemnification.

2. In order to address the complex constitutional issues and the extensive facts covering a span of eleven (11) years, the Quincy Defendants have prepared a Memorandum of Law in support of their Motion for Summary Judgment which is 54 pages in length, with the Argument section being 20 pages in length..

3. The Brief has been pared down as much as possible but the length is necessary to properly present Defendants' arguments to this Court.

4. The undersigned counsel emailed plaintiffs' counsel earlier in the day to see if she had any objection to this motion, but there was no response.

WHEREFORE, Defendants pray this Honorable Court grant their Motion for Leave to File a Brief with the Argument section in excess of 15 pages, and for all other relief this Court finds just and proper.

Respectfully submitted,

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
One of the attorneys for Defendants
Adam Gibson, Robert Copley, John Summers,
Dina Dreyer, Anjanette Biswell and
the City of Quincy

Thomas G. DiCianni (ARDC #3127041)
Ellen K. Emery (ARDC # 6183693)
Justin DeLuca (ARDC #6308867)
Ancel Glink, PC
Attorneys for Quincy Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com
jdeluca@ancelglink.com

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on **July 8, 2019**, the foregoing **QUNICY DEFENDANT'S MOTION FOR LEAVE TO FILE *IN STANTER* A MEMORANDUM OF LAW WITH ARGUMENT SECTION IN EXCESS OF 15 PAGES** was e-mailed to the below counsel of record:

| | |
|---|---|
| Jonathan Loevy | jon@loevy.com |
| Tara Thompson | tara@loevy.com |
| James L. Palmer | jpalmer@slpsd.com; smast@slpsd.com |

/s/ Ellen K. Emery
ELLEN K. EMERY / ARDC# 6183693
ANCEL GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: eemery@ancelglink.com