E-FILED
 Wednesday, 17 July, 2019 03:03:48 PM
 Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 16, 2019

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 19-2342<br><br>Caption:<br>IN RE:<br>    ADAM GIBSON, et al.,<br>        Petitioners |
| District Court No: 1:17-cv-01201-SEM-EIL<br>Clerk/Agency Rep Shig Yasunaga<br>District Judge Sue E. Myerscough |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)