IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 1:17-cv-1201-JES-JEH |
| v. ) | |
| ) | |
| DET. ADAM GIBSON, et al., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE *INSTANTER* &
CONSOLIDATED RESPONSE BRIEF**

Plaintiffs, CURTIS LOVELACE, LOGAN LOVELACE, LINCOLN LOVELACE, and LARSON LOVELACE by and through his next friend CHRISTINE LOVELACE, by and through their attorneys, LOEVY & LOEVY, respectfully moves for leave to file *instanter* the attached Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment and in addition asks this Court to grant them not only leave to file *instanter*, but also to consolidate their response as well. Attached to this motion as Exhibit 1 is Plaintiffs' response brief. In support of their request, Plaintiffs state as follows:

1. Plaintiffs' response to the Defendants' motions for summary judgment (Doc. Nos. 89 & 91) was due on August 14, 2019. Plaintiffs' counsel worked diligently to meet that deadline but are filing a complex response to two separate motions with a significant number of exhibits.

2. Plaintiffs seek very narrow relief: that their response to Defendants' multiple motions for summary judgment filed on August 15th, one day past the deadline and be deemed timely filed *instanter* (or "nunc pro tunc").

3. Plaintiffs' counsel and multiple support staff, worked diligently to file the various pleadings and exhibits as soon as practicable.

1

4. Accordingly, Plaintiff respectfully requests that this Court excuse the late filing and grant Plaintiff leave to file *instanter* their response to Defendants' motions for summary judgment, attached to this motion as Exhibit 1.

5. In addition, Plaintiffs seek leave to file their response as consolidated. Per L.R. 7.1(B)(4)(a) Plaintiffs are permitted 15 pages for their argument, per defendant, and the consolidated response, should it be accepted, is below the allowed page limits for the brief and attempts, in a consolidated fashion, to address the common factual and legal issues to both parties. Addressing these issues in a consolidated fashion clarifies for the Court what is at issue in the case rather than filing repetitive pleadings on common issues.

6. Plaintiffs have contacted counsel to inform them of the delay.

7. Should Defendants require a corresponding extra day for their replies, Plaintiffs have no objection.

Wherefore, Plaintiffs respectfully requests that this Court grant them leave to file the attached Plaintiffs' Consolidated Response to the Defendants' Motion for Summary Judgment *instanter*.

WHEREFORE, Plaintiff respectfully requests leave to file *instanter* the attached response, as well as any other relief this Court deems appropriate.

Respectfully submitted,

**CURTIS LOVELACE, LOGAN LOVELACE, & LINCOLN LOVELACE**

/s/ Tara Thompson
*One of Plaintiffs' Attorneys*

Jon Loevy
Tara Thompson
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

2

## CERTIFICATE OF SERVICE

I, Tara Thompson, an attorney, hereby certify that on August 15, 2019, I filed the foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE *INSTANTER* using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Tara Thompson
Tara Thompson
*One of Plaintiff's Attorneys*

Jon Loevy
Tara Thompson
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900