# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, ) | |
| LOGAN LOVELACE, LINCOLN ) | |
| LOVELACE, & CHRISTINE LOVELACE ) | |
| on behalf of her minor son LARSON ) | 1:17-cv-01201-JES-JEH |
| LOVELACE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| DET. ADAM GIBSON, POLICE CHIEF ) | Hon. Sue E. Myerscough |
| ROBERT COPLEY, SGT. JOHN SUMMERS, ) | |
| LT. DINA DREYER, DET. ANJANETTE ) | |
| BISWELL, UNKNOWN QUINCY POLICE ) | |
| OFFICERS, GARY FARHA, CORONER ) | |
| JAMES KELLER, THE CITY OF QUINCY, ) | |
| and COUNTY OF ADAMS ) | |
| ) | |
| Defendants. ) | |

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1 | Curtis Lovelace Testimony, 2017 |
| 2 | Jeff Baird Testimony, Day 1, 2017 |
| 3 | Autopsy Report |
| 4 | William Ballard Testimony, Day 2, 2017 |
| 5 | Jeff Baird Testimony, Day 2, 2017 |
| 6 | James Keller Deposition |
| 7 | Shaku Teas Testimony, 2017 |
| 8 | Coroner Inquest Report |
| 9 | John Summers Deposition |
| 10 | Adam Gibson Testimony, Day 1, 2017 |
| 11 | Anjanette Biswell Deposition |
| 12 | Order |
| 13 | Christine Lovelace Deposition |
| 14 | Adam Gibson Testimony, 2016 |
| 15 | Adam Gibson Time Records - Redacted |
| 16 | Adam Gibson Deposition |
| 17 | Adam Gibson Detective Daily Logs |
| 18 | QPD Supplemental Report |

| Exhibit | Description |
|---|---|
| 19 | Gibson and Pounder Email Exchange |
| 20 | James Keller Testimony, 2017 |
| 21 | Email from Gibson to Dreyer re: Denton |
| 22 | Email from Gibson to Dreyer re: Liver Causing Death |
| 23 | Email from Gibson to Dreyer et al re: Keller and Denton Meeting |
| 24 | Email from Denton to Gibson re: Accelerated Drying |
| 25 | Gibson Call Log re: Call with Gomez - FILED UNDER SEAL |
| 26 | Email from Gibson re: Poisoning |
| 27 | Email from Gibson to Summers and Dreyer re: Erika Interview |
| 28 | ISP Laboratory Report re: Glass |
| 29 | QPD Supplemental Report 2456-2463 |
| 30 | January 30, 2014 Email re: Wife No. 2 |
| 31 | CBS Article |
| 32 | QPD Supplemental Report P7559-7568 |
| 33 | Denton Expert Report |
| 34 | Handwritten Notes |
| 35 | Email from Gibson to Dreyer and Summers re: Bowman |
| 36 | Email from Keller to Bowman |
| 37 | Email with Gibson and Summers |
| 38 | QPD Supplemental Report P7522-7532 |
| 39 | Email from Gibson to Denton, Dreyer, & Summers re: Bowman |
| 40 | Email from Gibson to ASA re: Grand Jury |
| 41 | Email Exchanges with Erika Gomez re: Hair Samples |
| 42 | Email from Gibson to Denton re: Review |
| 43 | QPD Supplemental Report P7675-7678 |
| 44 | Email from Gibson to Summers re: Teas |
| 45 | Email from Erika Gomez to Gibson re: Divorce Support Emails |
| 46 | Email form Gibson to Dreyer and Summers re: Teas |
| 47 | QPD Supplemental Report P7704-7708 |
| 48 | QPD Supplemental Report P7710-7716 |
| 49 | Lyndsay Lovelace Deposition - Redacted |
| 50 | Email Exchange with Denton & Gibson re: Other Pathologists |
| 51 | Email from Lyndsay to Gibson with Text Messages |
| 52 | QPD Supplemental Report re: Comcast |
| 53 | Email with Gibson and Keller re: Turner Interview |
| 54 | Email from Gibson to Dreyer re: Turner Call |
| 55 | Dr. Jane Turner Deposition |
| 56 | QPD Supplemental Report at P7726 |
| 57 | QPD Supplemental Report P7727-7729 |
| 58 | Emails re: Special Prosecutor |
| 59 | Email form Turner to Gibson re: Report |
| 60 | Email from Gibson to re: Cory Lovelace Death Investigation |
| 61 | Email from Gibson to Farha re: Death Investigation |
| 62 | Gary Farha Deposition |
| 63 | Adam Gibson Testimony, Day 2, 2017 |

| Exhibit | Description |
|---|---|
| 64 | Adam Gibson Grand Jury Testimony |
| 65 | Email re: Communication after Arrest |
| 66 | QPD Supplemental Report re: Baden P7905-7908 |
| 67 | Email re: Baden Report |
| 68 | Email from Gibson re: Crushed |
| 69 | Email from Gibson to Parkinson re: Desperation |
| 70 | Email from Gibson re: Deleted Emails |
| 71 | Email Fwd. From Gibson to Dreyer et al |
| 72 | Email from Gibson to Spitz |
| 73 | Denton Stipulation |
| 74 | Dr. Turner Cover and Swearing In Pages |
| 75 | Dr. Baden Swearing In Pages |
| 76 | Mistrial Declared 2016 |
| 77 | Gibson Stipulation Transcript, 2017 |
| 78 | Scott Denton Testimony, 2017 |
| 79 | William Oliver Testimony, 2017 |
| 80 | Pages from 2017 Verdict |
| 81 | FOIA Request |
| 82 | January 18, 2017 Email Reflecting Search Parameters |
| 83 | Cole Miller Testimony 2017 |
| 84 | Gibson Pretrial Testimony, 2017 |