### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS LOVELACE, et al.,           ) | |
| ) | |
| ) | |
| Plaintiffs,           ) | 1:17-cv-1201-JES-JEH |
| ) | |
| v.           ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| DET. ADAM GIBSON, et al.,           ) | |
| ) | |
| Defendants.           ) | |

## STIPULATION OF DISMISSAL

Plaintiffs and Defendants, by their respective undersigned attorneys, hereby stipulate to the dismissal of this case as follows:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to the dismissal of this case without prejudice, and with leave to reinstate as set forth in paragraph 3 below.

2.  The dismissal set forth in paragraph 1 above shall automatically convert to a dismissal with prejudice in 7 days after the filing of this stipulation, on August 24, 2022 ("the Conversion Date"), unless Plaintiff files a motion to reinstate the case prior to the Conversion Date as set forth in paragraph 3 below.

3.  Plaintiff retains the right to file a motion to reinstate the case prior to the Conversion Date. A motion to reinstate may only be filed in the event that one or more Defendants have failed to make the required payments or failed to provide the required signatures contemplated by the settlement agreement which the Parties have reached.

WHEREFORE, Plaintiffs and Defendants jointly and respectfully stipulate to the dismissal of this case without prejudice, and that such dismissal shall convert automatically to a dismissal with prejudice on August 24, 2022, subject only to Plaintiff's right to reinstate the case as set forth above.

Dated: August 17, 2022

Respectfully submitted,

Counsel for Plaintiffs:
/s/ Jon Loevy

Jon Loevy
LOEVY & LOEVY
311 North Aberdeen Street
Chicago, IL 60607
jon@loevy.com


Counsel for the Quincy Defendants:
/s/ Thomas G. DiCianni (WITH CONSENT)

Thomas G. DiCianni / ARDC #3127041
tdicianni@ancelglink.com
Ancel Glink, P.C.
140 S. Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 (fax)


Counsel for the Adams County Defendants:
/s/ James A. Hansen (WITH CONSENT)

James A. Hansen, #6244534
Daniel M. McCleery, #6321087
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street
Quincy, IL 62301
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com; dmccleery@srnm.com

**CERTIFICATE OF SERVICE**

I, Jon Loevy, an attorney, hereby certify that on August 17, 2022, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Jon Loevy
*One of Plaintiff's Attorneys*